# In the United States Court of Federal Claims

No. 02-1383 L
(Filed: December 9, 2005)

***********************************
*
**SAMISH INDIAN NATION**, a *
federally recognized Indian Tribe, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On December 9, 2005, a status conference was held wherein the parties discussed the measures to be taken on remand. In light of the parties' requests, the following is ORDERED:

- Plaintiff shall file its amended complaint by **January 27, 2006**.
- Defendant shall file its dispositive motion by **February 27, 2006.**
- Plaintiff shall file a report by **March 13, 2006,** wherein it informs the court why it believes discovery is needed to respond to Defendant's motion.
- A telephonic status conference will be held on **March 23, 2006 at 11:00 a.m.**, regarding Plaintiff's request for discovery. The parties shall contact Shirley Scott at (202) 357-6483 on the day before to provide a telephone number where they can be reached. The conference will be held off the record unless a party requests otherwise five days in advance.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge