**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | Case No. 02-1383L |
| | ) | (Chief Judge Edward J. Damich) |
| Plaintiff, | ) | |
| v. | ) | **PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pursuant to the Court Order of October 26, 2005, Plaintiff respectfully moves this Court for leave to file Plaintiff's Second Amended Complaint, which is submitted with this motion.

1. In light of the Federal Circuit's decision, this Second Amended Complaint eliminates the claims that are no longer live, and focuses remaining claims pursuant to the Federal Circuit's decision in this case as well as the Circuit's recent rulings on money-mandating statutes, by specifying federal statutes that meet the criteria set out by the Circuit in these rulings.

///

///

///

///

///

///

///

///

Wherefore, Plaintiff respectfully requests that the motion for leave to file Plaintiff's Second Amended Complaint be granted.

Dated: January 27, 2006

Respectfully submitted,

s/ Craig J. Dorsay
Craig J. Dorsay, Esq.
Attorney at Law
2121 S.W. Broadway, Suite 100
Portland, Oregon 97201
Telephone: (503) 790-9060
Facsimile: (503) 242-9001

*Counsel of Record for Plaintiff*
*Samish Indian Nation*

Of Counsel:

William R. Perry, Esq.
Anne D. Noto, Esq.
Sonosky, Chambers, Sachse, Endreson & Perry
1425 K Street, NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240
Facsimile: (202) 682-0249

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2006, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties registered in the CM/ECF system for this matter.

DATED: January 27, 2006

s/ Craig J. Dorsay
Craig J. Dorsay, Esq.
Attorney at Law
2121 S.W. Broadway, Suite 100
Portland, Oregon 97201
Telephone: (503) 790-9060
Facsimile: (503) 242-9001

*Counsel of Record for Plaintiff*
*Samish Indian Nation*