IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-1383L |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to RCFC 6.1, Defendant hereby moves for an enlargement of time of ten (10) days from February 27, 2006 to, and including March 13, 2006 to file a motion to dismiss Plaintiff's Second Amended Complaint. The United State's motion to dismiss is presently due February 27, 2006. This motion is Defendant's first motion to extend time to respond to Plaintiff's Second Amended Complaint. In support of this motion, Defendant states as follows:

1. Plaintiff's Second Amended Complaint was filed on January 27, 2006. Plaintiff's Second Amended Complaint enumerates its allegations that the United States wrongfully failed to provide funding to Plaintiff under a variety of statutes. The parties agree that the question remaining in the case after remand is whether these statutes are money-mandating.

2. Defendant requests an enlargement of time to allow sufficient time to prepare a motion to dismiss Plaintiff's Second Amended Complaint. The undersigned counsel was diligently preparing a motion and attempting to meet the February 27 date

when it became clear that additional time would be necessary. Plaintiff's Second Amended Complaint is complex and requires Defendant to analyze more than fifteen different program areas, supported by as many statutes. In addition, because the programs alleged in Plaintiff's complaint are administered by different federal agencies (e.g., the Indian Health Service, the Bureau of Indian Affairs, the Department of Agriculture), a thorough and accurate analysis requires extensive coordination and review by various agencies. Defendant's counsel is aware of the Court's preference that requests for extensions of time be filed five days in advance and regrets that this request was not filed within that time frame. Should future requests for extension of time become necessary, Defendant's counsel will endeavor to meet the five day notice requirement.

3. On February 22, 2006, the undersigned counsel conferred with counsel for Plaintiff, Craig J. Dorsay, Esq., to request an extension of time until March 13, 2006, to file its motion to dismiss. Mr. Dorsay stated that Plaintiff consents to this motion. The parties propose that Plaintiff's report wherein it informs the Court why it believes it needs discovery, currently due March 13, 2006, be filed by April 14, 2006. Such time is necessary to provide Mr. Dorsay with adequate response time, particularly in light of his prearranged plans to be out of the office from March 23, 2006, to April 2, 2006. The parties further propose that the Court reschedule the status conference currently set for March 23, 2006, to a time approximately 10 days after April 14, 2006, or at the Court's convenience.

Wherefore, Defendant respectfully requests that this motion be GRANTED.

Respectfully submitted this 22nd day of February, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

s/Devon Lehman McCune
DEVON LEHMAN McCUNE,
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington DC 20044-0663
202-305-0434
202-305-0506 (fax)

OF COUNSEL:

Jason Roberts
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2006, I filed the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 22nd day of February, 2006.

s/Devon Lehman McCune

DEVON LEHMAN McCUNE,
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington DC 20044-0663
202-305-0434
202-305-0506 (fax)