IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-1383L |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNCONTESTED MOTION TO EXCEED PAGE LIMIT**

Pursuant to RCFC 5.2, Defendant hereby respectfully requests that the Court permit Defendant to exceed the page limit under the Court's Local Rules on its Motion to Dismiss Plaintiff's Second Amended Complaint. At this time, Defendant is not certain how long its brief will be, but requests permission to file a brief of up to 70 pages in length. Defendant's brief is due March 13, 2006. In support of this motion, Defendant states as follows:

1. Plaintiff's Second Amended Complaint enumerates its allegations that the United States wrongfully failed to provide funding to Plaintiff under a variety of statutes. The parties agree that the question remaining in the case after remand is whether these statutes are money-mandating. Plaintiff's Second Amended Complaint alleges that Plaintiff did not receive funding under at least fifteen different programs.

2. Defendant requests additional pages to respond thoroughly to all of Plaintiff's allegations. Plaintiff's complaint addresses a number of complicated legal statutes, as well as complex legal issues.

3. On March 9, 2006, the undersigned counsel conferred with counsel for Plaintiff, Craig J. Dorsay, Esq., to request an extension of the Court's page limitation. Mr. Dorsay stated that Plaintiff consents to this motion. Defendant does not object to a similar extension of the page limits for Plaintiff's brief in response.

Wherefore, Defendant respectfully requests that this motion be GRANTED.

Respectfully submitted this 9th day of March, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

s/Devon Lehman McCune
DEVON LEHMAN McCUNE,
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington DC 20044-0663
202-305-0434
202-305-0506 (fax)

OF COUNSEL:

Jason Roberts
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2006, I filed the foregoing DEFENDANT'S UNCONTESTED MOTION TO EXCEED PAGE LIMIT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 9th day of March, 2006.

s/Devon Lehman McCune

DEVON LEHMAN McCUNE,
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington DC 20044-0663
202-305-0434
202-305-0506 (fax)