**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 02-1383L<br>(Chief Judge Edward J. Damich)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPORT REGARDING DISCOVERY** |

Pursuant to RCFC 6.1, Plaintiff hereby moves for an enlargement of time of fourteen (14) days from April 24, 2006 to, and including May 8, 2006, to file its report regarding discovery. The Samish Tribe's report regarding discovery is presently due April 24, 2006. This motion is Plaintiff's first motion to extend time to provide the court with a discovery report. In support of this motion, Plaintiff states as follows:

1. Plaintiff requests an enlargement of time to allow sufficient time to prepare a report on discovery. The undersigned counsel has been preparing this report in an attempt to meet the April 24 due date, and has found it to be more complicated than first anticipated.

2. On April 18, 2006, the undersigned counsel conferred with counsel for Defendant, Devon McCune, to request an extension of time until May 8, 2006. Ms. McCune stated, via e-mail, that Defendant consents to this motion.

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Plaintiff respectfully requests that this motion be GRANTED.

Dated: April 18, 2006

Respectfully submitted,

s/ Craig J. Dorsay
Craig J. Dorsay, Esq.
Attorney at Law
2121 S.W. Broadway, Suite 100
Portland, Oregon 97201
Telephone: (503) 790-9060
Facsimile: (503) 242-9001

*Counsel of Record for Plaintiff*
*Samish Indian Nation*

Of Counsel:

William R. Perry, Esq.
Anne D. Noto, Esq.
Sonosky, Chambers, Sachse, Endreson & Perry
1425 K Street, NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240
Facsimile: (202) 682-0249

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2006, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties registered in the CM/ECF system for this matter.

DATED: April 18th, 2006

s/ Craig J. Dorsay
Craig J. Dorsay, Esq.
Attorney at Law
2121 S.W. Broadway, Suite 100
Portland, Oregon 97201
Telephone: (503) 790-9060
Facsimile: (503) 242-9001

*Counsel of Record for Plaintiff*
*Samish Indian Nation*