**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 02-1383L<br>(Chief Judge Edward J. Damich)<br><br>**PLAINTIFF SAMISH INDIAN NATION'S PROPOSED FIRST SET OF REQUESTS FOR ADMISSIONS** |

Pursuant to RUSCFC 36, Plaintiff Samish Indian Nation serves the following First Set of Requests for Admission on the Defendant United States of America.

**INSTRUCTIONS**

1. These requests for admission are directed to the Defendant United States of America and cover all information in the Defendant's possession, custody, and control, including information in the possession of the said Defendant's agencies, departments, or other entities of any description, officers, employees, agents, servants, representatives, attorneys, or other persons directly or indirectly employed or retained by the Defendant, or anyone else acting on said Defendant's behalf or otherwise subject to said Defendant's control.

2. These requests are continuous in nature; you must supplement your responses promptly if you obtain additional or different information or documents before trial of this action as required by Rule 26(e) of the Rules of the U.S. Court of Federal Claims.

3. The information requested is not privileged, is relevant to the subject matter of this action, and is reasonably calculated to lead to the discovery of admissible evidence. If information or production of any document is withheld on the ground that its production is privileged, then state separately for each matter or document for which a privilege is claimed: (1) the type of privilege claimed; (2) the legal basis for the claim of privilege; and (3) the substance of the document or information for which the privilege is claimed. For any documents withheld on a claim of privilege, also state (1) the date of the document; (2) the nature of the document (e.g., letter); (3) the full name, job title and employer for each author of the document; (4) the full name, job title, and employer of each addressee and named recipient of the document; (5) the full

name, job title, and employer of each person who to your knowledge who has seen the document.

4. Answers to these Requests for Admission should be produced to:

Craig J. Dorsay, Esq.
Attorney at Law
2121 S.W. Broadway, Suite 100
Portland, Oregon 97201

**DEFINITIONS**

Unless the context clearly indicates otherwise, the following terms and phrases will be defined and used herein as follows:

1. "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

2. "All," "any" and "each" shall be construed broadly, and shall mean each, any and all as necessary to bring within the scope of the discovery request all responses that otherwise could be construed to be outside of its scope.

3. "Complaint" refers to the Plaintiff's Second Amended Complaint in this action.

4. The terms "document" and "documents" are used in their broadest sense, and mean and include any kind of written, typewritten, or printed material whatsoever, any kind of graphic material, and any electronic media, including computer readable media, tapes, tape recordings, videotapes, microfilm, microfiche, and all other writings, recordings and data compilations of every kind, however produced or reproduced, whether signed or unsigned. The terms "document" and "documents" include, but without limitation, originals and all file copies and other copies that are not identical to the original no matter how or by whom prepared, and all drafts prepared in connection with any documents, whether used or not. If the original of any document is not in your possession, custody or control, a copy of that document should be produced.

5. The phrase "federally-recognized Tribe" means a tribe that has been recognized or acknowledged by the United States as eligible for the special programs and services provided by the United States to Indians because of their status as Indians. The term federally-recognized Tribe, as used in this discovery shall not include tribes, villages, corporations or other groups of Native people located within the State of Alaska.

6. "Receive," when referring to federal funds or federal assistance, means that the federal assistance is either provided directly from the federal government to the Tribe, or

expended by the federal government specifically for the benefit of the Tribe or its members.

7. "TPA" means Tribal Priority Allocations as discussed in paragraph 30a of the Second Amended Complaint.

8. "Tribe," as used in these discovery requests shall include all tribes, bands, communities, rancherias, pueblos and the agencies or entities established by such Tribes, including Indian Housing Authorities. The term Tribe, as used in this discovery shall not include tribes, villages, corporations or other groups of Native people located within the State of Alaska.

9. "You" means the Defendant United States of America.

## REQUESTS FOR ADMISSION

Request for Admission No. 1. Admit that the lists published in the Federal Register in 1980, 1985, 1988, 1993, and 1996 of Indian entities that were recognized and eligible to receive services from the United States, copies of which are attachments 1-5, hereto, accurately identify the Indian Tribes that were federally-recognized by the United States at the time of each list's publication.

Request for Admission No 2. Admit that every federally-recognized Tribe received some amount of federal funds or federal assistance at some time during the period 1969 through 1996 by virtue of being a federally-recognized Tribe.

Request for Admission No 3. Admit that every federally-recognized Tribe received some amount of federal funds or federal assistance at some time following the Tribe's federal recognition through 1996 under one or more of the statutes identified in paragraph 30 of the Complaint.

Request for Admission No 4. Admit that every federally-recognized Tribe received some amount of federal funds at some time after the Tribe's federal recognition through 1996 under the Tribal Priority Allocation program (TPA), described in paragraph 30.a of the Complaint.

Request for Admission No. 5. Admit that all Housing Authorities established by federally-recognized Tribes that were recognized as of 1980 and that requested financial assistance under the Housing Act of 1937 as amended as described in paragraph 30.b. of the Complaint, received some amount of federal funds under that Act at some time during the period after such request through 1996.

Request for Admission No. 6. Admit that during the period 1976 through 1996, the Indian Health Service allocated its federal Indian health care funds to benefit and serve all federally-recognized Tribes and their members.

Request for Admission No. 7. Admit that every federally-recognized Tribe that requested financial assistance under the Low Income Home Energy Assistance Program (LIHEAP) described in paragraph 30.k. of the Complaint, received some amount of federal assistance under that program at some time after such request.

Request for Admission No. 8. Admit that every federally-recognized Tribe that sought federal assistance under the Commodity Food Program described in paragraph 30.l of the Complaint, received some amount of federal assistance under that program.

Request for Admission No. 9. Admit that all federally-recognized Tribes that sought federal assistance under one or both job training programs established by the Comprehensive Employment and Training Act of 1973 ("CETA"), and the Job Training Partnership Act ("JTPA"), described in paragraph 30.n. of the Complaint, received some amount of federal funds or federal assistance under those programs.

Respectfully submitted,

Dated: _____, 2006

Craig J. Dorsay, Esq.
Attorney at Law
2121 S.W. Broadway, Suite 100
Portland, Oregon 97201
Telephone: (503) 790-9060
Facsimile: (503) 242-9001
cdorsay@involved.com

*Counsel of Record for Plaintiff*
*Samish Indian Nation*

Of Counsel:
William R. Perry, Esq.
Anne D. Noto, Esq.
Sonosky, Chambers, Sachse, Endreson & Perry LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240
Facsimile: (202) 682-0249
wperry@sonosky.com
anoto@sonosky.com

Attachment No. 1
to Plaintiff's First Set of Requests for Admission

**ACTION:** Notice of public participation meeting

**SUMMARY:** Notice is hereby given that the following public open house will be held to discuss the coal unsuitability recommendations for the Forest Planning Unit in Sevier County, Utah. The meeting will be held on May 14, 1980, at 2:00 p.m. in the Sevier County Courthouse, Auditorium, Richfield, Utah.

**DATE:** Comments by May 30, 1980.

**CONTACT:** Donald L. Pendleton, District Manager, Bureau of Land Management, 150 East 900 North, Richfield, Utah 84701 (801) 896-8221, or J. Kent Taylor, Forest Supervisor, U.S. Forest Service 170 North Main, Richfield, Utah 84701 (801) 896-4491.

**BACKGROUND:** The Forest Planning Unit lies within the area defined by the U.S. Department of Energy as the Uinta-Southwest coal region. The target date for coal leasing in this region is mid-1981.

As mandated by the Surface Mining Control and Reclamation Act of 1977, the Bureau of Land Management and U.S. Forest Service must review those lands where the federal government has retained the mineral rights and locate areas which are unsuitable for all or certain stipulated methods of coal mining. Within the designated study area, approximately 77,000 acres are administered by the BLM Richfield District and about 60,000 acres are managed by the U.S. Forest Service, Fishlake National Forest. In addition, BLM administers the mineral leasing rights on approximately 12,000 acres of private land.

BLM and the U.S. Forest Service have jointly applied the Coal Unsuitability Criteria, 43 CFR Part 3460, to the lands in the Forest Planning Unit and are now seeking public comment on the preliminary unsuitability recommendations.

All future coal development within the Forest Planning Unit is recommended to be conducted by underground mining methods. Therefore, most of the federal coal lands are considered acceptable for future coal lease considerations. However, some lands are considered unsuitable due to a number of factors including the presence of threatened and endangered species, raptor nesting sites, priority habitat of migratory bird species of high federal interest, critical habitat for wildlife species of high interest to the State of Utah, floodplains, and archaeological values.

Following the incorporation of the public comments into the preliminary unsuitability recommendations, the Bureau of Land Management (Richfield District) and U.S. Forest Service (Fishlake National forest) will publish a brochure to summarize the final recommendations. Individuals who wish to comment or who wish to be placed on a mailing list to receive the final brochure should address their remarks to: Carl Thurgood, Chief of Planning Section, Bureau of Land Management, 150 East North, Richfield, Utah 84701.

**Donald L. Pendleton,**

*District Manager.*

[FR Doc. 80-2543 Filed 4-22-80; 8:45 am]

BILLING CODE 4310-84-M, and 3410-11-M

## DEPARTMENT OF THE INTERIOR

### Bureau of Indian Affairs

### Indian Tribal Entities* That Have a Government-to-Government Relationship With the United States

This notice is published in exercise of authority delegated to the Assistant Secretary—Indian Affairs under 5 U.S.C. 2 and 9; and 209 DM 8.

Notice is hereby given in accordance with 25 CFR 54.6(b) by the Bureau of Indian Affairs of the tribal entities that have a government-to-government relationship with the United States. The United States recognizes its trust responsibility to those Indian entities and, therefore, acknowledges their eligibility for programs administered by the Bureau of Indian Affairs. The listed entities are not necessarily eligible for programs administered by other Federal Agencies. The list of eligible Alaskan entities will be published at a later date.

**Indian Tribal Entities* That Have a Government-to-Government Relationship With the United States**

Absentee-Shawnee Tribe of Indians of Oklahoma
Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indian Reservation, Palm Springs, California
AK Chin Indian Community of Papago Indians of the Maricopa, Ak Chin Reservation, Arizona
Alabama-Quassarte Tribal Town of the Creek Nation of Indians of Oklahoma
Alturas Indian Rancheria of Pit River Indians of California
Apache Tribe of Oklahoma
Arapahoe Tribe of the Wind River Reservation, Wyoming
Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Montana
Augustine Band of Cahuilla Mission Indians of the Augustine Reservation, California
Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin
Barona Capitan Grande Band of Diegueno Mission Indians of the Barona Reservation, California
Bay Mills Indian community of the Sault Ste. Marie Band of Chippewa Indians, Bay Mills Reservation, Michigan
Berry Creek Rancheria of Maidu Indians of California
Big Bend Rancheria of Pit River Indians of California
Big Lagoon Rancheria of Smith River Indians of California
Big Pine Band of Owens Valley Paiute Shoshone Indians of the Big Pine Reservation, California
Blackfeet Triba of the Blackfeet Indian Reservation of Montana
Bridgeport Indian Colony of California
Burns Paiute Indian Colony, Oregon
Cabazon Band of Cahuilla Mission Indians of the Cabazon Reservation, California
Cachil DeHe Band of Wintun Indians of the Colusa Indian Community of the Colusa Rancheria, California
Caddo Indian Tribe of Oklahoma
Cahuilla Band of Mission Indians of the Cahuilla Reservation, California
Cahto Indian Tribe of the Laytonville Rancheria, California
Campo Band of Diegueno Mission Indians of the Campo Indian Reservation, California
Capitan Grande Band of Diegueno Mission Indians of the Capitan Grande Reservation, California
Cayuga Nation of New York
Cedarville Rancheria of Northern Paiute Indians of California
Chemehuevi Indian Tribe of the Chemehuevi Reservation, California
Cher-Ae Heights Indian Community of the Trinidad Rancheria of California
Cherokee Nation of Oklahoma
Cheyenne-Arapaho Tribes of Oklahoma
Cheyenne River Sioux Tribe of the Cheyenne River Reservation, South Dakota
Chicaksaw Nation of Oklahoma
Chippewa-Cree Indians of the Rocky Boy's Reservation, Montana
Chitimacha Tribe of Louisiana
Choctaw Nation of Oklahoma
Citizen Band of Potawatomi Indians of Oklahoma
Coast Indian Community of Yurok Indians of the Resighini Rancheria, California
Cocopah Tribe of Arizona
Coeur D'Alene Tribe of the Coeur D'Alene Reservation, Idaho
Cold Springs Rancheria of Mono Indians of California
Colorado River Indian Tribes of the Colorado River Indian Reservation, Arizona and California
Comanche Indian Tribe of Oklahoma
Confederated Salish & Kootenai Tribes of the Flathead Reservation, Montana
Confederated Tribes of the Chehalis Reservation, Washington
Confederated Tribes of the Colville Reservation, Washington
Confederated Tribes of the Goshute Resevation, Nevada and Utah
Confederated Tribes of the Siletz Reservation, Oregon
Confederated Tribes of the Umatilla Reservation, Oregon
Confederated Tribes of the Warm Springs Reservation of Oregon

*Includes within its meaning Indian tribes, bands, villages, groups and pueblos as well as Eskimos and Aleuts.

Attachment No. 1
to Plaintiff's First Set of Requests for Admission
*Samish Indian Nation v. United States*, No 02-1383 (FedCl)

Confederated Tribes and Bands of the Yakima Indian Nation of the Yakima Reservation, Washington
Cortina Indian Rancheria of Wintun Indians of California
Coushatta Tribe of Louisiana
Covelo Indian Community of the Round Valley Reservation, California
Coyote Valley Band of Pomo Indians of California
Creek Nation of Oklahoma
Crow Tribe of Montana
Crow Creek Sioux Tribe of the Crow Creek Reservation, South Dakota
Cuyapaipe Band of Diegueno Mission Indians of the Cuyapiape Reservation, California
Delaware Tribe of Western Oklahoma
Devils Lake Sioux Tribe of the Devils Lake Sioux Reservation, North Dakota
Dry Creek Rancheria of Pomo Indians of California
Duckwater Shoshone Tribe of the Duckwater Reservation, Nevada
Eastern Band of Cherokee Indians of North Carolina
Eastern Shawnee Tribe of Oklahoma
Elem Indian Colony of Pomo Indians of the Sulphur Bank Rancheria, California
Ely Indian Colony of Nevada
Enterprise Rancheria of Maidu Indians of California
Flandreau Santee Sioux Tribe of South Dakota
Forest County Potawatomi Community of Wisconsin Potawatomie Indians, Wisconsin
Fort Belknap Indian Community of the Fort Belknap Reservation of Montana
Fort Bidwell Indian Community of Paiute Indians of the Fort Bidwell Reservation, California
Fort Independence Indian Community of Paiute Indians of the Fort Independence Reservation, California
Fort McDermitt Paiute and Shoshone Tribes of the Fort McDermitt Indian Reservation, Nevada
Fort McDowell Mohave-Apache Indian Community, Fort McDowell Band of Mohave Apache Indians of the Fort McDowell Indian Reservation, Arizona
Fort Mojave Indian Tribe of Arizona
Fort Sill Apache Tribe of Oklahoma
Gila River Pima-Maricopa Indian Community of the Gila River Indian Reservation of Arizona
Grindstone Indian Rancheria of Wintun-Wailaki Indians of California
Hannahville Indian Community of Wisconsin Potawatomie Indians of Michigan
Havasupai Tribe of the Havasupai Reservation, Arizona
Hoh Indian Tribe of the Hoh Indian Reservation, Washington
Hoopa Valley Tribe of the Hoopa Valley Reservation, California
Hopi Tribe of Arizona
Hopland Band of Pomo Indians of the Hopland Rancheria, California
Hualapai Tribe of the Hualapai Indian Reservation, Arizona
Inaja and Cosmit Reservation of Diegueno Indians, California
Iowa Tribe of Indians of the Iowa Reservation in Nebraska and Kansas
Iowa Tribe of Oklahoma
Jackson Rancheria of Me-Wuk Indians of California
Jicarilla Apache Tribe of the Jicarilla Apache Indian Reservation, New Mexico
Kaibab Band of Paiute Indians of the Kaibab Indian Reservation, Arizona
Kalispel Indian Community of the Kalispel Reservation, Washington
Karok Tribe of California
Kashia Band of Pomo Indians of the Stewarts Point Rancheria, California
Kaw Indian Tribe of Oklahoma
Keweenaw Bay Indian Community of L'Anse, Lac Vieux Desert and Ontonagon Bands of Chippewa Indians of the L'Anse Reservation, Michigan
Kialegee Tribal Town of the Creek Indian Nation of Oklahoma
Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas
Kickapoo Tribe of Oklahoma
Kiowa Indian Tribe of Oklahoma
Kootenai Tribe of Idaho
La Jolla Band of Luiseno Mission Indians of the LaJolla Reservation, California
La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation, California
Lac Courte Oreilles Band of Lake Superior Chippewa Indians of the Lac Courte Oreilles Reservation of Wisconsin
Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Réservation of Wisconsin
Las Vegas Tribe of Paiute Indians of the Las Vegas Indian Colony, Nevada
Lookout Rancheria of Pit River Indians, California
Los Coyotes Band of Cahuilla Mission Indians of the Los Coyotes Reservation, California
Lovelock Paiute Tribe of the Lovelock Indian Colony, Nevada
Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota
Lower Elwha Tribal Community of the Lower Elwha Reservation, Washington
Lower Sioux Indian Community of the Minnesota Mdewakanton Sioux Indians of the Lower Sioux Reservation in Minnesota
Lummi Tribe of the Lummi Reservation, Washington
Makah Indian Tribe of the Makah Indian Reservation, Washington
Manchester Band of Pomo Indians of the Manchester-Pt. Arena Rancheria, California
Manzanita Band of Dieugeno Mission Indians of the Manzanita Reservation, California
Menominee Indian Tribe of Wisconsin, Menominee Indian Reservation, Wisconsin
Mesa Grande Band of Diegueno Mission Indians of the Mesa Grande Reservation, California
Mescalero Apache Tribe of the Mescalero Reservation, New Mexico
Miami Tribe of Oklahoma
Miccosukee Tribe of Indians of Florida
Middletown Rancheria of Pomo Indians of California
Minnesota Chippewa Tribe, Minnesota (Six Component reservations: Boise Forte Band (Nett Lake), Fond du Lac Band, Grand Portage Band, Leech Lake Band, Mille Lac Band, White Earth Band)
Mississippi Band of Choctaw Indians, Mississippi
Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada
Modoc Tribe of Oklahoma
Montgomery Creek Rancheria of Pit River Indians of California
Morongo Band of Cahuilla Mission Indians of the Morongo Reservation, California
Muckleshoot Indian Tribe of the Muckleshoot Reservation, Washington
Navajo Tribe of Arizona, New Mexico and Utah
Nez Perce Tribe of Idaho, Nez Perce Reservation, Idaho
Nisqually Indian Community of the Nisqually Reservation, Washington
Nooksack Indian Tribe of Washington
Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana
Northwestern Band of Shoshone Indians of Utah (Washakie)
Oglala Sioux Tribe of the Pine Ridge Reservation, South Dakota
Omaha Tribe of Nebraska
Oneida Nation of New York
Oneida Tribe of Indians of Wisconsin, Oneida Reservation, Wisconsin
Onondaga Nation of New York
Osage Tribe of Oklahoma
Ottawa Tribe of Oklahoma
Otoe-Missouria Tribe of Oklahoma
Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California
Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Nevada
Paiute-Shoshone Indians of the Lone Pine Community of the Lone Pine Reservation, California
Pala Band of Luiseno Mission Indians of the Pala Reservation, California
Papago Tribe of the Sells, Gila Bend and San Xavier Reservations, Arizona
Pascua Yaqui Tribe of Arizona
Passamaquoddy Tribe of Maine
Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation, California
Pawnee Indian Tribe of Oklahoma
Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, California
Penobscot Tribe of Maine
Peoria Tribe of Oklahoma
Pit River Indian Tribe of the X-L Ranch Reservation, California
Ponca Tribe of Indians of Oklahoma
Port Gamble Indian Community, Port Gamble Band of Clallam Indians, Port Gamble Reservation, Washington
Prairie Band of Potawatomi Indians of Kansas
Prairie Island Indian Community of Minnesota Mdewakanton Sioux Indians of the Prairie Island Reservation, Minnesota
Pueblo of Acoma, New Mexico
Pueblo of Cochiti, New Mexico
Pueblo of Jemez, New Mexico
Pueblo of Isleta, New Mexico
Pueblo of Laguna, New Mexico
Pueblo of Nambe, New Mexico
Pueblo of Picuris, New Mexico
Pueblo of Pojoaque, New Mexico
Pueblo of San Felipe, New Mexico
Pueblo of San Juan, New Mexico
Pueblo of San Ildefonso, New Mexico
Pueblo of Sandia, New Mexico
Pueblo of Santa Ana, New Mexico
Pueblo of Santa Clara, New Mexico

Pueblo of Santo Domingo, New Mexico
Pueblo of Taos, New Mexico
Pueblo of Tesuque, New Mexico
Pueblo of Zia, New Mexico
Puyallup Tribe of the Puyallup Reservation, Washington
Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Nevada
Quapaw Tribe of Oklahoma
Quechan Tribe of the Fort Yuma Indian Reservation, California
Quileute Tribe of the Quileute Reservation, Washington
Quinault Tribe of the Quinault Reservation, Washington
Ramona Reservation of California
Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin, Red Cliff Reservation, Wisconsin
Red Lake Band of Chippewa Indians of the Red Lake Reservation, Minnesota
Reno-Sparks Indian Colony, Nevada
Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California
Roaring Creek Rancheria of Pit River Indians of California
Robinson Rancheria of Pomo Indians of California
Rosebud Sioux Tribe of the Rosebud Indian Reservation, South Dakota
Rumsey Indian Rancheria of Wintun Indians of California
Sac & Fox Tribe of the Mississippi in Iowa
Sac & Fox Tribe of Missouri of the Sac & Fox Reservation in Kansas and Nebraska
Sac & Fox Tribe of Indians of Oklahoma
Saginaw Chippewa Indian Tribe of Michigan, Isabella Reservation, Michigan
Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona
San Carlos Apache Tribe of the San Carlos Reservation of Arizona
San Manual Band of Serrano Mission Indians of the San Manual Reservation, California
San Pasqual Band of Diegueno Mission Indians of the San Pasqual Reservation, California
Santa Rosa Indian Community of the Santa Rosa Rancheria of California
Santa Rosa Band of Cahuilla Mission Indians of the Santa Rosa Reservation, California
Santa Ynez Band of Chumash Mission Indians of the Santa Ynez Reservation, California
Santa Ysabel Band of Diegueno Mission Indians of the Santa Ysabel Reservation, California
Santee Sioux Tribe of the Santee Reservation of Nebraska
Sauk-Suiattle Indian Tribe of Washington
Saiut Ste. Marie Tribe of Chippewa Indians of Michigan
Seminole Nation of Oklahoma
Seminole Tribe of Florida, Dania, Big Cypress and Brighton Reservations, Florida
Seneca Nation of New York
Seneca-Cayuga Tribe of Oklahoma
Shakopee Mdewakanton Sioux Community of Minnesota (Prior Lake)
Sheep Ranch Rancheria of Me-Wuk Indians of California
Sherwood Valley Rancheria of Pomo Indians of California
Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract), California
Shoalwater Bay Tribe of the Shoalwater Bay Indian Reservation, Washington
Shoshone Tribe of the Wind River Reservation, Wyoming
Shoshone-Bannock Tribes of the Fort Hall Reservation of Idaho
Shoshone-Paiute Tribes of the Duck Valley Reservation, Nevada
Sisseton-Wahpeton Sioux Tribe of the Lake Traverse Reservation, South Dakota
Skokomish Indian Tribe of the Skokomish Reservation, Washington
Skull Valley Band of Goshute Indians of Utah
Soboba Band of Luiseno Mission Indians of the Soboba Reservation, California
Sokoagon Chippewa Community of the Mole Lake Band of Chippewa Indians, Wisconsin
Southern Ute Indian Tribe of the Southern Ute Reservation, Colorado
Spokane Tribe of the Spokane Reservation, Washington
Squaxin Island Tribe of the Squaxin Island Reservation, Washington
St. Croix Chippewa Indians of Wisconsin, St. Croix Reservation, Wisconsin
St. Regis Band of Mohawk Indians of New York
Standing Rock Sioux Tribe of the Standing Rock Reservation, North & South Dakota
Stockbridge-Munsee Community of Mohican Indians of Wisconsin
Stillaguamish Tribe of Washington
Summit Lake Paiute Tribe of the Summit Lake Reservation, Nevada
Suquamish Indian Tribe of the Port Madison Reservation, Washington
Susanville Indian Rancheria of Paiute, Maidu, Pit River & Washoe Indians of California
Swinomish Indians of the Swinomish Reservation, Washington
Sycuan Band of Diegueno Mission Indians of the Sycuan Reservation, California
Table Bluff Rancheria of California
Table Mountain Rancheria of Yokut Indians of California
Te-Moak Bands of Western Shoshone Indians of the Battle Mountain, Elko & South Fork Colonies of Nevada
Thlopthlocco Tribal Town of the Creek Indian Nation of Oklahoma
Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota
Tonawanda Band of Seneca Indians of New York
Tonkawa Tribe of Indians of Oklahoma
Tonto Apache Tribe of Arizona
Torres-Martinez Band of Cahuilla Mission Indians of the Torres-Martinez Reservation, California
Tule River Indian Tribe of the Tule River Indian Reservation, California
Tulalip Tribes of the Tulalip Reservation, Washington
Tuolumne Band of the Me-Wuk Indians of the Tuolumne Rancheria of California
Turtle Mountain Band of Chippewa Indians, Turtle Mountain Indian Reservation, North Dakota
Tuscarora Nation of New York
Twenty-Nine Palms Band of Luiseno Mission Indians of the Twenty-Nine Palms Reservation, California
United Keetoowah Band of Cherokee Indians, Oklahoma
Upper Lake Band of Pomo Indians of Upper Lake Rancheria of California
Upper Sioux Indian Community of the Upper Sioux Reservation, Minnesota
Upper Skagit Indian Tribe of Washington
Ute Indian Tribe of the Uintah & Ouray Reservation, Utah
Ute Mountain Tribe of the Ute Mountain Reservation, Colorado, New Mexico & Utah
Utu Utu Gwaiti Paiute Tribe of the Benton Paiute Reservation, California
Viejas Baron Long Capitan Grande Band of Diegueno Mission Indians of the Viejas Reservation, California
Walker River Paiute Tribe of the Walker River Reservation, Nevada
Washoe Tribe of Nevada & California (Carson Colony, Dresslerville and Washoe Ranches)
White Mountain Apache Tribe of the Fort Apache Indian Reservation, Arizona
Wichita Indian Tribe of Oklahoma
Winnebago Tribe of the Winnebago Reservation of Nebraska
Winnemucca Indian Colony of Nevada
Wisconsin Winnebago Indian Tribe of Wisconsin
Wyandotte Tribe of Oklahoma
Yankton Sioux Tribe of South Dakota
Yavapai-Apache Indian Community of the Camp Verde Reservation, Arizona
Yavapai-Prescott Tribe of the Yavapai Reservation, Arizona
Yerington Paiute Tribe of the Yerington Colony and Campbell Ranch
Yomba Shoshone Tribe of the Yomba Reservation, Nevada
Yurok Tribe of the Hoopa Valley Reservation, California
Zuni Tribe of the Zuni Reservation, New Mexico

For additional Information contact Particia Simmons, Division of Tribal Government Services, Branch of Tribal Relations, 1951 Constitution Avenue, N.W., Washington, D.C. 20245, telephone number, 202-343-4045.

Sidney L. Mills,

*Deputy Assistant Secretary—Indians Affairs.*

[FR Doc. 80-12537 Filed 4-23-80; 8:45 am]

BILLING CODE 4310-02-M

---

## Bureau of Land Management

[Colorado 24651]

### Termination of Proposed Withdrawal and Reservation of National Forest Lands; Rio Grande National Forest

Under the authority of Section 204(d) of the Federal Land Policy and Management Act of October 21, 1976, 43 U.S.C. 1714, the U.S. Department of Agriculture requested withdrawal of 84.55 acres of National Forest land for an administrative site. The notice of proposed withdrawal was published on December 23, 1976 as FR Doc. 76-37659.

Attachment No. 2
to Plaintiff's First Set of Requests for Admission

Westlaw.



50 FR 6055-02, 1985 WL 89601 (F.R.)

**(Cite as: 50 FR 6055)**

NOTICES

DEPARTMENT OF THE INTERIOR

Indian Tribal Entities [FN1] Recognized and Eligible To Receive Services

Wednesday, February 13, 1985

FNFN1***6055** Includes within its meaning Indian tribes, bands, villages, communities and pueblos as well as Eskimos and Aleuts

January 25, 1985.

This notice is published in exercise of authority delegated to the Assistant Secretary--Indian Affairs under 5 U.S.C. 2 and 9; and 209 DM 8.

Notice is hereby given in accordance with 25 CFR 83.6 (b) (formerly 25 CFR 54.6 (b)) by the Bureau of Indian Affairs of those Indian tribal entities which are recognized as having a special relationship with the United States. Because of this special relationship, they are eligible for services administered by the Bureau of Indian Affairs. The listed entities are not necessarily eligible for programs administered by other Federal Agencies.

Indian Tribal Entities 1 Within the Contiguous 48 States Recognized and Eligible To Receive Services From the United States Bureau of Indian Affairs

Absentee-Shawnee Tribe of Indians of Oklahoma

Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indian Reservation, Palm Springs, California

Ak Chin Indian Community of Papago Indians of the Maricopa, Ak Chin Reservation, Arizona

Alabma-Quassarte Tribal Town of the Creek Nation of Indians of Oklahoma

Alturas Indian Rancheria of Pit River Indians of California

Apache Tribe of Oklahoma

Arapahoe Tribe of the Wind River Reservation, Wyoming

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Montana

Augustine Band of Cahuilla Mission Indians of the Augustine Reservation, California

Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin

Barona Capitan Grande Band of Diegueno Mission Indians of the Barona Reservation, California

Bay Mills Indian Community of the Sault Ste. Marie Band of Chippewa Indians, Bay Mills Reservation, Michigan

Berry Creek Rancheria of Maidu Indians of California

Big Bend Rancheria of Pit River Indians of California

Big Lagoon Rancheria of Smith River Indians of California

Big Pine Band of Owens Valley Paiute Shoshone Indians of the Big Pine Reservation, California

Big Sandy Rancheria of Mona Indians of California

Big Valley Rancheria of Pomo & Pit River Indians of California

Blackfeet Tribe of the Blackfeet Indian Reservation of Montana

Blue Lake Rancheria of California

Bridgeport Paiute Indian Colong of California

Buena Vista Rancheria of Me-Wuk Indians of California

Burns Paiute Indian Colony, Oregon

Cabazon Band of Cahuilla Mission Indians of the Cabazon Reservation, California

Cachil DeHe Band of Wintun Indians of the Colusa Indian Community of the Colusa Rancheria, California

Caddo Indian Tribe of Oklahoma

Cahuilla Band of Mission Indians of the Cahuilla Reservation, California

Cahto Indian Tribe of the Laytonville Rancheria, California

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Campo Band of Diegueno Mission Indians of the Campo Indian Reservation, California

Capitan Grande Band of Diegueno Mission Indians of the Capitan Grande Reservation, California

Cayuga Nation of New York

Cedarville Rancheria of Northern Paiute Indians of California

Chemehuevi Indian Tribe of the Chemehuevi Reservation, California

Cher-Ae Heights Indian Community of the Trinidad Rancheria of California

Cherokee Nation of Oklahoma

Cheyenne-Arapaho Tribes of Oklahoma

Cheyenne River Sioux Tribe of the Cheyenne River Reservation, South Dakota

Chickasaw Nation of Oklahoma

Chicken Ranch Rancheria of Me-Wuk Indians of California

Chippewa-Cree Indians of the Rocky Boy's Reservation, Montana

Chitimacha Tribe of Louisiana

Choctaw Nation of Oklahoma

Citizen Band of Potawatomi Indians of Oklahoma

Cloverdale Rancheria of Pomo Indians of California

Coast Indian Community of Yurok Indians of the Resighini Rancheria, California

Cocopah Tribe of Arizona

Coeur D'Alene Tribe of the Coeur D'Alene Reservation, Idaho

***6056** Cold Springs Rancheria of Mono Indians of California

Colorado River Indian Tribes of the Colorado River Indian Reservation, Arizona and California

Comanche Indian Tribe of Oklahoma

Confederated Salish & Kootenai Tribes of the Flathead Reservation, Montana

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Confederated Tribes of the Chehalis Reservation, Wahington

Confederated Tribes of the Colville Reservation, Washington

Confederated Tribes of Coos, Lower Umpqua and Siuslaw Indians of Oregon

Confederated Tribes of the Goshute Reservation, Nevada and Utah

Confederated Tribes of the Grand Ronde Community of Oregon

Confederated Tribes of the Siletz Reservation, Oregon

Confederated Tribes of the Umatilla Reservation, Oregon

Confederated Tribes of the Warm Springs Reservation of Oregon

Confederated Tribes and Bands of the Yakima Indian Nation of the Yakima Reservation, Washington

Cortina Indian Rancheria of Wintun Indians of California

Coushatta Tribe of Louisiana

Covelo Indian Community of the Round Valley Reservation, California

Cow Creek Band of Umpqua Indians of Oregon

Coyote Valley Band of Pomo Indians of California

Creek Nation of Oklahoma

Crow Tribe of Montana

Crow Creek Sioux Tribe of the Crow Creek Reservation, South Dakota

Cuyapaipe Community of Diegueno Mission Indians of the Cuyapaipe Reservation, California

Death Valley Timbi-Sha Shoshone Band of California

Delaware Tribe of Western Oklahoma

Devils Lake Sioux Tribe of the Devils Lake Sioux Reservation, North Dakota

Dry Creek Rancheria of Pomo Indians of California

Duckwater Shoshone Tribe of the Duckwater Reservation, Nevada

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Eastern Band of Cherokee Indians of North Carolina

Eastern Shawnee Tribe of Oklahoma

Elem Indian Colony of Pomo Indians of the Sulphur Bank Rancheria, California

Elk Valley Rancheria of Smith River Tolowa Indians of California

Ely Indian Colony of Nevada

Enterprise Rancheria of Maidu Indians of California

Flandreau Santee Sioux Tribe of South Dakota

Forest County Potawatomi Community of Wisconsin Potawatomie Indians, Wisconsin

Fort Belknap Indian Community of the Fort Belknap Reservation of Montana

Fort Bidwell Indian Community of Paiute Indians of the Fort Bidwell Reservation, California

Fort Independence Indian Community of Paiute Indians of the Fort Independence Reservation, California

Fort McDermitt Paiute and Shoshone Tribes of the Fort McDermitt Indian Reservation, Nevada

Fort McDowell Mohave-Apache Indian Community, Fort McDowell Band of Mohave Apache Indians of the Fort McDowell Indian Reservation, Arizona

Fort Mojave Indian Tribe of Arizona

Fort Sill Apache Tribe of Oklahoma

Gila River Pima-Maricopa Indian Community of the Gila River Indian Reservation of Arizona

Grand Traverse Band of Ottawa & Chippewa Indians of Michigan

Greenville Rancheria of Maidu Indians of California

Grindstone Indian Rancheria of Wintun-Wailaki Indians of California

Hannahville Indian Community of Wisconsin Potawatomie Indians of Michigan

Havasupai Tribe of the Havasupai Reservation, Arizona

Hoh Indian Tribe of the Hoh Indian Reservation, Washington

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Hoopa Valley Tribe of the Hoopa Valley Reservation, California

Hopi Tribe of Arizona

Hopland Band of Pomo Indians of the Hopland Rancheria, California

Houlton Band of Maliseet Indians of Maine

Hualapai Tribe of the Hualapai Indian Reservation, Arizona

Inaja Band of Diegueno Mission Indians of the Inaja and Cosmit Reservation, California

Iowa Tribe of Indians of the Iowa Reservation in Nebraska and Kansas

Iowa Tribe of Oklahoma

Jackson Rancheria of Me-Wuk Indians of California

Jamestown Band of Clallam Indians of Washington

Jamul Indian Village of California

Jicarilla Apache Tribe of the Jicarilla Apache Indian Reservation, New Mexico

Kaibab Band of Paiute Indians of the Kaibab Indian Reservation, Arizona

Kalispel Indian Community of the Kalispel Reservation, Washington

Karuk Tribe of California

Kashia Band of Pomo Indians of the Stewarts Point Rancheria, California

Kaw Indian Tribe of Oklahoma

Keweenaw Bay Indian Community of L'Anse, Lac Vieux Desert and Ontonagon Bands of Chippewa Indians of the L'Anse Reservation, Michigan

Kialegee Tribal Town of the Creek Indian Nation of Oklahoma

Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas

Kickapoo Tribe of Oklahoma (includes Texas Band of Kickapoo Indians)

Kiowa Indian Tribe of Oklahoma

Kootenai Tribe of Idaho

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

La Jolla Band of Luiseno Mission Indians of the LaJolla Reservation, california

La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation, California

Lac Courte Oreilles Band of Lake Superior Chippewa Indians of the Lac Courte Oreilles Reservation of Wisconsin

Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin

Las Vegas Tribe of Paiute Indians of the Las Vegas Indian Colony, Nevada

lookout Rancheria of Pit River Indians, California

Los Coyotes Band of Cahuilla Mission Indians of the Los Coyotes Reservation, California

Lovelock Paiute Tribe of the Lovelock Indian Colony, Nevada

Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota

Lower Elwha Tribal Community of the Lower Elwha Reservation, Washington

Lower Sioux Indian Community of the Minnesota Mdewakanton Sioux Indians of the Lower Sioux Reservation in Minnesota

Lummi Tribe of the Lummi Reservation, Washington

Makah Indian Tribe of the Makah Indian Reservation, Washington

Manchester Band of Pomo Indians of the Manchester-Pt. Arena Rancheria, California

Manzanita Band of Dieugeno Mission Indians of the Manzanita Reservation, California

Mashantucket Pequot Tribe of Connecticut

Menominee Indian Tribe of Wisconsin, Menominee Indian Reservation, Wisconsin

Mesa Grande Band of Diegueno Mission Indians of the Mesa Grande Reservation, California

Mescalero Apache Tribe of the Mescalero Reservation, New Mexico

Miami Tribe of Oklahoma

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Miccosukee Tribe of Indians of Florida

Middletown Rancheria of Pomo Indians of California

Minnesota Chippewa Tribe, Minnesota (Six Component reservations: Boise Forte Band (Nett Lake), Fond du Lac Band, Grand Portage Band, Leech ***6057** Lake Band, Mille Lac Band, White Earth Band)

Mississippi Band of Choctaw Indians, Mississippi

Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada

Modoc Tribe of Oklahoma

Montgomery Creek Rancheria of Pit River Indians of California

Mooretown Rancheria of Maidu Indians of California

Morongo Band of Cahuilla Mission Indians of the Morongo Reservation, California

Muckleshoot Indian Tribe of the Muckleshoot Reservation, Washington

Narragansett Indian Tribe of Rhode Island

Navajo Tribe of Arizona, New Mexico and Utah

Nez Perce Tribe of Idaho, Nez Perce Reservation, Idaho

Nisqually Indian Community of the Nisqually Reservation, Washington

Nooksack Indian Tribe of Washington

Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana

Northfork Rancheria of Mono Indians of California

Northwestern Band of Shoshone Indians of Utah (Washakie)

Oglala Sioux Tribe of the Pine Ridge Reservation, South Dakota

Omaha Tribe of Nebraska

Oneida Nation of New York

Oneida Tribe of Indians of Wisconsin, Oneida Reservation, Wisconsin

Onondaga Nation of New York

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Osage Tribe of Oklahoma

Ottawa Tribe of Oklahoma

Otoe-Missouria Tribe of Oklahoma

Paiute Indian Tribe of Utah

Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California

Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Nevada

Paiute-Shoshone Indians of the Lone Pine Community of the Lone Pine Reservation, California

Pala Band of Luiseno Mission Indians of the Pala Reservation, California

Papago Tribe of the Sells, Gila Bend and San Xavier Reservations, Arizona

Pascua Yaqui Tribe of Arizona

Passamaquoddy Tribe of Maine

Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation, California

Pawnee Indian Tribe of Oklahoma

Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, California

Penobscot Tribe of Maine

Peoria Tribe of Oklahoma

Picayune Rancheria of Chukchansi Indians of California

Pinoleville Rancheria of Pomo Indians of California

Pit River Indian Tribe of the X-L Ranch Reservation, California

Poarch Band of Creek Indians of Alabama

Ponca Tribe of Indians of Oklahoma

Port Gamble Indian Community, Port Gamble Band of Clallam Indians, Port Gamble Reservation, Washington

Potter Valley Rancheria of Pomo Indians of California

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Prairie Band of Potawatomi Indians of Kansas

Prairie Island Indian Community of Minnesota Mdewakanton Sioux Indians of the Prairie Island Reservation, Minnesota

Pueblo of Acoma, New Mexico

Pueblo of Cochiti, New Mexico

Pueblo of Jemez, New Mexico

Pueblo of Isleta, New Mexico

Pueblo of Laguna, New Mexico

Pueblo of Nambe, New Mexico

Pueblo of Picuris, New Mexico

Pueblo of Pojoaque, New Mexico

Pueblo of San Felipe, New Mexico

Pueblo of San Juan, New Mexico

Pueblo of San Ildefonso, New Mexico

Pueblo of Sandia, New Mexico

Pueblo of Santa Ana, New Mexico

Pueblo of Santa Clara, New Mexico

Pueblo of Santo Domingo, New Mexico

Pueblo of Taos, New Mexico

Pueblo of Tesuque, New Mexico

Pueblo of Zia, New Mexico

Puyallup Tribe of the Puyallup Reservation, Washington

Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Nevada

Quapaw Tribe of Oklahoma

Quartz Valley Rancheria of Karok, Shasta and Upper Klamath Indians of California

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Quechan Tribe of the Fort Yuma Indian Reservation, California

Quileute Tribe of the Quileute Reservation, Washington

Quinault Tribe of the Quinault Reservation, Washington

Ramona Band or Village of Cahuilla Mission Indians of California

Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin, Red Cliff Reservation, Wisconsin

Red Lake Band of Chippewa Indians of the Red Lake Reservation, Minnesota

Redding Valley Rancheria of Pomo Indians of California

Redwood Valley Rancheria of Pomo Indians of California

Reno-Sparks Indian Colony, Nevada

Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California

Roaring Creek Rancheria of Pit River Indians of California

Robinson Rancheria of Pomo Indians of California

Rohnerville Rancheria of Bear River or Mattole Indians of California

Rosebud Sioux Tribe of the Rosebud Indian Reservation, South Dakota

Rumsey Indian Rancheria of Wintun Indians of California

Sac & Fox Tribe of the Mississippi in Iowa

Sac & Fox Tribe of Missouri of the Sac & Fox Reservation, in Kansas and Nebraska

Sac & Fox Tribe of Indians of Oklahoma

Saginaw Chippewa Indian Tribe of Michigan, Isabella Reservation, Michigan

Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona

San Carlos Apache Tribe of the San Carlos Reservation of Arizona

San Manual Band of Serrano Mission Indians of the San Manual Reservation, California

San Pasqual Band of Diegueno Mission Indians of the San Pasqual Reservation, California

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Santa Rosa Indian Community of the Santa Rosa Rancheria of California

Santa Rosa Band of Cahuilla Mission Indians of the Santa Rosa Reservation, California

Santa Ynez Band of Chumash Mission Indians of the Santa Ynez Reservation, California

Santa Ysabel Band of Diegueno Mission Indians of the Santa Ysabel Reservation, California

Santee Sioux Tribe of the Santee Reservation, of Nebraska

Sauk-Suiattle Indian Tribe of Washington

Sault Ste. Marie Tribe of Chippewa Indians of Michigan

Seminole Nation of Oklahoma

Seminole Tribe of Florida, Dania, Big Cypress and Brighton Reservations, Florida

Seneca Nation of New York

Seneca-Cayuga Tribe of Oklahoma

Shakopee Mdewakanton Sioux Community of Minnesota (Prior Lake)

Sheep Ranch Rancheria of Me-Wuk Indians of California

Sherwood Valley Rancheria of Pomo Indians of California

Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract), California

Shoalwater Bay Tribe of the Shoalwater Bay Indian Reservation, Washington

Shoshone Tribe of the Wind River Reservation, Wyoming

Shoshone-Bannock Tribes of the Fort Hall Reservation of Idaho

Shoshone-Paiute Tribes of the Duck Valley Reservation, Nevada

Sisseton-Wahpeton Sioux Tribe of the Lake Traverse Reservation, South Dakota

***6058** Skokomish Indian Tribe of the Skokomish Reservation, Washington

Skull Valley Band of Goshute Indians of Utah

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Smith River Rancheria of California

Soboba Band of Luiseno Mission Indians of the Soboba Reservation, California

Sokoagon Chippewa Community of the Mole Lake Band of Chippewa Indians, Wisconsin

Southern Ute Indian Tribe of the Southern Ute Reservation, Colorado

Spokane Tribe of the Spokane Reservation, Washington

Squaxin Island Tribe of the Squaxin Island Reservation, Washington

St. Croix Chippewa Indians of Wisconsin, St. Croix Reservation, Wisconsin

St. Regis Band of Mohawk Indians of New York

Standing Rock Sioux Tribe of the Standing Rock Reservation, North & South Dakota

Stockbridge-Munsee Community of Mohican Indians of Wisconsin

Stillaguamish Tribe of Washington

Summit Lake Paiute Tribe of the Summit Lake Reservation, Nevada

Suquamish Indian Tribe of the Port Madison Reservation, Washington

Susanville Indian Rancheria of Paiute, Maidu, Pit River & Washoe Indians of California

Swinomish Indians of the Swinomish Reservation, Washington

Sycuan Band of Diegueno Mission Indians of of the Sycuan Reservation, California

Table Bluff Rancheria of Wiyot Indians of California

Table Mountain Rancheria of California

Te-Moak Bands of Western Shoshone Indians of the Battle Mountain, Elko & South Fork Colonies of Nevada

Thlopthlocco Tribal Town of the Creek Indian Nation of Oklahoma

Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota

Tonawanda Band of Seneca Indians of New York

Tonkawa Tribe of Indians of Oklahoma

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Tonto Apache Indians of Arizona

Torres-Martinez Band of Cahuilla Mission Indians of the Torres-Martinez Reservation, California

Tule River Indian Tribe of the Tule River Indian Reservation, California

Tulalip Tribes of the Tulalip Reservation, Washington

Tunica-Biloxi Indian Tribe of Louisiana

Tuolumne Band of Me-Wuk Indians of of the Tuolumne Rancheria of California

Turtle Mountain Band of Chippewa Indians, Turtle Mountain Indian Reservation, North Dakota

Tuscarora Nation of New York

Twenty-Nine Palms Band of Luiseno Mission Indians of the Twenty-Nine Palms Reservation, California

United Keetoowah Band of Cherokee Indians, Oklahoma

Upper Lake Band of Pomo Indians of Upper Lake Rancheria of California

Upper Sioux Indian Community of the Upper Sioux Reservation, Minnesota

Upper Skagit Indian Tribe of Washington

Ute Indian Tribe of the Uintah & Ouray Reservation, Utah

Ute Mountain Tribe of the Ute Mountain Reservation, Colorado, New Mexico & Utah

Utu Utu Gwaiti Paiute Tribe of the Benton Paiute Reservation, California

Viejas Baron Long Capitan Grande Band of Diegueno Mission Indians of the Viejas Reservation, California

Walker River Paiute Tribe of the Walker River Reservation, Nevada

Washoe Tribe of Nevada & California (Carson Colony, Dresslerville and Washoe Ranches)

White Mountain Apache Tribe of the Fort Apache Indian Reservation, Arizona

Wichita Indian Tribe of Oklahoma

Winnebago Tribe of the Winnebago Reservation of Nebraska

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Winnemucca Indian Colony of Nevada

Wisconsin Winnebago Indian Tribe of Wisconsin

Wyandotte Tribe of Oklahoma

Yankton Sioux Tribe of South Dakota

Yavapai-Apache Indian Community of the Camp Verde Reservation, Arizona

Yavapai-Prescott Tribe of the Yavapai Reservation, Arizona

Yerington Paiute Tribe of the Yerington Colony and Campbell Ranch

Yomba Shoshone Tribe of the Yomba Reservation, Nevada

Yurok Tribe of the Hoopa Valley Reservation, California

Zuni Tribe of the Zuni Reservation, New Mexico

Native Entities Within the State of Alaska Recognized and Eligible to Receive Services From the United States Bureau of Indian Affairs

Akhiok, Native Village of Akhiok

Akiachak, Native Village of Akiachak

Akiak Native Community

Akutan, Native Village of Akutan

Alakanuk, Village of Alakanuk

Alatna Village

Alegnagik, Village of Alegnagik

Allakaket Village

Ambler, Village of Ambler

Anaktuvuk Pass, Village of Anaktuvuk Pass

Angoon Community Association

Aniak, Village of Aniak

Anvik Village

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Arctic Village

Atka, Native Village of Atka

Atkasook Village

Atmauthluak, Village of Atmauthlauk

Barrow Native Village (Point Barrow)

Beaver Village

Belkofsky, Native Village of Belkofsky

Bethel Native Village

Bettles Field/Evansville Village

Birch Creek Village

Brevig Mission Village

Buckland, Native Village of Buckland

Cantwell, Native Village of Cantwell

Chalkyitsik Village

Chanega (Chenega), Native Village of Chanega

Chuathbaluk, Village of Chuathbaluk

Chefornak, Village of Chefonak

Chevak Native Village

Chickaloon Village

Chignik, Native Village of Chignik

Chignik Lagoon, Native Village of Chignik Lagoon

Chignik Lake Village

Chilkat Indian Village of Klukwan

Chilkoot Indian Association of Haines

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Chistochina, Native Village of Chistochina

Chitina, Native Village of Chitina

Circle Village

Clark's Point, Village of Clark's Point

Copper Center Village

Craig Community Association

Crooked Creek, Village of Crooked Creek

Deering, Native Village of Deering

Dillingham, Native Village of Dillingham

Diomede, Native Village of Diomede (aka Inalik)

Dot Lake, Village of Dot Lake

Douglas Indian Association

Eagle, Village of Eagle

Eek, Native Village of Eek

Egegik Village

Eklutna Native Village

Ekuk, Native Village of Ekuk

Ekwok Village

Elim, Native Village of Elim

Emmonak Village

Eyak Native Village

False Pass, Native Village of False Pass

Fort Yukon, Native Village of Fort Yukon

Gakona, Native Village of Gakona

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Galena Village (aka Louden Village)

Gambell, Native Village of Gambell

Golovin, Village of Golovin

Goodnews Bay, Native Village of Goodnews Bay

Grayling, Orgainzed Village of Grayling (aka Holikachuk)

Gulkana Village

Healy Lake Village

Holy Cross Village

Hoonah Indian Association

Hooper Bay, Native Village of Hooper Bay

Hughes Village

Huslia Village

***6059** Hydaburg Cooperative Association

Igiugig Village

Lliamna, Village of Iliamna

Inupiat Community of the Arctic Slope

Ivanoff Bay Village

Kake, Organized Village of Kake

Kaktovik Village of Barter Island (aka Barter Island)

Kalskag, Village of Kalskag

Kanatak, Native Village of Kanatak

Karluk, Native Village of Karluk

Kasaan, Native Village of Kasaan

Kasigluk, Native Village of Kasigluk

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Kenaitze Indian Tribe

Ketchikan Indian Corporation

Kiana Village

King Cove Village

King Island Native Community

Kipnuk, Native Village of Kipnuk

Kivalina, Native Village of Kivalina

Klawock Cooperative Association

Knik Village

Kobuk Village

Kokhanok Village

Kongiganak Native Village

Kotlik, Village of Kotlik

Kotzebue, Native Village of Kotzebue

Koyuk, Native Village of Koyuk

Koyukuk Native Village

Kwethluk, Organized Village of Kwethluk

Kwigillingok, Native Village of Kwigillingok

Kwinhagak, Native Village of Kwinhagak (aka Quinhagak)

Larsen Bay, Native Village of Larsen Bay

Levelock Village

Lime Village

Lower Kalskag, Village of Lower Kalskag

Manley Hot Springs Village

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Manokotak Village

Marshall, Native Village of Marshall (aka Fortuna Ledge)

McGrath, Native Village of McGrath

Mekoryuk, Native Village of Mekoryuk, Island of Nunivak

Mentasta Village (aka Mentasta Lake)

Metlakatla Indian Community, Annette Islands Reserve, Alaska

Minto, Native Village of Minto

Mountain Village, Native Village of Mountain Village

Naknek Native Village

Napakiak, Native Village of Napakiak

Napaskiak Traditional Village

Nelson Lagoon, Native Village of Nelson Lagoon

Nenana Native Association

Newhalen Village

New Stuyahok Village

Newtok Village

Nightmute, Native Village of Nightmute

Nikolai Village

Nikolski, Native Village of Nikolski

Noatak, Native Village of Noatak

Nome Eskimo Community

Nondalton Village

Noorvik Native Community

Northway Village

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Nulato Village

Nunapitchuk, Native Village of Nunapitchuk

Old Harbor, Village of Old Harbor

Oscarville, Oscarville Traditional Village

Ouzinkie, Native Village of Ouzinkie

Pedro Bay Village

Perryville, Native Village of Perryville

Petersburg Indian Association

Pilot Point, Native Village of Pilot Point

Pilot Station Traditional Village

Pitka's Point, Native Village of Pitka's Point

Platinum Traditional Village

Point Hope, Native Village of Point Hope

Point Lay, Native Village of Point Lay

Portage Creek Village

Port Graham Village

Port Heiden, Native Village of Port Heiden

Port Lions, Native Village of Port Lions

Pribilof Islands Aleut Communities of St. Paul & St. George Islands

Rampart Village

Red Devil, Village of Red Devil

Ruby, Native Village of Ruby

Russian Mission, Native Village of Russian Mission (Yukon)

Sand Point Village

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Savoonga, Native Village of Savoonga

Saxman, Organized Village of Saxman

Scammon Bay, Native Village of Scammon Bay

Selawik, Native Village of Selawik

Shageluk Native Village

Shaktoolik, Native Village of Shaktoolik

Sheldon's Point, Native Village of Sheldon's Point

Shishmaref, Native Village of Shishmaref

Shungnak, Native Village of Shungnak

Sitka Community Association

Sleetmute, Village of Sleetmute

South Naknek Village

Stebbins Community Association

Stevens, Native Village of Stevens

Stony River, Village of Stony River

St. Mary's Village (aka Algaaciq)

St. Michael, Native Village of St. Michael

Takotna Village

Tanacross, Native Village of Tanacross

Tanana, Native Village of Tanana

Tatitlek, Native Village of Tatitlek

Tazlina, Native Village of Tazlina

Telida Village

Teller Native Village

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Tetlin, Native Village of Tetlin

Togiak, Traditional Village of Togiak

Tlingit & Haida Indians of Alaska

Toksook Bay, Native Village of Toksook Bay

Tuluksak Native Community

Tuntutuliak, Native Village of Tuntutuliak

Tununak, Native Village of Tununak

Twin Hills Village

Tyonek, Native Village of Tyonek

Ugashik Village

Unalakleet, Native Village of Unalakleet

Venetie, Native Village of Venetie

Wainwright Village

Wales, Native Village of Wales

White Mountain, Native Village of White Mountain

Wrangell Cooperative Association

For additional information contact Patricia Simmons, Division of Tribal Government Services, Branch of Tribal Relations, 1951 Constitution Avenue, NW., Washington, D.C. 20245, telephone number, 202-343-4045.

John W. Fritz,

Deputy Assistant Secretary, Indian Affairs.

[FR Doc. 85-3621 Filed 2-12-85; 8:45 am]

BILLING CODE 4310-02-M

50 FR 6055-02, 1985 WL 89601 (F.R.)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.