Attachment No. 3
to Plaintiff's First Set of Requests for Admission

NOTICES

DEPARTMENT OF THE INTERIOR

Indian Entities Recognized and Eligible To Receive Services From the United States Bureau of Indian Affairs

Thursday, December 29, 1988

***52829** AGENCY: Bureau of Indian Affairs, Interior.

ACTION: Notice.

SUMMARY: Notice is hereby given that the annual update of the list of entities recognized and eligible for funding and services from the Bureau of Indian Affairs is published pursuant to 25 CFR Part 83.

FOR FURTHER INFORMATION CONTACT:Bureau of Indian Affairs, Division of Tribal Government Services, 18th & C Streets NW., Washington, DC 20240, telephone number: (202) 343-7445.

SUPPLEMENTARY INFORMATION: This notice is published in exercise of authority delegated to the Assistant Secretary-Indian Affairs under 25 U.S.C. 2 and 9 and 209 DM 8.

Indian Tribal Entities [FN*] Within the Contiguous 48 States Recognized and Eligible To Receive Services From the United States Bureau of Indian Affairs

Absentee-Shawnee Tribe of Indians of Oklahoma

FN* Includes within its meaning Indian tribes, bands, villages, communities and pueblos as well as Alaska Native entities.

Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indian Reservation, California

Ak Chin Indian Community of Papago Indians of the Maricopa, Ak Chin Reservation, Arizona

Alabama and Coushatta Tribes of Texas

Alabama-Quassarte Tribel Town of the Creek Nation of Oklahoma

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Alturas Rancheria of Pit River Indians of California

Apache Tribe of Oklahoma

Arapahoe Tribe of the Wind River Reservation, Wyoming

Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Montana

Augustine Band of Cahuilla Mission Indians of the Augustine Reservation, California

Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin

Bay Mills Indian Community of the Sault Ste. Marie Band of Chippewa Indians, Bay Mills Reservation, Michigan

Berry Creek Rancheria of Maidu Indians of California

Big Lagoon Rancheria of Smith River Indians of California

Big Pine Band of Owens Valley Paiute Shoshone Indians of the Big Pine Reservation, California

Big Sandy Rancheria of Mono Indians of California

Big Valley Rancheria of Pomo & Pit River Indians of California

Blackfeet Tribe of the Blackfeet Indian Reservation of Montana

Blue Lake Rancheria of California

***52830** Bridgeport Paiute Indian Colony of California

Buena Vista Rancheria of Me-Wuk Indians of California

Burns Paiute Indian Colony, Oregon

Cabazon Band of Cahuilla Mission Indians of the Cabazon Reservation, California

Cachil DeHe Band of Wintun Indians of the Colusa Indian Community of the Colusa Rancheria, California

Caddo Indian Tribe of Oklahoma

Cahuilla Band of Mission Indians of the Cahuilla Reservation, California

Cahto Indian Tribe of the Laytonville Rancheria, California

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Campo Band of Diegueno Mission Indians of the Campo Indian Reservation, California

Capitan Grande Band of Diegueno Mission Indians of California:

Barona Group of the Barona Reservation, California

Viejas Group of the Viejas Reservation, California

Cauyga Nation of New York

Cedarville Rancheria of Northern Paiute Indians of California

Chemehuevi Indian Tribe of the Chemehuevi Reservation, California

Cher-Ae Heights Indian Community of the Trinidad Rancheria, California

Cherokee Nation of Oklahoma

Cheyenne-Arapaho Tribes of Oklahoma

Cheyenne River Sioux Tribe of the Cheyenne River Reservation, South Dakota

Chickasaw Nation of Oklahoma

Chicken Ranch Rancheria of Me-Wuk Indians of California

Chippewa-Cree Indians of the Rocky Boy's Reservation, Montana

Chitimacha Tribe of Louisiana

Choctaw Nation of Oklahoma

Citizen Band Potawatomi Indian Tribe of Oklahoma

Cloverdale Rancheria of Pomo Indians of California

Coast Indian Community of Yurok Indians of the Resighini Rancheria, California

Cocopah Tribe of Arizona

Coeur D'Alene Tribe of the Coeur D'Alene Reservation, Idaho

Cold Springs Rancheria of Mono Indians of California

Colorado River Indian Tribes of the Colorado River Indian Reservation, Arizona and California

Comanche Indian Tribe of Oklahoma

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Confederated Salish & Kootenai Tribes of the Flathead Reservation, Montana

Confederated Tribes of the Chehalis Reservation, Washington

Confederated Tribes of the Colville Reservation, Washington

Confederated Tribes of the Coos, Lower Umpqua and Siuslaw Indian of Oregon

Confederated Tribes of the Goshute Reservation, Nevada and Utah

Confederated Tribes of the Grand Ronde Community of Oregon

Confederated Tribes of the Siletz Reservation, Oregon

Confederated Tribes of the Umatilla Reservation, Oregon

Confederated Tribes of the Warm Springs Reservation of Oregon

Confederated Tribes of the Bands of the Yakima Indian Nation of the Yakima Reservation, Washington

Cortina Indian Rancheria of Wintun Indians of California

Coushatta Tribe of Louisiana

Covelo Indian Community of the Round Valley Reservation, California

Cow Creek Band of Umpqua Indians of Oregon

Coyote Valley Band of Pomo Indians of California

Creek Nation of Oklahoma

Crow Tribe of Montana

Crow Creek Sioux Tribe of the Crow Creek Reservation, South Dakota

Cuyapaipe Community of Diegueno Mission Indians of the Cuyapaipe Reservation, California

Death Valley Timbi-Sha Shoshone Band of California

Delaware Tribe of Western Oklahoma

Devils Lake Sioux Tribe of the Devils Lake Sioux Reservation, North Dakota

Dry Creek Rancheria of Pomo Indians of California

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Duckwater Shoshone Tribe of the Duckwater Reservation, Nevada

Eastern Band of Cherokee Indians of North Carolina

Eastern Shawnee Tribe of Oklahoma

Elem Indian Colony of Pomo Indians of the Sulphur Bank Rancheria, California

Elk Valley Rancheria of Smith River Tolowa Indians of California

Ely Indian Colony of Nevada

Enterprise Rancheria of Maidu Indian of California

Flandreau Santee Tribe of South Dakota

Forest County Potawatomi Community of Wisconsin Potawatomie Indians, Wisconsin

Fort Belknap Indian Community of the Fort Belknap Reservation of Montana

Fort Bidwell Indian Community of Paiute Indians of the Fort Bidwell Reservation, California

Fort Independence Indian Community of Paiute Indians of the Fort Independence Reservation, California

Fort McDermitt Paiute and Shoshone Tribes of the Fort McDermitt Indian Reservation, Nevada

Fort McDowell Mohave-Apache Indian Community of the Fort McDowell Indian Reservation, Arizona

Fort Mojave Indian Tribe of Arizona

Fort Sill Apache Tribe of Oklahoma

Gay Head Wampanoag Indians of Massachusetts

Gila River Pima-Maricopa Indian Community of the Gila River Indian Reservation of Arizona

Grand Traverse Band of Ottawa & Chippewa Indians of Michigan

Greenville Rancheria of Maidu Indians of California

Grindstone Indian Rancheria of Wintun-Wailaki Indians of California

Hannahville Indian Community of Wisconsin Potawatomie Indians of Michigan

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Havasupai Tribe of the Havasupai Reservation, Arizona

Hoh Indian Tribe of the Hoh Indian Reservation, Washington

Hoopa Valley Tribe of the Hoopa Valley Reservation, California

Hopi Tribe of Arizona

Hopland Band of Pomo Indians of the Hopland Rancheria, California

Houlton Band of Maliseet Indians of Maine

Hualapai Tribe of the Hualapai Indian Reservation, California

Inaja Band of Diegueno Mission Indians of the Inaja and Cosmit Reservation, California

Iowa Tribe of Kansas and Nebraska

Iowa Tribe of Oklahoma

Jackson Rancheria of Me-Wuk Indians of California

Jamestown Klallam Tribe of Washington

Jamul Indian Village of California

Jicarilla Apache Tribe of the Jicarilla Apache Indian Reservation, New Mexico

Kaibab Band of Paiute Indians of the Kaibab Indian Reservation, Arizona

Kalispel Indian Community of the Kalispel Reservation, Washington Karuk Tribe of California

Kashia Band of Pomo Indians of the Stewarts Point Rancheria, California

Kaw Indian Tribe of Oklahoma

Keweenaw Bay Indian Community of L'Anse and Ontonagon Bands of Chippewa Indians of the L'Anse Reservation, Michigan

Kialegee Tribal Town of the Creek Indian Nation of Oklahoma

Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas

Kickapoo Tribe of Oklahoma (includes Texas Band of Kickapoo Indians)

Kiowa Indian Tribe of Oklahoma

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Klamath Indian Tribe of Oregon

Kootenai Tribe of Idaho

La Jolla Band of Luiseno Mission Indians of the La Jolla Reservation, California

La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation, California

Lac Courte Oreilles Band of Lake Superior Chippewa Indians of the Lac Courte Oreilles Reservation of Wisconsin

Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin

Lac Vieux Desert Bank of Lake Superior Chippewa Indians of Michigan

Las Vegas Tribe of Paiute Indians of the Las Vegas Indian Colony, Nevada

Los Coyotes Band of Cahuilla Mission Indians of the Los Coyotes Reservation, California

Lovelock Paiute Tribe of the Lovelock Indian Colony, Nevada

Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota

Lower Elwha Tribal Community of the Lower Elwha Reservation, Washington

Lower Sioux Indian Community of Minnesota Mdewakanton Sioux Indians of the Lower Sioux Reservation in Minnesota

Lummi Tribe of the Lummi Reservation, Washington

Makah Indian Tribe of the Makah Indian Reservation, Washington

Manchester Band of Pomo Indians of the Manchester-Point Arena Rancheria, California

Manzanita Band of Diegueno Mission Indians of the Manzanita Reservation, California

Mashantucket Pequot Tribe of Connecticut

Menominee Indian Tribe of Wisconsin

Mesa Grande Band of Diegueno Mission Indians of the Mesa Grande Reservation, California

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

***52831** Mescalero Apache Tribe of the Mescalero Reservation, New Mexico

Miami Tribe of Oklahoma

Miccosukee Tribe of Indians of Florida

Middletown Rancheria of Pomo Indians of California

Minnesota Chippawa Tribe, Minnesota (Six component Reservations: Bois Forte Band (Nett Lake), Fond du Lac Band, Grand Portage Band, Leech Lake Band, Mille Lac Band, White Earth Band)

Mississippi Band of Choctaw Indians, Mississippi

Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada

Modoc Tribe of Oklahoma

Mooretown Rancheria of Maidu Indians of California

Moronogo Band of Cahuilla Mission Indians of the Morongo Reservation, California

Muckleshoot Indian Tribe of the Muckleshoot Reservation, Washington

Narragansett Indian Tribe of Rhode Island

Navajo Tribe of Arizona, New Mexico and Utah

Nez Perce Tribe of Idaho

Nisqually Indian Community of the Nisqually Reservation, Washington

Nooksack Indian Tribe of Washington

Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana

Northfork Rancheria of Mono Indians of California

Northwestern Band of Shoshoni Indians of Utah (Washakie)

Ogala Sioux Tribe of the Pine Ridge Reservation, South Dakota

Omaha Tribe of Nebraska

Oneida Nation of New York

Oneida Tribe of Wisconsin

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Onondaga Nation of New York

Osage Tribe of Oklahoma

Ottawa Tribe of Oklahoma

Otoe-Missouria Tribe of Oklahoma

Paiute Indian Tribe of Utah

Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California

Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Nevada

Paiute-Shoshone Indians of the Lone Pine Community of the Lone Pine Reservation, California

Pala Band of Luiseno Mission Indians of the Pala Reservation, California

Pascua Yaqui Tribe of Arizona

Passamaquoddy Tribe of Maine

Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation, California

Pawnee Indian Tribe of Oklahoma

Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, California

Penobscot Tribe of Maine

Peoria Tribe of Oklahoma

Picayune Rancheria of Chukchansi Indians of California

Pinoleville Rancheria of Pomo Indians of California

Pit River Tribe of California (includes Big Bend, Lookout, Montgomery Creek & Roaring Creek Rancheries & XL Ranch)

Poarch Band of Creek Indians of Alabama

Ponca Tribe of Indians of Oklahoma

Port Gamble Indian Community of the Port Gamble Reservation, Washington

Potter Valley Rancheria of Pomo Indians of California

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Prairie Band of Potawatomi Indians of Kansas

Prairie Island Indian Community of Minnesota Mdewakanton Sioux Indians of the Prairie Island Reservation, Minnesota

Pueblo of Acoma, New Mexico

Pueblo of Cochiti, New Mexico

Pueblo of Jemez, New Mexico

Pueblo of Isleta, New Mexico

Pueblo of Laguna, New Mexico

Pueblo of Nambe, New Mexico

Pueblo of Picuris, New Mexico

Pueblo of Pojoaque, New Mexico

Pueblo of San Felipe, New Mexico

Pueblo of San Juan, New Mexico

Pueblo of San Ildefonso, New Mexico

Pueblo of Sandia, New Mexico

Pueblo of Santa Ana, New Mexico

Pueblo of Santa Clara, New Mexico

Pueblo of Santo Domingo, New Mexico

Pueblo of Taos, New Mexico

Pueblo of Tesuque, New Mexico

Pueblo of Zia, New Mexico

Puyallup Tribe of the Puyallup Reservation, Washington

Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Nevada

Quapaw Tribe of Oklahoma

Quartz Valley Rancheria of Karok, Shasta & Upper Klamath Indians of California

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Quechan Tribe of the Fort Yuma Indian Reservation, California

Quileute Tribe of the Quileute Reservation, Washington

Quinault Tribe of the Quinault Reservation, Washington

Ramona Band or Village of Cahuilla Mission Indians of California

Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin

Red Lake Bank of Chippewa Indians of the Red Lake Reservation, Minnesota

Redding Rancheria of Pomo Indians of California

Redwood Valley Rancheria of Pomo Indians of California

Reno-Sparks Indian Colony, Nevada

Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California

Robinson Rancheria of Pomo Indians of California

Rohnerville Rancheria of Bear River or Mattole Indians of California

Rosebud Sioux Tribe of the Rosebud Indian Reservation, South Dakota

Rumsey Indian Rancheria of Wintun Indians of California

Sac & Fox Tribe of the Mississippi in Iowa

Sac & Fox Tribe of Missouri in Kansas and Nebraska

Sac & Fox Tribe of Oklahoma

Saginaw Chippewa Indian Tribe of Michigan, Isabella Reservation

Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona

San Carlos Apache Tribe of the San Carlos Reservation, Arizona

San Manual Band of Serrano Mission Indians of the San Manual Reservation, California

San Pasqual Band of Diegueno Mission Indians of California

Santa Rosa Indian Community of the Santa Rosa Rancheria, California

Santa Rosa Band of Cahuilla Mission Indians of the Santa Rosa Reservation,

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

California

Santa Ynez Band of Chumash Mission Indians of the Santa Ysabel Reservation, California

Santa Ysabel Band of Diegueno Mission Indians of the Santa Ysabel Reservation, California

Santee Sioux Tribe of the Santee Reservation of Nebraska

Sauk-Suiattle Indian Tribe of Washington

Sault Ste. Marie Tribe of Chippewa Indians of Michigan

Seminole Nation of Oklahoma

Seminole Tribe of Florida, Dania, Big Cypress & Brighton Reservations

Seneca Nation of New York

Seneca-Cayuga Tribe of Oklahoma

Shakopee Mdewakanton Sioux Community of Minnesota (Prior Lake)

Sheep Ranch Rancheria of Me-Wuk Indians of California

Sherwood Valley Rancheria of Pomo Indians of California

Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract), California

Shoalwater Bay Tribe of the Shoalwater Bay Indian Reservation, Washington

Shoshone Tribe of the Wind River Reservation, Wyoming

Shoshone-Bannock Tribes of the Fort Hall Reservation of Idaho

Shoshone-Paiute Tribes of the Duck Valley Reservation, Nevada

Sisseton-Wahpeton Sioux Tribe of the Lake Traverse Reservation, South Dakota

Skokomish Indian Tribe of the Skokomish Reservation, Washington

Skull Valley Band of Goshute Indians of Utah

Smith River Rancheria of California

Soboba Band of Luiseno Mission Indians of the Soboba Reservation, California

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Sokoagon Chippewa Community of the Mole Lake Band of Chippewa Indians, Wisconsin

Southern Ute Indian Tribe of the Southern Ute Reservation, Colorado

Spokane Tribe of the Spokane Reservation, Washington

Squaxin Island Tribe of the Squaxin Island Reservation, Washington

St. Croix Chippewa Indians of Wisconsin, St. Croix Reservation

St. Regis Band of Mohawk Indians of New York

Standing Rock Sioux Tribe of North & South Dakota

Stockbridge-Munsee Community of Mohican Indians of Wisconsin

Stillaguamish Tribe of Washington

Summit Lake Paiute Tribe of Nevada

Suquamish Indian Tribe of the Port Madison Reservation, Washington

Susanville Indian Rancheria of Paiute, Maidu, Pit River & Washoe Indians of California

Swinomish Indians of the Swinomish Reservation, Washington

Sycuan Band of Diegueno Mission Indians of California

Table Bluff Rancheria of Wiyot Indians of California

Table Mountain Rancheria of California

Te-Moak Tribe of Western Shoshone Indians of Nevada

Thlopthlocco Tribal Town of the Creek Nation of Oklahoma

***52832** Three Affiliated Tribes of the Fort Berthold Reservation, North dakota

Tohono O'odham Nation of Arizona (formerly known as the Papago Tribe of the Sells, Gila Bend & San Xavier Reservation, Arizona)

Tonawanda Band of Seneca Indians of New York

Tonkawa Tribe of Indians of Oklahoma

Tonto Apache Tribe of Arizona

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Torres-Martinez Band of Cahuilla Mission Indians of California

Tule River Indian Tribe of the Tule River Reservation, California

Tulalip Tribes of the Tulalip Reservation, Washington

Tunica-Biloxi Indian Tribe of Louisiana

Tuolumne Band of Me-Wuk Indians of the Tuolumne Rancheria of California

Turtle Mountain Band of Chippewa Indians of North Dakota

Tuscarora Nation of New York

Twenty-Nine Palms Band of Luiseno Mission Indians of California

United Keetoowah Band of Cherokee Indians, Oklahoma

Upper Lake Band of Pomo Indians of Upper Lake Rancheria of California

Upper Sioux Indian Community of the Upper Sioux Reservation, Minnesota

Upper Skagit Indian Tribe of Washington

Ute Indian Tribe of the Uintah & Ouray Reservation, Utah

Ute Mountain Tribe of the Ute Mountain Reservation, Colorado, New Mexico & Utah

Utu Utu Gwaitu Paiute Tribe of the Benton Paiute Reservation, California

Walker River Paiute Tribe of the Walker River Reservation, California

Washoe Tribe of Nevada & California (Carson Colony, Dresslerville & Washoe Ranches)

White Mountain Apache Tribe of the Fort Apache Reservation, Arizona

Wichita Indian Tribe of Oklahoma

Winnebago Tribe of Nebraska

Winnemucca Indian Colony of Nevada

Wisconsin Winnebago Indian Tribe of Wisconsin

Wyandotte Tribe of Oklahoma

Yankton Sioux Tribe of South Dakota

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Yavapai-Apache Indian Community of the Camp Verde Reservation, Arizona

Yavapai-Prescott Tribe of the Yavapai Reservation, Arizona

Yerington Paiute Tribe of the Yerington Colony & Campbell Ranch, Nevada

Yomba Shoshone Tribe of the Yomba Reservation, Nevada

Ysleta Del Sur Pueblo of Texas

Yurok Tribe of the Hoopa Valley Reservation, California

Zuni Tribe of the Zuni Reservation, New Mexico

Native Entities Within the State of Alaska Recognized and Eligible To Receive Services From the United States Bureau of Indian Affairs

The following are those Alaska entities which are recognized and eligible to receive funding and services from the Bureau of Indian Affairs. The purpose of this updated list is: (1) To comply with the regulatory requirement of annual publication pursuant to 25 CFR Part 83, (2) to reflect the Alaska entities which are statutorily eligible for funding and services from the Bureau of Indian Affairs, (3) to make it easier for previously unlisted, but statutorily eligible, entities to receive funding and services, and in so doing, (4) to describe the criteria used for inclusion on the list and for making additions.

All of the entities previously listed in the 1986 Federal Register publication are included in this list. However, the number of entities listed on the Alaska Native Entities section is approximately doubled on the basis of express Congressional recognition of the types of entities in Alaska eligible to receive funding or services from the Bureau of Indian Affairs. The additional entities are included without the necessity of completing the Federal Acknowledgment Process because of more explicit statutory provisions on groups eligible to receive funding and services on behalf of Alaska Natives.

The Federal Acknowledgment Procedures contained in 25 CFR Part 83 set forth a procedure whereby Indian groups may document their existence as tribes with a special relationship to the United States such as to qualify for funding and services as an "Indian tribe, organized band, pueblo or community." Section 83.6(b) requires that the Secretary publish a list of Indian tribes already recognized and receiving funding and services from the Department, groups to which the Federal Acknowledgment Procedures accordingly do not apply. This list is published pursuant to § 83.6(b).

The Department first published a list of Indian Tribal Entities on February 6, 1979, with the notation that "[t]he list of eligible Alaskan entities will be published at a later date." Subsequently, the Department published an updated list on November 24, 1982, to which it appended a list of "Alaska Native Entities

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Recognized and Eligible to Receive Services From the United States Bureau of Indian Affairs." The preamble which described the scope and purpose of the Alaska list stated "[w]hile eligibility for services administered by the Bureau of Indian Affairs is generally limited to historical tribes and communities of Indians residing on reservations, and their members, unique circumstances have made eligible additional entities in Alaska which are not historical tribes. Such circumstances have resulted in multiple, overlapping eligibility of Native entities in Alaska. To alleviate any confusion which might arise from publication of a multiple eligibility listing, the following preliminary list shows those entities to which the Bureau of Indian Affairs gives priority for purposes of funding and services." 47 FR 53133-53134 (1982). This preamble was inadvertently dropped from the subsequent lists.

A number of Alaska Native Entities have complained to the Department that they were omitted from previous lists despite the fact that they are receiving funding and services from the Bureau of Indian Affairs and qualify for such under the statutes that have established the programs of the Bureau. Some do not believe they should have to submit all of the documentation required of an Indian tribe under Part 83 to continue to receive benefits previously provided. Other departments have also made inquiry about the eligibility for their programs of entities included on or omitted from the 1982 Alaska Native Entities List. In addition, there has been confusion on whether inclusion on or exclusion from the Alaska Native Entities List constitutes an official determination of the United States government as to the governmental powers of particular Alaska villages or entities over non-members or territory.

The Department agrees that Alaska Native entities which satisfy the criteria listed below, and therefore are specifically eligible for the funding and services of the Bureau by statute, should not have to undertake to obtain Federal Acknowledgment pursuant to Part 83. We agree they should be included in the publication required by § 83.6(b) without further review.

However, inclusion on a list of entities already receiving and eligible for Bureau funding and services does not constitute a determination that the entity either would or would not qualify for Federal Acknowledgment under the regulations, but only that no such effort is necessary in order to preserve eligibility. Furthermore, inclusion on or exclusion from this list of any entity should not be construed to be a determination by this Department as to the extent of the powers and authority of that entity.

The principal demand by the Bureau and other federal agencies is for a list of organizations which are eligible for their funding and services based on their inclusion in categories frequently mentioned in statutes concerning federal programs for Indians. General federal Indian statutes provide that the Bureau serve tribes which are usually defined as "any Indian Tribe, band, nation, rancheria, pueblo, colony or community." With respect to Alaska, Congress has provided additional guidance as to whom we should provide services. The 1936 amendments to the Indian Reorganization Act, applicable ***52833** only to Alaska,

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

authorized groups to organize as tribes which are not historical tribes and are not residing on reservations. They include groups having a "common bond of occupation or association, or residence within a well-defined neighborhood, community, or rural district." 25 U.S.C. § 473a. More recently, Indian statutes, such as the Indian Self-Determination Act, [FN1] specifically include Alaska Native villages, village corporations and regional corporations defined or established under the Alaska Native Claims Settlement Act (ANCSA).

FN1 For purposes of the Indian Self-Determination Act, Indian tribe is defined to include "any Indian tribe, band, nation, or other organized group or community, including any Alaska Native village or regional or village corporation as defined in or established pursuant to the Alaska Claims Settlement Act which is recognized as eligible for the special programs and services provided by the United States to Indians because of their status as Indians. . . ." This definition includes criteria 1, 2, 3, 4 and 9.

Therefore, this list includes all of the Alaska entities meeting any of the following criteria which are used in one or more Federal statutes for the benefit of Alaska Natives:

1. "Tribes" as defined or established under the Indian Reorganization Act as supplemented by the Alaska Native Act.

2. Alaska Native Villages defined in or established pursuant to the Alaska Native Claims Settlement Act (ANCSA). [FN2]

FN2 ANCSA defines a Native village as: "any tribe, band, clan, group, village, community or association in Alaska listed in [43 U.S.C. 1610 or 1615], or which meets the requirements of this chapter, and which the Secretary determines was . . . composed of twenty-five or more Natives." 43 U.S.C. 1602(c).

3. Village corporations defined in or established pursuant to ANCSA.

4. Regional corporations defined in or established pursuant to ANCSA.

5. Urban corporations defined in or established pursuant to ANCSA.

6. Alaska Native groups defined in or established pursuant to ANCSA.

7. Alaska Native group corporations defined in or established pursuant to ANCSA.

8. Alaska Native entities that receive assistance from the Bureau in matters relating to the settlement of claims against the United States government, such as in the Act of June 19, 1935, Pub. L. 74-152, as amended by the Act of August 19, 1965, Pub. L. 89-130 and

9. Tribes which have petitioned to be acknowledged and have been determined to exist as tribes pursuant to 25 CFR Part 83.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Any Alaska village or entity not listed herein may still seek to obtain Federal Acknowledgment by following the procedures in 25 CFR Part 83 or may be added to the list by demonstrating that they meet one of the nine criteria above.

We are concerned, however, that applying the criteria presently contained in Part 83 to Alaska may be unduly burdensome for the many small Alaska organizations. Alaska, with small pockets of Natives living in isolated locations scattered throughout the state, may not have extensive documentation on its history during the 1800's and early 1900's much less the even earlier periods commonly researched for groups in the lower-48. While it is fair to require groups in the lower-48 states to produce such documentation because they are located in areas where no group could exist without being the subject of detailed written records, insistence on the same formality for those Alaska groups might penalize them simply for being located in an area that was, until recently, extremely isolated. Consequently, the Bureau, in consultation with Indians and Alaska Natives, will review the present acknowledgment process to determine if a modified process is needed so that Alaska organizations may seek inclusion on the list of entities recognized and eligible for services without using the present procedure which may be unduly burdensome.

Other Federal agencies should be aware that some statutes authorize the government to serve other organizations which are not listed while others specify only some of the criteria listed above. Therefore, each agency must look at its particular statutory authorities to make a final eligibility determination.

Afognak

Ahkiok-Kaguyak Native Corp.

AHTNA, Inc. (Cantwell, Chistochina, Copper Center, Gakona, Gulkana, Mentasta & Tazlina)

AHTNA, Incorporated

Akhiok

Akiachak, Ltd.

Akiachak

Akiachak, Akiachak Native Community

Akiak

Akiak Native Community

Akutan Corp.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Akutan

Alakanuk Native Corp.

Alakanuk

Alaska Peninsula Corporation (Kokhanok, Newhalen, Port Heiden, South Naknek & Ugashek)

Alatna

Aleknagik (aka Alegnagik)

Aleknagik Natives, Ltd.

Aleut Corporation

Alexander Creek

Alexander Creek, Inc.

Allakaket

Ambler

Anaktuvuk Pass

Andreafsey

Angoon Community Association

Angoon

Aniak

Anton Larsen, Inc.

Anvik

Arctic Village

Arctic Slope Regional Corporation

ARVIQ, Inc. (Platinum)

Askinuk Corp. (Scammon Bay)

Atka

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Atka, Native Village of Atka

Atkasook Corp.

Atkasook

Atmauthluak, Ltd.

Atmautluak

Atxam Corp. (Atka)

Ayakulik

Ayakulik, Inc.

Azachorok, Inc. (Mountain Village)

Baan-o-yeel kon Corp. (Rampart)

Barrow

Bay View, Inc. (Ivanof Bay)

Bean Ridge Corp. (Manley Hot Springs)

Beaver Kwit'chin Corp.

Beaver

Becharof Corp. (Egegik)

Belkofski Corp.

Belkofsky (aka Belkofski)

Bells Flats Natives, Inc.

Bells Flats

Bering Straits Native Corporation

Bethel (aka Orutsararmuit)

Bethel Native Corp.

Bill Moore's (aka Bill Moore's Slough)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Birch Creek

Brevig Mission Native Corp.

Brevig Mission

Bristol Bay Native Corporation

Buckland, Native Village of Buckland

Buckland

Calista Corporation

Candle

Cantwell

Canyon Village

Cape Fox Corporation (Saxman)

Caswell Native Association

Caswell

Central Council of Tlingit and Haida Indian Tribes of Alaska

Chalkyitsik

Chalkyitsik Native Corp.

Chaloonawick

Chaluka Corp. (Nikolski)

Chanega, Native Village of Chanega

Chanilut

Chefarnmute, Inc. (Chefornak)

Chenega Corporation

Cherfornak

Chevak

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Chevak Company Corp.

Chickaloon

Chickaloon Moose Creek Native Association, Inc.

Chignik Lagoon Native Corp.

Chignik

Chignik Lake

Chignik Lagoon

Chignik River, Limited (Chignik Lake)

Chilkat Indian Village of Klukwan

Chilkoot Indian Association of Haines

Chistochina

Chitina

Chitina Native Corp.

Choggiung, Ltd. (Dillingham, Ekuk, Portage Creek)

Chuathbaluk

*52834 Chugach Alaska Corporation

Chuloonawick Corporation

Circle

Clark's Point

Cook Inlet Region, Inc.

Copper Center

Council

Council Native Corporation

Craig

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Craig Community Association

Crooked Creek

Cully Corp. (Point Lay)

Danzhit Hanlaii Corporation (Circle)

Deering, Native Village of Deering

Deering

Deloycheet, Inc. (Holy Cross)

Dillingham

Dineega Corporation (Ruby)

Dinyee Corporation (Stevens)

Diomede, Native Village of Diomede (aka Inalik)

Diomede Native Corporation

Dot Lake

Dot Lake Native Corporation

Douglas Indian Association

Doyon, Limited

Eagle

Eek

Egegik

Eklutna, Inc.

Eklutna

Ekuk

Ekwok

Ekwok Natives, Ltd.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Elim Native Corporation

Elim

Elim, Native Village of Elim

Emmonak Corporation

Emmonak

English Bay

English Bay Corporation

Evanville

Evanville, Inc.

Eyak Corporation

Eyak

False Pass

Far West, Inc. (Chignik)

Fort Yukon, Native Village of Fort Yukon

Fort Yukon

Gakona

Galena

Gambell

Gambell, Native Village of Gambell

Gana-'Yoo, Limited (Galena, Kaltag, Koyukuk & Nulato)

Georgetown

Gold Creek-Susitna

Gold Creek-Susitna, Inc.

Goldbelt, Inc. (Juneau)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Golovin Native Corporation

Golovin

Goodnews Bay

Grayling

Grayling, Organized Village of Grayling (aka Holikachuk)

Gulkana

Gwitchyaa Zhee Corporation (Fort Yukon)

Haida Corporation (Hydaburg)

Hamilton

Healy Lake

Hee-yea-lindge Corporation (Grayling)

Holy Cross

Hoonah Indian Association

Hooper Bay

Hughes

Huna Totem (Hoonah)

Hungwitchin Corporation (Eagle)

Huslia

Hydaburg

Hydaburg Cooperative Association

Igiugig Native Corporation

Igiugig

Iliamna Natives, Ltd.

Iliamna

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Inalik (aka Diomede)

Ingalik, Inc. (Anvik)

Inupiat Community of the Arctic Slope

Iqfijouaq Company (Eek)

Isanotski Corporation (False Pass)

Ivanof Bay

K'oyitl'ots'ina, Ltd. (Alatna, Allakaket, Hughes & Huslia)

Kaguyak

Kake, Organized Village of Kake

Kake Tribal Corporation

Kake

Kaktovik Inupiat Corporation

Kaktovik

Kalskag

Kaltag

Kanatak, Native Village of Kanatak

Karluk, Native Village of Karluk

Karluk

Kasaan, Organized Village of Kasaan

Kasaan

Kasigluk, Inc.

Kasigluk

Kavilco, Inc. (Kasaan)

Kenai Native Association, Inc.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Kenaitze Indian Tribe

Ketchikan Indian Corporation

Kiana

KianT'ree (Canyon Village)

Kijik Corporation (Nondalton)

Kikiktagruk Inupiat Corporation (Kotzebue)

King Island Native Community

King Island Native Corporation

King Cove

King Cove Corporation

Kipnuk

Kiutsarak, Inc. (Goodnews Bay)

Kivalina, Native Village of Kivalina

Kivalina

Klawock Cooperative Association

Klawock

Klawock Heenya

Klukwan, Inc.

Knik

Knikatnu, Inc. (Knik)

Kobuk

Kokarmiut Corporation (Akiak)

Kokhanok

Koliganek

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Koliganek Natives, Ltd.

Kongiganak

Kongnikilnomiut Yuita Corporation (Bill Moore's)

Koniag, Incorporated

Koniag, Inc. (Karluk & Larsen Bay)

Kootznoowo, Inc. (Angoon)

Kotlik Yupik Corporation

Kotlik

Kotzebue

Kotzebue, Native Village of Kotzebue

Koyuk

Koyuk Native Corporation

Koyuk, Native Village of Koyuk

Koyukuk

Kugkaktlik, Ltd. (Kipnuk)

Kuskokwim Native Corporation (Aniak, Chuathbaluk, Crooked Creek, Georgetown, Lower Kalska, Red Devil, Napaimute, Sleetmute, Stony River, Upper Kalskag)

Kuugpik Corporation (Nooiksut)

Kwethluk, Organized Village of Kwethluk

Kwethluk, Incorporated

Kwethluk

Kwigillingok, Native Village of Kwigilingok

Kwigillingok

Kwik, Inc. (Kwigillingok)

Kwinhagak, Native Village of Kwinhagak (aka Quinhagak)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Larsen Bay

Leisnoi, Inc. (Woody Island)

Levelock, Natives, Ltd.

Levelock

Lime Village

Lime Village Company

Litnik

Litnik, Inc.

Lower Kalskag

Manley Hot Springs

Manokotak Natives, Ltd.

Manokotak

Marshall

Mary's Igloo

Mary's Igloo Native Corporation

Maserculiq, Inc. (Marshall)

McGrath

Mekoryuk, Native Village of Mekoryuk, Island of Nunivak

Mekoryuk

Mendas Chaag Native Corporation (Healy Lake)

Mentasta Lake

Metlakatla Indian Community, Annette Island Reserve

Minto

Minto, Native Village of Minto

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Montana Creek Native Association

Montana Creek

Mountain Village

MTNT, Ltd. (McGrath, Nikolai, Takotna & Telida)

Nagamut

Nagamut

Naknek

NANA Regional Corporation (Ambler, Buckland, Deering, Kiana, Kivalina, Kobuk, Noatak, Noorvik, Selawik, & Shungnak)

Napaimute

Napakiak Corporation

Napakiak Native Village of Napakiak

Napakiak

Napakiak

Napakiak Corporation

Natives of Kodiak

Natives of Afognak, Inc. (Afognak & Port Lions)

Neets' ai Corporation (Arctic Village)

Nelson Lagoon

Nelson Lagoon Corporation

Nenana

Nerklikmute Native Corporation (Andreafski)

New Stuyahok

Newhalen

Newtok

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Newtok Corporation

NGTA, Inc. (Nightmute)

Nightmute

Nikolai

Nikolski

Nikolski, Native Village of Nikolski

Nima Corporation (Mekoryuk)

Ninilchik

Ninilchik Native Association

Noatak

Noatak, Native Village of Noatak

*52835 Nome Eskimo Community

Nome (aka Nome Eskimo)

Nondalton

Nooiksut (aka Nuiqsut)

Noorvik Native Community

Noorvik

Northway

Northway Natives, Inc.

Nulato

Nunakauiak Yupik Corporation (Tooksok Bay)

Nunamiut Corporation (Anaktuvuk Pass)

Nunapiglluraq Corporation (Hamilton)

Nunapitchuk

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Nunapitchuk, Ltd.

Nunapitchuk, Native Village of Nunapitchuk

Oceanside Corporation (Perryville)

OHOG, Inc. (Ohogamiut)

Ohogamiut

Old Harbor

Old Harbor Native Corporation

Olgoonik Corporation (Wainwright)

Olsonville

Olsonville

Oscarville

Oscarville Native Corporation

Ounalashka Corporation (Unalaska)

Ouzinkie Native Corporation

Ouzinkie

Paimiut Corporation

Paimiut

Paug-vik, Incorporated, Ltd. (Naknek)

Pauloff Harbor

Pedro Bay

Pedro Bay Native Corporation

Perryville

Perryville, Native Village of Perryville

Petersburg Indian Association

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Pilot Point

Pilot Station

Pilot Point Native Corporation

Pilot Station, Inc.

Pitka's Point

Pitka's Point Native Corporation

Platinum

Point Hope

Point Lay

Point Hope, Native Village of Point Hope

Point Possession, Inc.

Point Lay, Native Village of Point Lay

Point Possession

Port Heiden (Meshick)

Port Lions

Port Graham

Port Alsworth

Port Graham Corporation

Port Williams (Shuyak)

Portage Creek (Ohgsenakale)

Pribilof Aleut Communities of St. Paul & St. George Islands

Qanirtuuq, Inc. (Quinhagak aka Kwinhagak)

Qemirtalek Coast Corporation (Kongiganak)

Quinhagak (aka Kwinhagak)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Rampart

Red Devil

Ruby

Russian Mission or Chauthalue (Kuskokwim)

Russian Mission (Yukon)

Russian Mission Native Corporation

Saguyak, Inc. (Clark's Point)

Salamatof Native Association, Inc.

Salamatof

Sanak Corporation (Pauloff Harbor)

Sand Point

Savoonga

Savoonga Native Corporation

Savoonga, Native Village of Savoonga

Saxman, Organized Village of Saxman

Saxman

Scammon Bay

Sea Lion Corporation (Hooper Bay)

Sealaska Corporation

Selawik

Selawik, Native Village of Selawik

Seldovia Native Association, Inc.

Seldovia

Seth-de-ya-ah Corporation (Minto)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Shaan-Seet, Inc. (Craig)

Shageluk Native Village

Shageluk

Shaktoolik, Native Village of Shaktoolik

Shaktoolik Native Corporation

Shaktoolik

Shee Atika, Inc. (Sitka)

Sheldon's Point

Shishmaref, Native Village of Shishmaref

Shishmaref

Shishmaref Native Corporation

Shumagin Corporation (Sand Point)

Shungnak

Shungnak, Native Village of Shungnak

Shuyak, Inc. (Port Williams)

Sitka Community Association

Sitnasuak Native Corporation (Nome)

Sleetmute

Solomon Native Corporation

Solomon

South Naknek

St. George Tanaq Corporation

St. Mary's Native Corporation

St. Michael, Native Village of St. Michael

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

St. Michael Native Corporation

St. George

St. Mary's (aka Algaaciq)

St. Michael

St. Paul

Stebbins Native Corporation

Stebbins Community Association

Stebbins

Stevens Village

Stevens, Native Village of Stevens

Stony River

Stuyahok, Ltd. (New Stuyahok)

Swan Lake Corporation (Sheldon's Point)

Takotna

Tanacross, Inc.

Tanacross

Tanacross, Native Village of Tanacross

Tanadgusix Corporation (St. Paul)

Tanalian, Inc. (Port Alsworth)

Tanana

Tanana, Native Village of Tanana

Tatitlek

Tatitlek Corporation

Tatitlek, Native Village of Tatitlek

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Tazlina

Telida

Teller

Teller Native Corporation

Tetlin

Tetlin, Native Village of Tetlin

Tetlin Native Corporation

Thirteenth Regional Corporation

Tigara Corporation (Point Hope)

Tihteet'Aii, Inc. (Birch Creek)

Toghottele Corporation (Nenana)

Togiak Natives, Ltd.

Togiak

Toksook Bay

Tozitna, Ltd. (Tanana)

Tulkisarmute, Inc. (Tuluksak)

Tuluksak Native Community

Tuluksak

Tuntutuliak

Tuntutuliak Land, Ltd.

Tununak

Tununak, Native Village of Tununak

Tununrmiut Rinit Corporation (Tununak)

Twin Hills

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Twin Hills Native Corporation

Tyonek, Native Village of Tyonek

Tyonek

Tyonek Native Corporation

Uganik Natives, Inc.

Uganik

Ugashik

Ukpeagvik Inupiat Corporation (Barrow)

Umkumiut, Ltd.

Umkumiut

Unalakleet

Unalakleet, Native Village of Unalakleet

Unalakleet Native Corporation

Unalaska

Unga

Unga Corporation

Upper Kalskag

Uyak

Uyak Natives, Inc.

Venetie, Native Village of Venetie

Venetie

Wainwright

Wales Native Corporation

Wales

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Wales, Native Village of Wales

White Mountain, Native Village of White Mountain

White Mountain Native Corporation

White Mountain

Woody Island

Wrangell Cooperative Association

Yak-tat Kwaan, Inc. (Yakutat)

Yakutat

Zho-Tse, Inc. (Shageluk)

Ross O. Swimmer,

Assistant Secretary, Indian Affairs.

[FR Doc. 88-29990 Filed 12-28-88; 8:45 am]

BILLING CODE 4310-02-M

53 FR 52829-02, 1988 WL 266426 (F.R.)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Attachment No. 4
to Plaintiff's First Set of Requests for Admission

Westlaw.



58 FR 54364-01, 1993 WL 420646 (F.R.)

**(Cite as: 58 FR 54364)**

NOTICES

DEPARTMENT OF THE INTERIOR

Bureau of Indian Affairs

Indian Entities Recognized and Eligible To Receive Services From the United States Bureau of Indian Affairs

Thursday, October 21, 1993

***54364** AGENCY: Bureau of Indian Affairs.

ACTION: Notice.

SUMMARY: Notice is hereby given of the revision and update of the list of entities recognized and eligible for funding and services from the Bureau of Indian Affairs and is published pursuant to 25 CFR part 83.

FOR FURTHER INFORMATION CONTACT: Patricia Simmons, Bureau of Indian Affairs, Division of Tribal Government Services, 1849 C Street NW., Washington, DC 20240. Telephone number: (202) 208-7445.

SUPPLEMENTARY INFORMATION: This notice is published in exercise of authority delegated to the Assistant Secretary--Indian Affairs under 25 U.S.C. 2 and 9 and 209 DM 8.

Published below are lists of federally acknowledged tribes in the contiguous 48 states and in Alaska. The list for the contiguous 48 states is updated from the last such list published in 1988 to include tribes acknowledged through the Federal acknowledgment process and legislation. The list for Alaska has been substantially revised from the 1988 list of Alaska entities for the following reasons:

In 1978 the Department of the Interior adopted regulations setting out "Procedures for Establishing That an American Indian Group Exists as an Indian Tribe." 43 FR 39361 (Sept. 5, 1978). The regulations "establish a departmental procedure and policy for acknowledging that certain American Indian tribes exist. Such acknowledgment of tribal existence by the Department is a prerequisite to the protection, services, and benefits from the Federal Government available to Indian tribes. Such acknowledgment shall also mean that the tribe is entitled to the immunities and privileges available to other federally acknowledged Indian tribes by virtue of their status as Indian tribes as well as the responsibilities and

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

obligations of such tribes. Acknowledgment shall subject the Indian tribe to the same authority of Congress and the United States to which other federally acknowledged tribes are subjected." 25 CFR 83.2.

Under the procedures, groups not recognized as tribes by the Federal Government may apply for Federal acknowledgment. Tribes, bands, pueblos or communities already acknowledged as such and receiving services from the Bureau of Indian Affairs were not required to seek acknowledgment anew. 25 CFR 83.3 (a), (b). To assist groups in determining whether they were required to apply, the procedures provided for the publication within 90 days of a list of "all Indian tribes which are recognized and receiving services from the Bureau of Indian Affairs." 25 CFR 83.6(b). This list is to be updated annually. Ibid.

The first list of acknowledged **tribes** was published in 1979. 44 FR 7325 (Feb. 9, 1979). The list used the term "entities" in the preamble and elsewhere to refer to and include all the various anthropological organizations, such as bands, pueblos and villages, acknowledged by the Federal **Government** to constitute **tribes** with a **government**-to-**government relationship** with the **United States**. A footnote defined "entities" to include "Indian **tribes**, bands, villages, groups and pueblos as well as Eskimos and Aleuts." 44 FR at 7325, n. *.

The 1979 list did not, however, contain the names of any Alaska Native entities. The preamble stated that: "(t)he list of eligible Alaskan entities will be published at a later date." 44 FR at 7235.

In 1982 the Department added to the list of tribal entities in the contiguous 48 states a "preliminary list" of Alaska Native entities under the heading Alaska Native Entities Recognized and Eligible To Receive Services From the United States Bureau of Indian Affairs. 47 FR 53133 (Nov. 24, 1982). The preamble to this list stated:

(U)nique circumstances have made eligible additional entities in Alaska which are not historical tribes. Such circumstances have resulted in multiple, overlapping eligibility of Native entities in Alaska. To alleviate any confusion which might arise from publication of a multiple eligibility listing, the following preliminary list shows those entities to which the Bureau of Indian Affairs gives priority for purposes of funding and services.

47 FR at 53133-53134.

The meaning of this preamble was clarified by the 1982 list itself. The entities appearing on the list were traditional councils that were identified as tribes in the Alaska Native Claims Settlement Act (ANCSA), 43 U.S.C. 1602(c), and that had been dealt with by the Bureau of Indian Affairs on a government-to-government basis and Indian Reorganization Act councils organized under the Indian Reorganization Act (IRA), 25 U.S.C. 473a, and dealt with on a government-to-government basis by the BIA. These entities parallel the kinds of entities listed on the list for the contiguous 48 states. Not listed on the

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Alaska list were regional, village and urban corporations organized under state law in accordance with ANCSA. These corporations are not governments, but they have been designated as "tribes" for the purposes of some Federal laws, primarily the Indian Self-Determination and Education Assistance Act (ISDA), 25 U.S.C. 450b(b), creating the overlapping eligibility referred to in the preamble.

The 1982 preamble, nonetheless, caused confusion as to the Department's intent. See, e.g., Board of Equalization v. Alaska Native Brotherhood, 666 P.2d 1015, 1024, n. 1 (Alaska 1983) (concurring opinion). A number of Alaska Native organizations complained ***54365** that the preamble was ambiguous and cast doubt on the tribal status of Alaska Native villages and regional tribes. The statement was dropped from the subsequent lists published in 1983, 48 FR 56862 (Dec. 23, 1983); 1985, 50 FR 6058 (Feb. 13, 1985); and 1986, 51 FR 25118 (July 10, 1986). However, this deletion did not eliminate lingering uncertainties over whether inclusion on, or exclusion from, the Alaska Native entities list constituted an official determination of the United States government as to the tribal status of Native entities. In addition, in 1986, a number of Alaska Native entities complained that they had been wrongly omitted from the lists published between 1982 and 1986.

In 1988, as part of the annual publication required by 25 CFR 83.6(b), the Department published a new list of Alaska entities. The 1988 list departed from the previous lists in a number of respects. Rather than being limited to traditional Native governments and governments reorganized under Federal law, as were the prior lists, the 1988 list was expanded to include nine categories of Alaska entities, including the state-chartered regional, village and urban corporations established pursuant to ANCSA. The number of listed entities thus more than doubled to 500. The preamble to the list stated that the revised list responded to a "demand by the Bureau and other Federal agencies * * * for a list of organizations which are eligible for their funding and services based on their inclusion in categories frequently mentioned in statutes concerning Federal programs for Indians." 53 FR at 52,832.

The inclusion of non-tribal entities on the 1988 Alaska entities list departed from the intent of 25 CFR 83.6(b) and created a discontinuity from the list of tribal entities in the contiguous 48 states, which was republished as part of the same Federal Register notice. As in Alaska, Indian entities in the contiguous 48 states other than recognized tribes are frequently eligible to participate in Federal programs under specific statutes. For example, "tribal organizations" associated with recognized tribes, but not themselves tribes, are eligible for contracts and grants under the ISDA. 25 U.S.C. 450b(c), 450f, 450g. Unlike the Alaska entities list, the 1988 entities list for the contiguous 48 states was not expanded to include such entities.

Even more significantly, the change to the Alaska entities list compounded, rather than resolved, the question of the status of Alaska tribes raised by prior lists. First, the list did not distinguish between entities listed on the basis of their status as tribes and non-tribal entities listed because of their eligibility to participate in Federal programs under specific statutes. Second, it

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

omitted the language on some of the earlier lists which described the listed Indian groups as "Indian tribal entities which are recognized as having a special relationship with the United States" and instead included language applicable only to Alaska stating that:

Inclusion on a list of entities already receiving and eligible for Bureau funding does not constitute a determination that the entity either would or would not qualify for Federal Acknowledgment under the regulations, but only that no such effort is necessary to preserve eligibility. Furthermore, inclusion on or exclusion from this list of any entity should not be construed to be a determination by this Department as to the extent of the powers and authority of that entity.

53 FR at 52,832. Finally, the 1988 list further confused the status of a number of specific entities by using names for some villages that were different from the names of these villages used by the Native traditional councils.

These changes in the 1988 publication have raised a number of questions with respect to the Department's intent and the effect of the 1988 list. The omission in the preamble of all references acknowledging the tribal status of the listed villages, and the inclusion of ANCSA corporations, which lack tribal status in a political sense, called into question the status of all the listed entities. Numerous Native villages, regional tribes and other Native organizations objected to the 1988 list on the grounds that it failed to distinguish between Native corporations and Native tribes and failed to unequivocally recognize the tribal status of the listed villages and regional tribes.

In January 1993 the Solicitor of the Department of the Interior issued a comprehensive opinion analyzing the status of Alaska Native villages as "Indian tribes," as that term is commonly used to refer to Indian entities in the contiguous 48 states. The Solicitor analyzed the unique circumstances of Alaska Native villages. After a lengthy historical review, the Solicitor concluded that there are tribes in Alaska:

By the time of enactment of the IRA (Indian Reorganization Act of 1934, as amended in 1936), the preponderant opinion was that Alaska Natives were subject to the same legal principles as Indians in the contiguous 48 states, and had the same powers and attributes as other Indian tribes, except to the extent limited or preempted by Congress.

What constitutes a tribe in the contiguous 48 states is sometimes a difficult question. So also is it in Alaska. The history of Alaska is unique, but so is that of California, New Mexico and Oklahoma. While the Department's position with regard to the existence of tribes in Alaska may have vacillated between 1867 and the opening decades of this century, it is clear that for the last half century, Congress and the Department have dealt with Alaska Natives as though there were tribes in Alaska. The fact that the Congress and the Department may not have dealt with all Alaska Natives as tribes at all times prior to the 1930's did not

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

preclude it from dealing with them as tribes subsequently.

Sol. Op. M-36,975, at 46, 47-48 (Jan. 11, 1993).

The Solicitor found it unnecessary for the purposes of his opinion to identify specifically those villages which are tribes, although he observed that Congress's listing of specific villages in the Alaska Native Claims Settlement Act and the repeated inclusion of such villages within the definition of "tribe" over the 20 years since the passage of ANCSA arguably constituted a congressional determination that the villages found eligible for benefits under ANCSA, referred to as the "modified ANCSA list," are considered Indian tribes for purposes of Federal law. M-36,975, at 58-59.

In view of the foregoing, and to comply with the requirement of 25 CFR 83.6(b), the Department of the Interior has determined it necessary to publish a new list of Alaska tribal entities. The Bureau of Indian Affairs has reviewed the "modified ANCSA list" of villages and the list of those villages and regional tribes previously listed or dealt with by the Federal Government as governments and found that the villages and regional tribes listed below have functioned as political entities exercising governmental authority and are, therefore, acknowledged to have "the immunities and privileges available to other federally acknowledged Indian tribes by virtue of their status as Indian tribes as well as the responsibilities and obligations of such tribes."

The purpose of the current publication is to publish an Alaska list of entities conforming to the intent of 25 CFR 83.6(b) and to eliminate any doubt as to the Department's intention by expressly and unequivocally acknowledging that the Department has determined that the villages and regional **tribes** listed below are distinctly Native communities and have the same status as **tribes** in the contiguous 48 states. Such acknowledgement of tribal existence by the Department is a prerequisite to the protection, services, and benefits from the Federal **Government** available to ***54366** Indian **tribes**. This list is published to clarify that the villages and regional **tribes** listed below are not simply eligible for services, or recognized as **tribes** for certain narrow purposes. Rather, they have the same governmental status as other federally acknowledged Indian **tribes** by virtue of their status as Indian **tribes** with a **government**-to-**government relationship** with the **United States**; are entitled to the same protection, immunities, privileges as other acknowledged **tribes**; have the right, subject to general principles of Federal Indian law, to exercise the same inherent and delegated authorities available to other **tribes**; and are subject to the same limitations imposed by law on other **tribes**. [FN1]

FN1 Sol. Op. M-36,975 concluded, construing general principles of Federal Indian law and ANCSA, that "notwithstanding the potential that Indian country still exists in Alaska in certain limited cases, Congress has left little or no room for tribes in Alaska to exercise governmental authority over land or nonmembers." M-36,975, at 108. That portion of the opinion is subject to review, but has not been withdrawn or modified.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

A directive accompanying the Department of the Interior and Related Agencies Appropriations Act for FY 1992 directed the Secretary to study the historical evidence relating to five villages for purposes of determining whether they were inadvertently denied village or urban status under ANCSA. H.R. Rep. No. 102-256, 102d Cong., 1st Sess. 42-43 (1991). Four of these villages are listed below on the basis of their reorganization under Federal law. A decision on inclusion of the remaining village (Tenakee) will be made after the completion of the study.

Because the list published by this notice is limited to entities found to be Indian tribes, as that term is defined and used in 25 CFR part 83, it does not include a number of non-tribal Native entities in Alaska that currently contract with or receive services from the Bureau of Indian Affairs pursuant to specific statutory authority, including ANCSA village and regional corporations and various tribal organizations. These entities are made eligible for Federal contracting and services by statute and their non-inclusion on the list below does not affect the continued eligibility of the entities for contracts and services. [FN2]

FN2 Under longstanding BIA policy, priority for contracts and services in Alaska is given to reorganized and traditional governments over non-tribal corporations. Proposed regulations to implement the 1988 Amendments to the Indian Self-Determination Act scheduled to be published in the near future will incorporate this policy.

Ada E. Deer,

Assistant Secretary-Indian Affairs.

Indian Tribal Entities Within the Contiguous 48 States Recognized and Eligible to Receive Services from The United States Bureau of Indian Affairs

Absentee-Shawnee Tribe of Indians of Oklahoma

Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indian Reservation, California

Ak Chin Indian Community of Papago Indians of the Maricopa, Ak Chin Reservation, Arizona

Alabama and Coushatta Tribes of Texas

Alabama-Quassarte Tribal Town of the Creek Nation of Oklahoma

Alturas Rancheria of Pit River Indians of California

Apache Tribe of Oklahoma

Arapahoe Tribe of the Wind River Reservation, Wyoming

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Aroostook Band of Micmac Indians of Maine

Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Montana

Augustine Band of Cahuilla Mission Indians of the Augustine Reservation, California

Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin

Bay Mills Indian Community of the Sault Ste. Marie Band of Chippewa Indians, Bay Mills Reservation, Michigan

Berry Creek Rancheria of Maidu Indians of California

Big Lagoon Rancheria of Smith River Indians of California

Big Pine Band of Owens Valley Paiute Shoshone Indians of the Big Pine Reservation, California

Big Sandy Rancheria of Mono Indians of California

Big Valley Rancheria of Pomo & Pit River Indians of California

Blackfeet Tribe of the Blackfeet Indian Reservation of Montana

Blue Lake Rancheria of California

Bridgeport Paiute Indian Colony of California

Buena Vista Rancheria of Me-Wuk Indians of California

Burns Paiute Tribe of the Burns Paiute Indian Colony of Oregon

Cabazon Band of Cahuilla Mission Indians of the Cabazon Reservation, California

Cachil DeHe Band of Wintun Indians of the Colusa Indian Community of the Colusa Rancheria, California

Caddo Indian Tribe of Oklahoma

Cahuilla Band of Mission Indians of the Cahuilla Reservation, California

Cahto Indian Tribe of the Laytonville Rancheria, California

Campo Band of Diegueno Mission Indians of the Campo Indian Reservation, California

Capitan Grande Band of Diegueno Mission Indians of California:

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Barona Group of Capitan Grande Band of Mission Indians of the Barona Reservation, California

Viejas (Baron Long) Group of Capitan Grande Band of Mission Indians of the Viejas Reservation, California

Cayuga Nation of New York

Cedarville Rancheria of Northern Paiute Indians of California

Chemehuevi Indian Tribe of the Chemehuevi Reservation, California

Cher-Ae Heights Indian Community of the Trinidad Rancheria, California

Cherokee Nation of Oklahoma

Cheyenne-Arapaho Tribes of Oklahoma

Cheyenne River Sioux Tribe of the Cheyenne River Reservation, South Dakota

Chickasaw Nation of Oklahoma

Chicken Ranch Rancheria of Me-Wuk Indians of California

Chippewa-Cree Indians of the Rocky Boy's Reservation, Montana

Chitimacha Tribe of Louisiana

Choctaw Nation of Oklahoma

Citizen Band Potawatomi Indian Tribe of Oklahoma

Cloverdale Rancheria of Pomo Indians of California

Coast Indian Community of Yurok Indians of the Resighini Rancheria, California

Cocopah Tribe of Arizona

Coeur D'Alene Tribe of the Coeur D'Alene Reservation, Idaho

Cold Springs Rancheria of Mono Indians of California

Colorado River Indian Tribes of the Colorado River Indian Reservation, Arizona and California

Comanche Indian Tribe of Oklahoma

Confederated Salish & Kootenai Tribes of the Flathead Reservation, Montana

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Confederated Tribes of the Chehalis Reservation, Washington

Confederated Tribes of the Colville Reservation, Washington

Confederated Tribes of the Coos, Lower Umpqua and Siuslaw Indians of Oregon

Confederated Tribes of the Goshute Reservation, Nevada and Utah

Confederated Tribes of the Grand Ronde Community of Oregon

Confederated Tribes of the Siletz Reservation, Oregon

Confederated Tribes of the Umatilla Reservation, Oregon

Confederated Tribes of the Warm Springs Reservation of Oregon

Confederated Tribes and Bands of the Yakima Indian Nation of the Yakima Reservation, Washington

Coquille Tribe of Oregon

Cortina Indian Rancheria of Wintun Indians of California

Coushatta Tribe of Louisiana

Covelo Indian Community of the Round Valley Reservation, California

Cow Creek Band of Umpqua Indians of Oregon

Coyote Valley Band of Pomo Indians of California

Creek Nation of Oklahoma

Crow Tribe of Montana

Crow Creek Sioux Tribe of the Crow Creek Reservation, South Dakota

Cuyapaipe Community of Diegueno Mission Indians of the Cuyapaipe Reservation, California

Death Valley Timbi-Sha Shoshone Band of California

Delaware Tribe of Western Oklahoma

Devils Lake Sioux Tribe of the Devils Lake Sioux Reservation, North Dakota

Dry Creek Rancheria of Pomo Indians of California

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Duckwater Shoshone Tribe of the Duckwater Reservation, Nevada

***54367** Eastern Band of Cherokee Indians of North Carolina

Eastern Shawnee Tribe of Oklahoma

Elem Indian Colony of Pomo Indians of the Sulphur Bank Rancheria, California

Elk Valley Rancheria of Smith River Tolowa Indians of California

Ely Shoshone Tribe of Nevada

Enterprise Rancheria of Maidu Indians of California

Flandreau Santee Sioux Tribe of South Dakota

Forest County Potawatomi Community of Wisconsin Potawatomie Indians, Wisconsin

Fort Belknap Indian Community of the Fort Belknap Reservation of Montana

Fort Bidwell Indian Community of Paiute Indians of the Fort Bidwell Reservation, California

Fort Independence Indian Community of Paiute Indians of the Fort Independence Reservation, California

Fort McDermitt Paiute and Shoshone Tribes of the Fort McDermitt Indian Reservation, Nevada

Fort McDowell Mohave-Apache Indian Community of the Fort McDowell Indian Reservation, Arizona

Fort Mojave Indian Tribe of Arizona

Fort Sill Apache Tribe of Oklahoma

Gila River Pima-Maricopa Indian Community of the Gila River Indian Reservation of Arizona

Grand Traverse Band of Ottawa & Chippewa Indians of Michigan

Greenville Rancheria of Maidu Indians of California

Grindstone Indian Rancheria of Wintun-Wailaki Indians of California

Guidiville Rancheria of California

Hannahville Indian Community of Wisconsin Potawatomie Indians of Michigan

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Havasupai Tribe of the Havasupai Reservation, Arizona

Hoh Indian Tribe of the Hoh Indian Reservation, Washington

Hoopa Valley Tribe of the Hoopa Valley Reservation, California

Hopi Tribe of Arizona

Hopland Band of Pomo Indians of the Hopland Rancheria, California

Houlton Band of Maliseet Indians of Maine

Hualapai Tribe of the Hualapai Indian Reservation, Arizona

Inaja Band of Diegueno Mission Indians of the Inaja and Cosmit Reservation, California

Iowa Tribe of Kansas and Nebraska

Iowa Tribe of Oklahoma

Jackson Rancheria of Me-Wuk Indians of California

Jamestown Klallam Tribe of Washington

Jamul Indian Village of California

Jicarilla Apache Tribe of the Jicarilla Apache Indian Reservation, New Mexico

Kaibab Band of Paiute Indians of the Kaibab Indian Reservation, Arizona

Kalispel Indian Community of the Kalispel Reservation, Washington

Karuk Tribe of California

Kashia Band of Pomo Indians of the Stewarts Point Rancheria, California

Kaw Indian Tribe of Oklahoma

Keweenaw Bay Indian Community of L'Anse and Ontonagon Bands of Chippewa Indians of the L'Anse Reservation, Michigan

Kialegee Tribal Town of the Creek Indian Nation of Oklahoma

Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas

Kickapoo Tribe of Oklahoma

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Kickapoo Traditional Tribe of Texas

Kiowa Indian Tribe of Oklahoma

Klamath Indian Tribe of Oregon

Kootenai Tribe of Idaho

La Jolla Band of Luiseno Mission Indians of the La Jolla Reservation, California

La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation, California

La Courte Oreilles Band of Lake Superior Chippewa Indians of the Lac Courte Oreilles Reservation of Wisconsin

Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin

Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan

Las Vegas Tribe of Paiute Indians of the Las Vegas Indian Colony, Nevada

Los Coyotes Band of Cahuilla Mission Indians of the Los Coyotes Reservation, California

Lovelock Paiute Tribe of the Lovelock Indian Colony, Nevada

Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota

Lower Elwha Tribal Community of the Lower Elwha Reservation, Washington

Lower Sioux Indian Community of Minnesota Mdewakanton Sioux Indians of the Lower Sioux Reservation in Minnesota

Lummi Tribe of the Lummi Reservation, Washington

Lytton Rancheria of California

Makah Indian Tribe of the Makah Indian Reservation, Washington

Manchester Band of Pomo Indians of the Manchester-Point Arena Rancheria, California

Manzanita Band of Diegueno Mission Indians of the Manzanita Reservation, California

Mashantucket Pequot Tribe of Connecticut

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Mechoopda Indian Tribe of Chico Rancheria, California

Menominee Indian Tribe of Wisconsin

Mesa Grande Band of Diegueno Mission Indians of the Mesa Grande Reservation, California

Mescalero Apache Tribe of the Mescalero Reservation, New Mexico

Miami Tribe of Oklahoma

Miccosukee Tribe of Indians of Florida

Middletown Rancheria of Pomo Indians of California

Minnesota Chippewa Tribe, Minnesota (Six component reservations: Bois Forte Band (Nett Lake); Fond du Lac Band; Grand Portage Band; Leech Lake Band; Mille Lac Band; White Earth Band)

Mississippi Band of Choctaw Indians, Mississippi

Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada

Modoc Tribe of Oklahoma

Mooretown Rancheria of Maidu Indians of California

Morongo Band of Cahuilla Mission Indians of the Morongo Reservation, California

Muckleshoot Indian Tribe of the Muckleshoot Reservation, Washington

Narragansett Indian Tribe of Rhode Island

Navajo Tribe of Arizona, New Mexico & Utah

Nez Perce Tribe of Idaho

Nisqually Indian Community of the Nisqually Reservation, Washington

Nooksack Indian Tribe of Washington

Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana

Northfork Rancheria of Mono Indians of California

Northwestern Band of Shoshoni Indians of Utah (Washakie)

Oglala Sioux Tribe of the Pine Ridge Reservation, South Dakota

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Omaha Tribe of Nebraska

Oneida Nation of New York

Oneida Tribe of Wisconsin

Onondaga Nation of New York

Osage Tribe of Oklahoma

Ottawa Tribe of Oklahoma

Otoe-Missouria Tribe of Oklahoma

Paiute Indian Tribe of Utah

Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California

Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Nevada

Paiute-Shoshone Indians of the Lone Pine Community of the Lone Pine Reservation, California

Pala Band of Luiseno Mission Indians of the Pala Reservation, California

Pascua Yaqui Tribe of Arizona

Passamaquoddy Tribe of Maine

Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation, California

Pawnee Indian Tribe of Oklahoma

Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, California

Penobscot Tribe of Maine

Peoria Tribe of Oklahoma

Picayune Rancheria of Chukchansi Indians of California

Pinoleville Rancheria of Pomo Indians of California

Pit River Tribe of California (includes Big Bend, Lookout, Montgomery Creek & Roaring Creek Rancherias & XL Ranch)

Poarch Band of Creek Indians of Alabama

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Ponca Tribe of Indians of Oklahoma

Ponca Tribe of Nebraska

Port Gamble Indian Community of the Port Gamble Reservation, Washington

Potter Valley Rancheria of Pomo Indians of California

Prairie Band of Potawatomi Indians of Kansas

Prairie Island Indian Community of Minnesota Mdewakanton Sioux Indians of the Prairie Island Reservation, Minnesota

Pueblo of Acoma, New Mexico

Pueblo of Cochiti, New Mexico

Pueblo of Jemez, New Mexico

Pueblo of Isleta, New Mexico

Pueblo of Laguna, New Mexico

Pueblo of Nambe, New Mexico

Pueblo of Picuris, New Mexico

Pueblo of Pojoaque, New Mexico

Pueblo of San Felipe, New Mexico

Pueblo of San Juan, New Mexico

Pueblo of San Ildefonso, New Mexico

Pueblo of Sandia, New Mexico

Pueblo of Santa Ana, New Mexico

Pueblo of Santa Clara, New Mexico

Pueblo of Santo Domingo, New Mexico

Pueblo of Taos, New Mexico

Pueblo of Tesuque, New Mexico

Pueblo of Zia, New Mexico

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

***54368** Puyallup Tribe of the Puyallup Reservation, Washington

Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Washington

Quapaw Tribe of Oklahoma

Quartz Valley Rancheria of Karok, Shasta & Upper Klamath Indians of California

Quechan Tribe of the Fort Yuma Indian Reservation, California

Quileute Tribe of the Quileute Reservation, Washington

Quinault Tribe of the Quinault Reservation, Washington

Ramona Band or Village of Cahuilla Mission Indians of California

Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin

Red Lake Band of Chippewa Indians of the Red Lake Reservation, Minnesota

Redding Rancheria of Pomo Indians of California

Redwood Valley Rancheria of Pomo Indians of California

Reno-Sparks Indian Colony, Nevada

Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California

Robinson Rancheria of Pomo Indians of California

Rohnerville Rancheria of Bear River or Mattole Indians of California

Rosebud Sioux Tribe of the Rosebud Indian Reservation, South Dakota

Rumsey Indian Rancheria of Wintun Indians of California

Sac & Fox Tribe of Mississippi in Iowa

Sac & Fox Tribe of Missouri in Kansas and Nebraska

Sac & Fox Tribe of Oklahoma

Saginaw Chippewa Indian Tribe of Michigan, Isabella Reservation

Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona

San Carlos Apache Tribe of the San Carlos Reservation, Arizona

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

San Juan Southern Paiute Tribe of Arizona

San Manual Band of Serrano Mission Indians of the San Manual Reservation, California

San Pasqual Band of Diegueno Mission Indians of California

Santa Rosa Indian Community of the Santa Rosa Rancheria, California

Santa Rosa Band of Cahuilla Mission Indians of the Santa Rosa Reservation, California

Santa Ynez Band of Chumash Mission Indians of the Santa Ysabel Reservation, California

Santa Ysabel Band of Diegueno Mission Indians of the Santa Ysabel Reservation, California

Santee Sioux Tribe of the Santee Reservation of Nebraska

Sauk-Suiattle Indian Tribe of Washington

Sault Ste. Marie Tribe of Chippewa Indians of Michigan

Scotts Valley Band of Pomo Indians of California

Seminole Nation of Oklahoma

Seminole Tribe of Florida, Dania, Big Cypress & Brighton Reservations

Seneca Nation of New York

Seneca-Cayuga Tribe of Oklahoma

Shakopee Mdewakanton Sioux Community of Minnesota (Prior Lake)

Sheep Ranch Rancheria of Me-Wuk Indians of California

Sherwood Valley Rancheria of Pomo Indians of California

Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract), California

Shoalwater Bay Tribe of the Shoalwater Bay Indian Reservation, Washington

Shoshone Tribe of the Wind River Reservation, Wyoming

Shoshone-Bannock Tribes of the Fort Hall Reservation of Idaho

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Shoshone-Paiute Tribes of the Duck Valley Reservation, Nevada

Sisseton-Wahpeton Sioux Tribe of the Lake Traverse Reservation, South Dakota

Skokomish Indian Tribe of the Skokomish Reservation, Washington

Skull Valley Band of Goshute Indians of Utah

Smith River Rancheria of California

Soboba Band of Luiseno Mission Indians of the Soboba Reservation, California

Sokoagon Chippewa Community of the Mole Lake Band of Chippewa Indians, Wisconsin

Southern Ute Indian Tribe of the Southern Ute Reservation, Colorado

Spokane Tribe of the Spokane Reservation, Washington

Squaxin Island Tribe of the Squaxin Island Reservation, Washington

St. Croix Chippewa Indians of Wisconsin, St. Croix Reservation

St. Regis Band of Mohawk Indians of New York

Standing Rock Sioux Tribe of North & South Dakota

Stockbridge-Munsee Community of Mohican Indians of Wisconsin

Stillaguamish Tribe of Washington

Summit Lake Paiute Tribe of Nevada

Suquamish Indian Tribe of the Port Madison Reservation, Washington

Susanville Indian Rancheria of Paiute, Maidu, Pit River & Washoe Indians of California

Swinomish Indians of the Swinomish Reservation, Washington

Sycuan Band of Diegueno Mission Indians of California

Table Bluff Rancheria of Wiyot Indians of California

Table Mountain Rancheria of California

Te-Moak Tribes of Western Shoshone Indians of Nevada

Thlopthlocco Tribal Town of the Creek Nation of Oklahoma

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota

Tohono O'odham Nation of Arizona (formerly known as the Papago Tribe of the Sells, Gila Bend & San Xavier Reservation, Arizona)

Tonawanda Band of Seneca Indians of New York

Tonkawa Tribe of Indians of Oklahoma

Tonto Apache Tribe of Arizona

Torres-Martinez Band of Cahuilla Mission Indians of California

Tule River Indian Tribe of the Tule River Reservation, California

Tulalip Tribes of the Tulalip Reservation, Washington

Tunica-Biloxi Indian Tribe of Louisiana

Tuolumne Band of Me-Wuk Indians of the Tuolumne Rancheria of California

Turtle Mountain Band of Chippewa Indians of North Dakota

Tuscarora Nation of New York

Twenty-Nine Palms Band of Luiseno Mission Indians of California

United Keetoowah Band of Cherokee Indians of Oklahoma

Upper Lake Band of Pomo Indians of Upper Lake Rancheria of California

Upper Sioux Indian Community of the Upper Sioux Reservation, Minnesota

Upper Skagit Indian Tribe of Washington

Ute Indian Tribe of the Uintah & Ouray Reservation, Utah

Ute Mountain Tribe of the Ute Mountain Reservation, Colorado, New Mexico & Utah

Utu Utu Gwaitu Paiute Tribe of the Benton Paiute Reservation, California

Walker River Paiute Tribe of the Walker River Reservation, California

Wampanoag Tribe of Gay Head (Aquinnah) of Massachusetts

Washoe Tribe of Nevada & California (Carson Colony, Dresslerville & Washoe Ranches)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

White Mountain Apache Tribe of the Fort Apache Reservation, Arizona

Wichita and Affiliated Tribes (Wichita, Keechi, Waco & Tawakonie) of Oklahoma

Winnebago Tribe of Nebraska

Winnemucca Indian Colony of Nevada

Wisconsin Winnebago Indian Tribe of Wisconsin

Wyandotte Tribe of Oklahoma

Yankton Sioux Tribe of South Dakota

Yavapai-Apache Indian Community of the Camp Verde Reservation, Arizona

Yavapai-Prescott Tribe of the Yavapai Reservation, Arizona

Yerington Paiute Tribe of the Yerington Colony & Campbell Ranch, Nevada

Yomba Shoshone Tribe of the Yomba Reservation, Nevada

Ysleta Del Sur Pueblo of Texas

Yurok Tribe of the Hoopa Valley Reservation, California

Zuni Tribe of the Zuni Reservation, New Mexico

Native Entities Within the State of Alaska Recognized and Eligible To Receive Services From the United States Bureau of Indian Affairs

Village of Afognak

Native Village of Akhiok

Akiachak Native Community

Akiak Native Community

Native Village of Akutan

Village of Alakanuk

Alatna Village

Native Village of Aleknagik

Algaaciq Native Village (St. Mary's)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Allakaket Village

Native Village of Ambler

Village of Anaktuvuk Pass

Yupiit of Andreafski

Angoon Community Association

Village of Aniak

Anvik Village

Arctic Village (See Native Village of Venetie Tribal Government)

Native Village of Atka

Atqasuk Village (Atkasook)

Village of Atmautluak

Native Village of Barrow

Beaver Village

Native Village of Belkofski

Village of Bill Moore's Slough

Birch Creek Village

Native Village of Brevig Mission

***54369** Native Village of Buckland

Native Village of Cantwell

Native Village of Chanega (aka Chenega)

Chalkyitsik Village

Village of Chefornak

Chevak Native Village

Chickaloon Native Village

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Native Village of Chignik

Native Village of Chignik Lagoon

Chignik Lake Village

Chilkat Indian Village (Kluckwan)

Chilkoot Indian Association (Haines)

Chinik Eskimo Community (Golovin)

Native Village of Chistochina

Native Village of Chitina

Native Village of Chuatbaluk (Russion Mission, Kuskokwim)

Chuloonawick Native Village

Circle Native Community

Village of Clarks's Point

Native Village of Council

Craig Community Association

Village of Crooked Creek

Native Village of Deering

Native Village of Dillingham

Native Village of Diomede (aka Inalik)

Village of Dot Lake

Douglas Indian Association

Native Village of Eagle

Native Village of Eek

Egegik Village

Eklutna Native Village

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Native Village of Ekuk

Ekwok Village

Native Village of Elim

Emmonak Village

Evansville Village (aka Bettles Field)

Native Village of Eyak (Cordova)

Native Village of False Pass

Native Village of Fort Yukon

Native Village of Gakona

Galena Village (aka Louden Village)

Native Village of Gambell

Native Village of Georgetown

Native Village of Goodnews Bay

Organized Village of Grayling (aka Holikachuk)

Gulkana Village

Native Village of Hamilton

Healy Lake Village

Holy Cross Village

Hoonah Indian Association

Native Village of Hooper Bay

Hughes Village

Huslia Village

Hydaburg Cooperative Association

Igiugig Village

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Village of Iliamna

Inupiat Community of the Arctic Slope

Ivanoff Bay Village

Kaguyak Village

Organized Village of Kake

Kaktovik Village (aka Barter Island)

Village of Kalskag

Village of Kaltag

Native Village of Kanatak

Native Village of Karluk

Organized Village of Kasaan

Native Village of Kasigluk

Kenaitze Indian Tribe

Ketchikan Indian Corporation

Native Village of Kiana

Agdaagux Tribe of King Cove

King Island Native Community

Native Village of Kipnuk

Native Village of Kivalina

Klawock Cooperative Association

Native Village of Kluti Kaah (aka Copper Center)

Knik Village

Native Village of Kobuk

Kokhanok Village

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Koliganek Village

Native Village of Kongiganak

Village of Kotlik

Native Village of Kotzebue

Native Village of Koyuk

Koyukuk Native Village

Organized Village of Kwethluk

Native Village of Kwigillingok

Native Village of Kwinhagak (aka Quinhagak)

Native Village of Larsen Bay

Levelock Village

Lesnoi Village (aka Woody Island)

Lime Village

Village of Lower Kalskag

Manley Hot Springs Village

Manokotak Village

Native Village of Marshall (aka Fortuna Ledge)

Native Village of Mary's Igloo

McGrath Native Village

Native Village of Mekoryuk

Mentasta Lake Village

Metlakatla Indian Community, Annette Island Reserve

Native Village of Minto

Native Village of Mountain Village

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Naknek Native Village

Native Village of Nanwalek (aka English Bay)

Native Village of Napaimute

Native Village of Napakiak

Native Village of Napaskiak

Native Village of Nelson Lagoon

Nenana Native Association

New Stuyahok Village

Newhalen Village

Newtok Village

Native Village of Nightmute

Nikolai Village

Native Village of Nikolski

Ninilchik Village

Native Village of Noatak

Nome Eskimo Community

Nondalton Village

Noorvik Native Community

Northway Village

Native Village of Nuiqsut (aka Nooiksut)

Nulato Village

Native Village of Nunapitchuk

Village of Ohogamiut

Village of Old Harbor

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Orutsararmuit Native Village (aka Bethel)

Oscarville Traditional Village

Native Village of Ouzinkie

Native Village of Paimiut

Pauloff Harbor Village

Pedro Bay Village

Native Village of Perryville

Petersburg Indian Association

Native Village of Pilot Point

Pilot Station Traditional Village

Native Village of Pitka's Point

Platinum Traditional Village

Native Village of Point Hope

Native Village of Point Lay

Native Village of Port Graham

Native Village of Port Heiden

Native Village of Port Lions

Portage Creek Village (aka Ohgsenakale)

Pribilof Islands Aleut Communities of St. Paul & St. George Islands

Qagan Toyagungin Tribe of Sand Point Village

Rampart Village

Village of Red Devil

Native Village of Ruby

Native Village of Russion Mission (Yukon)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Village of Salamatoff

Organized Village of Saxman

Native Village of Savoonga

Saint George (See Pribilof Islands Aleut Communities of St. Paul & St. George Islands)

Native Village of Saint Michael

Saint Paul (See Pribilof Islands Aleut Communities of St. Paul & St. George Islands)

Native Village of Scammon Bay

Native Village of Selawik

Seldovia Village Tribe

Shageluk Native Village

Native Village of Shaktoolik

Native Village of Sheldon's Point

Native Village of Shishmaref

Native Village of Shungnak

Sitka Tribe of Alaska

Skagway Village

Village of Sleetmute

Village of Solomon

South Naknek Village

Stebbins Community Association

Native Village of Stevens

Village of Stony River

Takotna Village

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Native Village of Tanacross

Native Village of Tanana

Native Village of Tatitlek

Native Village of Tazlina

Telida Village

Native Village of Teller

Native Village of Tetlin

Traditional Village of Togiak

Native Village of Toksook Bay

Tuluksak Native Community

Native Village of Tuntutuliak

Native Village of Tununak

Twin Hills Village

Native Village of Tyonek

Ugashik Village

Umkumiute Native Village

Native Village of Unalakleet

Qawalingin Tribe of Unalaska

Native Village of Unga

Village of Venetie (See Native Village of Venetie Tribal Government)

Native Village of Venetie Tribal Government (Arctic Village and Village of Venetie)

Village of Wainwright

Native Village of Wales

Native Village of White Mountain

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Wrangell Cooperative Association

Yakutat Tlingit Tribe

(FR Doc. 93-25822 Filed 10-20-93; 8:45 am)

BILLING CODE 4310-02-P

58 FR 54364-01, 1993 WL 420646 (F.R.)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Attachment No. 5
to Plaintiff's First Set of Requests for Admission

listed below. Comments and suggestions on the proposal should be made within 60 days directly to the Bureau clearance officer, U.S. Geological Survey, 208 National Center, 12201 Sunrise Valley Drive., Reston, Virginia, 20192, telephone (703) 648–7313.

*Title:* National Mapping Division Data Grant Program for Land Processes Research.

*OMB approval number:* 1028–0052.

*Abstract:* Respondents supply information and awardees supply a final report. Application information identifies the land processes research project and remotely sensed data requirements. Final report identifies utility of Data Grant Program in the completion of the nonprofit institution's research project.

*Bureau form number:* None.

*Frequency:* Annually.

*Description of respondents:* Non-profit institutions.

*Estimated completion time:* 25 hours.

*Annual responses:* 520.

*Annual burden hours:* 13,000 hours.

*Bureau clearance officer:* John Cordyack, 703–648–7313.

Dated: November 4, 1996.

Richard E. Witmer,

*Acting Chief, National Mapping Division.*

[FR Doc. 96–28944 Filed 11–12–96; 8:45 am]

BILLING CODE 4310–31–M

## Federal Geographic Data Committee (FGDC); Public Meeting of the FGDC Facilities Working Group

**AGENCY:** U.S. Geological Survey, Interior.

**ACTION:** Notice of meeting.

**SUMMARY:** This notice is to invite public participation in meetings of the FGDC Facilities Working Group and its subgroups. The major topic for these meetings is development of a Facility ID standard, a utility data content standard, and an environmental hazard data content standard.

**TIME AND PLACE:** 9 December 1996, at Headquarters U.S. Army Corps of Engineers, in Room 8124C of the Pulaski Building, 20 Massachusetts Avenue, NW, Washington, DC. The Pulaski building is located just a few blocks west of Union Station. The Facilities Working Group will meet from 1:00 p.m. until 3:00 p.m.; the Facility ID and Environmental Hazard Data Content Standard teams will meet from 10:00 a.m. until 12:00 noon; and Utility Data Content Standard team will meet from 3:15 until 4:15 p.m.

**FOR FURTHER INFORMATION CONTACT:** Jennifer Fox, FGDC Secretariat, U.S. Geological Survey, 590 National Center, 12201 Sunrise Valley Drive, Reston, Virginia 20192; telephone (703) 648–5514; facsimile (703) 648–5755; Internet "gdc@usgs.gov".

**SUPPLEMENTARY INFORMATION:** The FGDC is a committee of Federal agencies engaged in geospatial activities. The FGDC Facilities Working Group specifically focuses on geospatial data issues related to facilities and facility management. A facility is an entity with location, deliberately established as a site for designated activities. A facility database might describe a factory, a military base, a college, a hospital, a power plant, a fishery, a national park, an office building, a space command center, or a prison. The database for a complex facility may describe multiple functions or missions, multiple buildings, or even a county, town, or city. The objectives of the Working Group are to: promote standards of accuracy and currentness in facilities data which are financed in whole or in part by Federal funds; exchange information on technological improvements for collecting facilities data; encourage the Federal and non-Federal community to identify and adopt standards specifications for facilities data; and promote the sharing of facilities data among Federal and non-Federal organizations.

Dated: November 1, 1996.

Wendy A. Budd,

*Associate Chief, National Mapping Division.*

[FR Doc. 96–28949 Filed 11–12–96; 8:45 am]

BILLING CODE 4310–31–M

## Bureau of Indian Affairs

## Indian Entities Recognized and Eligible To Receive Services From the United States Bureau of Indian Affairs

**AGENCY:** Bureau of Indian Affairs, Interior.

**ACTION:** Notice.

**SUMMARY:** Notice is hereby given of the current list of tribal entities recognized and eligible for funding and services from the Bureau of Indian Affairs by virtue of their status as Indian tribes. This notice is published pursuant to Section 104 of the Act of November 2, 1994 (Pub. L. 103–454; 108 Stat. 4791, 4792).

**FOR FURTHER INFORMATION CONTACT:** Daisy West, Bureau of Indian Affairs, Division of Tribal Government Services, MS–4641–MIB, 1849 C Street, NW, Washington, D.C. 20240. Telephone number: (202) 208–2475.

**SUPPLEMENTARY INFORMATION:** This notice is published in exercise of authority delegated to the Assistant Secretary—Indian Affairs under 25 U.S.C. 2 and 9 and 209 DM 8.

Published below are lists of federally acknowledged tribes in the contiguous 48 states and in Alaska. The list is updated from the last such list published in February 16, 1995 (60 FR 9250), to include tribes acknowledged through the Federal acknowledgment process. The listed entities are acknowledged to have "the immunities and privileges available to other federally acknowledged Indian tribes by virtue of their government-to-government relationship with the United States as well as the responsibilities, powers, limitations and obligations of such tribes." 25 CFR 83.2 (1996 ed.). We have, however, continued the practice of listing the Alaska Native entities separately solely for the purpose of facilitating identification of them and reference to them given the large number of complex Native names.

Indian Tribal Entities Within the Contiguous 48 States Recognized and Eligible to Receive Services From the United States Bureau of Indian Affairs

Absentee-Shawnee Tribe of Indians of Oklahoma
Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indian Reservation, California
Ak Chin Indian Community of Papago Indians of the Maricopa, Ak Chin Reservation, Arizona
Alabama and Coushatta Tribes of Texas
Alabama-Quassarte Tribal Town of the Creek Nation of Oklahoma
Alturas Indian Rancheria of Pit River Indians of California
Apache Tribe of Oklahoma
Arapahoe Tribe of the Wind River Reservation, Wyoming
Aroostook Band of Micmac Indians of Maine
Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Montana
Augustine Band of Cahuilla Mission Indians of the Augustine Reservation, California
Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin
Bay Mills Indian Community of the Sault Ste. Marie Band of Chippewa Indians, Bay Mills Reservation, Michigan
Bear River Band of the Rohnerville Rancheria of California
Berry Creek Rancheria of Maidu Indians of California
Big Lagoon Rancheria of Smith River Indians of California

Attachment No. 5
to Plaintiff's First Set of Requests for Admission
*Samish Indian Nation v. United States*, No 02-1383 (FedCl)

Big Pine Band of Owens Valley Paiute Shoshone Indians of the Big Pine Reservation, California
Big Sandy Rancheria of Mono Indians of California
Big Valley Rancheria of Pomo & Pit River Indians of California
Blackfeet Tribe of the Blackfeet Indian Reservation of Montana
Blue Lake Rancheria of California
Bridgeport Paiute Indian Colony of California
Buena Vista Rancheria of Me-Wuk Indians of California
Burns Paiute Tribe of the Burns Paiute Indian Colony of Oregon
Cabazon Band of Cahuilla Mission Indians of the Cabazon Reservation, California
Cachil DeHe Band of Wintun Indians of the Colusa Indian Community of the Colusa Rancheria, California
Caddo Indian Tribe of Oklahoma
Cahuilla Band of Mission Indians of the Cahuilla Reservation, California
Cahto Indian Tribe of the Laytonville Rancheria, California
Campo Band of Diegueno Mission Indians of the Campo Indian Reservation, California
Capitan Grande Band of Diegueno Mission Indians of California:
Barona Group of Capitan Grande Band of Mission Indians of the Barona Reservation, California
Viejas (Baron Long) Group of Capitan Grande Band of Mission Indians of the Viejas Reservation, California
Catawba Tribe of South Carolina
Cayuga Nation of New York
Cedarville Rancheria of Northern Paiute Indians of California
Chemehuevi Indian Tribe of the Chemehuevi Reservation, California
Cher-Ae Heights Indian Community of the Trinidad Rancheria, California
Cherokee Nation of Oklahoma
Cheyenne-Arapaho Tribes of Oklahoma
Cheyenne River Sioux Tribe of the Cheyenne River Reservation, South Dakota
Chickasaw Nation of Oklahoma
Chicken Ranch Rancheria of Me-Wuk Indians of California
Chippewa-Cree Indians of the Rocky Boy's Reservation, Montana
Chitimacha Tribe of Louisiana
Choctaw Nation of Oklahoma
Citizen Potawatomi Nation, Oklahoma
Cloverdale Rancheria of Pomo Indians of California
Coast Indian Community of Yurok Indians of the Resighini Rancheria, California
Cocopah Tribe of Arizona
Coeur D'Alene Tribe of the Coeur D'Alene Reservation, Idaho
Cold Springs Rancheria of Mono Indians of California
Colorado River Indian Tribes of the Colorado River Indian Reservation, Arizona and California
Comanche Indian Tribe, Oklahoma
Confederated Salish & Kootenai Tribes of the Flathead Reservation, Montana
Confederated Tribes of the Chehalis Reservation, Washington
Confederated Tribes of the Colville Reservation, Washington
Confederated Tribes of the Coos, Lower Umpqua and Siuslaw Indians of Oregon
Confederated Tribes of the Goshute Reservation, Nevada and Utah
Confederated Tribes of the Grand Ronde Community of Oregon
Confederated Tribes of the Siletz Reservation, Oregon
Confederated Tribes of the Umatilla Reservation, Oregon
Confederated Tribes of the Warm Springs Reservation of Oregon
Confederated Tribes and Bands of the Yakama Indian Nation of the Yakama Reservation, Washington
Coquille Tribe of Oregon
Cortina Indian Rancheria of Wintun Indians of California
Coushatta Tribe of Louisiana
Cow Creek Band of Umpqua Indians of Oregon
Coyote Valley Band of Pomo Indians of California
Crow Tribe of Montana
Crow Creek Sioux Tribe of the Crow Creek Reservation, South Dakota
Cuyapaipe Community of Diegueno Mission Indians of the Cuyapaipe Reservation, California
Death Valley Timbi-Sha Shoshone Band of California
Delaware Tribe of Indians, Oklahoma
Delaware Tribe of Western Oklahoma
Devils Lake Sioux Tribe of the Devils Lake Sioux Reservation, North Dakota
Dry Creek Rancheria of Pomo Indians of California
Duckwater Shoshone Tribe of the Duckwater Reservation, Nevada
Eastern Band of Cherokee Indians of North Carolina
Eastern Shawnee Tribe of Oklahoma
Elem Indian Colony of Pomo Indians of the Sulphur Bank Rancheria, California
Elk Valley Rancheria of California
Ely Shoshone Tribe of Nevada
Enterprise Rancheria of Maidu Indians of California
Flandreau Santee Sioux Tribe of South Dakota
Forest County Potawatomi Community of Wisconsin Potawatomi Indians, Wisconsin
Fort Belknap Indian Community of the Fort Belknap Reservation of Montana
Fort Bidwell Indian Community of Paiute Indians of the Fort Bidwell Reservation, California
Fort Independence Indian Community of Paiute Indians of the Fort Independence Reservation, California
Fort McDermitt Paiute and Shoshone Tribes of the Fort McDermitt Indian Reservation, Nevada
Fort McDowell Mohave-Apache Indian Community of the Fort McDowell Indian Reservation, Arizona
Fort Mojave Indian Tribe of Arizona, California & Nevada
Fort Sill Apache Tribe of Oklahoma
Gila River Pima-Maricopa Indian Community of the Gila River Indian Reservation of Arizona
Grand Traverse Band of Ottawa & Chippewa Indians of Michigan
Greenville Rancheria of Maidu Indians of California
Grindstone Indian Rancheria of Wintun-Wailaki Indians of California
Guidiville Rancheria of California
Hannahville Indian Community of Wisconsin Potawatomie Indians of Michigan
Havasupai Tribe of the Havasupai Reservation, Arizona
Ho-Chunk Nation of Wisconsin (formerly known as the Wisconsin Winnebago Tribe)
Hoh Indian Tribe of the Hoh Indian Reservation, Washington
Hoopa Valley Tribe of the Hoopa Valley Reservation, California
Hopi Tribe of Arizona
Hopland Band of Pomo Indians of the Hopland Rancheria, California
Houlton Band of Maliseet Indians of Maine
Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona
Huron Potawatomi, Inc., Michigan
Inaja Band of Diegueno Mission Indians of the Inaja and Cosmit Reservation, California
Ione Band of Miwok Indians of California
Iowa Tribe of Kansas and Nebraska
Iowa Tribe of Oklahoma
Jackson Rancheria of Me-Wuk Indians of California
Jamestown Klallam Tribe of Washington
Jamul Indian Village of California
Jena Band of Choctaw Indians, Louisiana
Jicarilla Apache Tribe of the Jicarilla Apache Indian Reservation, New Mexico
Kaibab Band of Paiute Indians of the Kaibab Indian Reservation, Arizona
Kalispel Indian Community of the Kalispel Reservation, Washington
Karuk Tribe of California
Kashia Band of Pomo Indians of the Stewarts Point Rancheria, California
Kaw Nation, Oklahoma
Keweenaw Bay Indian Community of L'Anse and Ontonagon Bands of Chippewa Indians of the L'Anse Reservation, Michigan

Kialegee Tribal Town of the Creek Indian Nation of Oklahoma
Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas
Kickapoo Tribe of Oklahoma
Kickapoo Traditional Tribe of Texas
Kiowa Indian Tribe of Oklahoma
Klamath Indian Tribe of Oregon
Kootenai Tribe of Idaho
La Jolla Band of Luiseno Mission Indians of the La Jolla Reservation, California
La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation, California
La Courte Oreilles Band of Lake Superior Chippewa Indians of the Lac Courte Oreilles Reservation of Wisconsin
Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin
Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan
Las Vegas Tribe of Paiute Indians of the Las Vegas Indian Colony, Nevada
Little River Band of Ottawa Indians of Michigan
Little Traverse Bay Bands of Odawa Indians of Michigan
Los Coyotes Band of Cahuilla Mission Indians of the Los Coyotes Reservation, California
Lovelock Paiute Tribe of the Lovelock Indian Colony, Nevada
Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota
Lower Elwha Tribal Community of the Lower Elwha Reservation, Washington
Lower Sioux Indian Community of Minnesota Mdewakanton Sioux Indians of the Lower Sioux Reservation in Minnesota
Lummi Tribe of the Lummi Reservation, Washington
Lytton Rancheria of California
Makah Indian Tribe of the Makah Indian Reservation, Washington
Manchester Band of Pomo Indians of the Manchester-Point Arena Rancheria, California
Manzanita Band of Diegueno Mission Indians of the Manzanita Reservation, California
Mashantucket Pequot Tribe of Connecticut
Mechoopda Indian Tribe of Chico Rancheria, California
Menominee Indian Tribe of Wisconsin
Mesa Grande Band of Diegueno Mission Indians of the Mesa Grande Reservation, California
Mescalero Apache Tribe of the Mescalero Reservation, New Mexico
Miami Tribe of Oklahoma
Miccosukee Tribe of Indians of Florida
Middletown Rancheria of Pomo Indians of California
Minnesota Chippewa Tribe, Minnesota (Six component reservations: Bois Forte Band (Nett Lake); Fond du Lac Band; Grand Portage Band; Leech Lake Band; Mille Lacs Band; White Earth Band)
Mississippi Band of Choctaw Indians, Mississippi
Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada
Modoc Tribe of Oklahoma
Mohegan Indian Tribe of Connecticut
Mooretown Rancheria of Maidu Indians of California
Morongo Band of Cahuilla Mission Indians of the Morongo Reservation, California
Muckleshoot Indian Tribe of the Muckleshoot Reservation, Washington
Muscogee (Creek) Nation of Oklahoma
Narragansett Indian Tribe of Rhode Island
Navajo Nation of Arizona, New Mexico & Utah
Nez Perce Tribe of Idaho
Nisqually Indian Tribe of the Nisqually Reservation, Washington
Nooksack Indian Tribe of Washington
Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana
Northfork Rancheria of Mono Indians of California
Northwestern Band of Shoshoni Nation of Utah (Washakie)
Oglala Sioux Tribe of the Pine Ridge Reservation, South Dakota
Omaha Tribe of Nebraska
Oneida Nation of New York
Oneida Tribe of Wisconsin
Onondaga Nation of New York
Osage Nation of Oklahoma
Ottawa Tribe of Oklahoma
Otoe-Missouria Tribe of Indians, Oklahoma
Paiute Indian Tribe of Utah
Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California
Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Nevada
Paiute-Shoshone Indians of the Lone Pine Community of the Lone Pine Reservation, California
Pala Band of Luiseno Mission Indians of the Pala Reservation, California
Pascua Yaqui Tribe of Arizona
Paskenta Band of Nomlaki Indians of California
Passamaquoddy Tribe of Maine
Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation, California
Pawnee Indian Tribe of Oklahoma
Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, California
Penobscot Tribe of Maine
Peoria Tribe of Oklahoma
Picayune Rancheria of Chukchansi Indians of California
Pinoleville Rancheria of Pomo Indians of California
Pit River Tribe of California (includes Big Bend, Lookout, Montgomery Creek & Roaring Creek Rancherias & XL Ranch)
Poarch Band of Creek Indians of Alabama
Pokagon Band of Potawatomi Indians of Michigan
Ponca Tribe of Indians of Oklahoma
Ponca Tribe of Nebraska
Port Gamble Indian Community of the Port Gamble Reservation, Washington
Potter Valley Rancheria of Pomo Indians of California
Prairie Band of Potawatomi Indians, Kansas
Prairie Island Indian Community of Minnesota Mdewakanton Sioux Indians of the Prairie Island Reservation, Minnesota
Pueblo of Acoma, New Mexico
Pueblo of Cochiti, New Mexico
Pueblo of Jemez, New Mexico
Pueblo of Isleta, New Mexico
Pueblo of Laguna, New Mexico
Pueblo of Nambe, New Mexico
Pueblo of Picuris, New Mexico
Pueblo of Pojoaque, New Mexico
Pueblo of San Felipe, New Mexico
Pueblo of San Juan, New Mexico
Pueblo of San Ildefonso, New Mexico
Pueblo of Sandia, New Mexico
Pueblo of Santa Ana, New Mexico
Pueblo of Santa Clara, New Mexico
Pueblo of Santo Domingo, New Mexico
Pueblo of Taos, New Mexico
Pueblo of Tesuque, New Mexico
Pueblo of Zia, New Mexico
Puyallup Tribe of the Puyallup Reservation, Washington
Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Nevada
Quapaw Tribe of Oklahoma
Quartz Valley Indian Community of the Quartz Valley Reservation of California
Quechan Tribe of the Fort Yuma Indian Reservation, California & Arizona
Quileute Tribe of the Quileute Reservation, Washington
Quinault Tribe of the Quinault Reservation, Washington
Ramona Band or Village of Cahuilla Mission Indians of California
Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin
Red Lake Band of Chippewa Indians of the Red Lake Reservation, Minnesota
Redding Rancheria of California
Redwood Valley Rancheria of Pomo Indians of California
Reno-Sparks Indian Colony, Nevada
Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California

Robinson Rancheria of Pomo Indians of California
Rosebud Sioux Tribe of the Rosebud Indian Reservation, South Dakota
Round Valley Indian Tribes of the Round Valley Reservation, California (formerly known as the Covelo Indian Community)
Rumsey Indian Rancheria of Wintun Indians of California
Sac & Fox Tribe of the Mississippi in Iowa
Sac & Fox Nation of Missouri in Kansas and Nebraska
Sac & Fox Nation, Oklahoma
Saginaw Chippewa Indian Tribe of Michigan, Isabella Reservation
Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona
Samish Indian Tribe
San Carlos Apache Tribe of the San Carlos Reservation, Arizona
San Juan Southern Paiute Tribe of Arizona
San Manual Band of Serrano Mission Indians of the San Manual Reservation, California
San Pasqual Band of Diegueno Mission Indians of California
Santa Rosa Indian Community of the Santa Rosa Rancheria, California
Santa Rosa Band of Cahuilla Mission Indians of the Santa Rosa Reservation, California
Santa Ynez Band of Chumash Mission Indians of the Santa Ynez Reservation, California
Santa Ysabel Band of Diegueno Mission Indians of the Santa Ysabel Reservation, California
Santee Sioux Tribe of the Santee Reservation of Nebraska
Sauk-Suiattle Indian Tribe of Washington
Sault Ste. Marie Tribe of Chippewa Indians of Michigan
Scotts Valley Band of Pomo Indians of California
Seminole Nation of Oklahoma
Seminole Tribe of Florida, Dania, Big Cypress & Brighton Reservations
Seneca Nation of New York
Seneca-Cayuga Tribe of Oklahoma
Shakopee Mdewakanton Sioux Community of Minnesota (Prior Lake)
Sheep Ranch Rancheria of Me-Wuk Indians of California
Sherwood Valley Rancheria of Pomo Indians of California
Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract), California
Shoalwater Bay Tribe of the Shoalwater Bay Indian Reservation, Washington
Shoshone Tribe of the Wind River Reservation, Wyoming
Shoshone-Bannock Tribes of the Fort Hall Reservation of Idaho
Shoshone-Paiute Tribes of the Duck Valley Reservation, Nevada
Sisseton-Wahpeton Sioux Tribe of the Lake Traverse Reservation, South Dakota
Skokomish Indian Tribe of the Skokomish Reservation, Washington
Skull Valley Band of Goshute Indians of Utah
Smith River Rancheria of California
Soboba Band of Luiseno Mission Indians of the Soboba Reservation, California
Sokaogon Chippewa Community of the Mole Lake Band of Chippewa Indians, Wisconsin
Southern Ute Indian Tribe of the Southern Ute Reservation, Colorado
Spokane Tribe of the Spokane Reservation, Washington
Squaxin Island Tribe of the Squaxin Island Reservation, Washington
St. Croix Chippewa Indians of Wisconsin, St. Croix Reservation
St. Regis Band of Mohawk Indians of New York
Standing Rock Sioux Tribe of North & South Dakota
Stockbridge-Munsee Community of Mohican Indians of Wisconsin
Stillaguamish Tribe of Washington
Summit Lake Paiute Tribe of Nevada
Suquamish Indian Tribe of the Port Madison Reservation, Washington
Susanville Indian Rancheria of Paiute, Maidu, Pit River & Washoe Indians of California
Swinomish Indians of the Swinomish Reservation, Washington
Sycuan Band of Diegueno Mission Indians of California
Table Bluff Rancheria of Wiyot Indians of California
Table Mountain Rancheria of California
Te-Moak Tribes of Western Shoshone Indians of Nevada
Thlopthlocco Tribal Town of the Creek Nation of Oklahoma
Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota
Tohono O'odham Nation of Arizona (formerly known as the Papago Tribe of the Sells, Gila Bend & San Xavier Reservation, Arizona)
Tonawanda Band of Seneca Indians of New York
Tonkawa Tribe of Indians of Oklahoma
Tonto Apache Tribe of Arizona
Torres-Martinez Band of Cahuilla Mission Indians of California
Tule River Indian Tribe of the Tule River Reservation, California
Tulalip Tribes of the Tulalip Reservation, Washington
Tunica-Biloxi Indian Tribe of Louisiana
Tuolumne Band of Me-Wuk Indians of the Tuolumne Rancheria of California
Turtle Mountain Band of Chippewa Indians of North Dakota
Tuscarora Nation of New York
Twenty-Nine Palms Band of Luiseno Mission Indians of California
United Auburn Indian Community of the Auburn Rancheria of California
United Keetoowah Band of Cherokee Indians of Oklahoma
Upper Lake Band of Pomo Indians of Upper Lake Rancheria of California
Upper Sioux Indian Community of the Upper Sioux Reservation, Minnesota
Upper Skagit Indian Tribe of Washington
Ute Indian Tribe of the Uintah & Ouray Reservation, Utah
Ute Mountain Tribe of the Ute Mountain Reservation, Colorado, New Mexico & Utah
Utu Utu Gwaitu Paiute Tribe of the Benton Paiute Reservation, California
Walker River Paiute Tribe of the Walker River Reservation, Nevada
Wampanoag Tribe of Gay Head (Aquinnah) of Massachusetts
Washoe Tribe of Nevada & California (Carson Colony, Dresslerville & Washoe Ranches)
White Mountain Apache Tribe of the Fort Apache Reservation, Arizona
Wichita and Affiliated Tribes (Wichita, Keechi, Waco & Tawakonie), Oklahoma
Winnebago Tribe of Nebraska
Winnemucca Indian Colony of Nevada
Wyandotte Tribe of Oklahoma
Yankton Sioux Tribe of South Dakota
Yavapai-Apache Nation of the Camp Verde Indian Reservation, Arizona
Yavapai-Prescott Tribe of the Yavapai Reservation, Arizona
Yerington Paiute Tribe of the Yerington Colony & Campbell Ranch, Nevada
Yomba Shoshone Tribe of the Yomba Reservation, Nevada
Ysleta Del Sur Pueblo of Texas
Yurok Tribe of the Yurok Reservation, California
Zuni Tribe of the Zuni Reservation, New Mexico

Native Entities Within the State of Alaska Recognized and Eligible To Receive Services From the United States Bureau of Indian Affairs

Village of Afognak
Native Village of Akhiok
Akiachak Native Community
Akiak Native Community
Native Village of Akutan
Village of Alakanuk
Alatna Village
Native Village of Aleknagik
Algaaciq Native Village (St. Mary's)
Allakaket Village
Native Village of Ambler
Village of Anaktuvuk Pass
Yupiit of Andreafski
Angoon Community Association
Village of Aniak

Anvik Village
Arctic Village (See Native Village of Venetie Tribal Government) Native Village of Atka
Atqasuk Village (Atkasook)
Village of Atmautluak
Native Village of Barrow
Beaver Village
Native Village of Belkofski
Village of Bill Moore's Slough
Birch Creek Village
Native Village of Brevig Mission
Native Village of Buckland
Native Village of Cantwell
Native Village of Chanega (aka Chenega)
Chalkyitsik Village
Village of Chefornak
Chevak Native Village
Chickaloon Native Village
Native Village of Chignik
Native Village of Chignik Lagoon
Chignik Lake Village
Chilkat Indian Village (Kluckwan)
Chilkoot Indian Association (Haines)
Chinik Eskimo Community (Golovin)
Native Village of Chistochina
Native Village of Chitina
Native Village of Chuatbaluk (Russian Mission, Kuskokwim)
Chuloonawick Native Village
Circle Native Community
Village of Clarks's Point
Native Village of Council
Craig Community Association
Village of Crooked Creek
Native Village of Deering
Native Village of Dillingham
Native Village of Diomede (aka Inalik)
Village of Dot Lake
Douglas Indian Association
Native Village of Eagle
Native Village of Eek
Egegik Village
Eklutna Native Village
Native Village of Ekuk
Ekwok Village
Native Village of Elim
Emmonak Village
Evansville Village (aka Bettles Field)
Native Village of Eyak (Cordova)
Native Village of False Pass
Native Village of Fort Yukon
Native Village of Gakona
Galena Village (aka Louden Village)
Native Village of Gambell
Native Village of Georgetown
Native Village of Goodnews Bay
Organized Village of Grayling (aka Holikachuk)
Gulkana Village
Native Village of Hamilton
Healy Lake Village
Holy Cross Village
Hoonah Indian Association
Native Village of Hooper Bay
Hughes Village
Huslia Village
Hydaburg Cooperative Association
Igiugig Village
Village of Iliamna
Inupiat Community of the Arctic Slope
Ivanoff Bay Village
Kaguyak Village
Organized Village of Kake
Kaktovik Village (aka Barter Island)
Village of Kalskag
Village of Kaltag
Native Village of Kanatak
Native Village of Karluk
Organized Village of Kasaan
Native Village of Kasigluk
Kenaitze Indian Tribe
Ketchikan Indian Corporation
Native Village of Kiana
Agdaagux Tribe of King Cove
King Island Native Community
Native Village of Kipnuk
Native Village of Kivalina
Klawock Cooperative Association
Native Village of Kluti Kaah (aka Copper Center)
Knik Tribe
Native Village of Kobuk
Kokhanok Village
Koliganek Village
Native Village of Kongiganak
Village of Kotlik
Native Village of Kotzebue
Native Village of Koyuk
Koyukuk Native Village
Organized Village of Kwethluk
Native Village of Kwigillingok
Native Village of Kwinhagak (aka Quinhagak)
Native Village of Larsen Bay
Levelock Village
Lesnoi Village (aka Woody Island)
Lime Village
Village of Lower Kalskag
Manley Hot Springs Village
Manokotak Village
Native Village of Marshall (aka Fortuna Ledge)
Native Village of Mary's Igloo
McGrath Native Village
Native Village of Mekoryuk
Mentasta Lake Village
Metlakatla Indian Community, Annette Island Reserve
Native Village of Minto
Native Village of Mountain Village
Naknek Native Village
Native Village of Nanwalek (aka English Bay)
Native Village of Napaimute
Native Village of Napakiak
Native Village of Napaskiak
Native Village of Nelson Lagoon
Nenana Native Association
New Stuyahok Village
Newhalen Village
Newtok Village
Native Village of Nightmute
Nikolai Village
Native Village of Nikolski
Ninilchik Village
Native Village of Noatak
Nome Eskimo Community
Nondalton Village
Noorvik Native Community
Northway Village
Native Village of Nuiqsut (aka Nooiksut)
Nulato Village
Native Village of Nunapitchuk
Village of Ohogamiut
Village of Old Harbor
Orutsararmuit Native Village (aka Bethel)
Oscarville Traditional Village
Native Village of Ouzinkie
Native Village of Paimiut
Pauloff Harbor Village
Pedro Bay Village
Native Village of Perryville
Petersburg Indian Association
Native Village of Pilot Point
Pilot Station Traditional Village
Native Village of Pitka's Point
Platinum Traditional Village
Native Village of Point Hope
Native Village of Point Lay
Native Village of Port Graham
Native Village of Port Heiden
Native Village of Port Lions
Portage Creek Village (aka Ohgsenakale)
Pribilof Islands Aleut Communities of St. Paul & St. George Islands
Qagan Toyagungin Tribe of Sand Point Village
Rampart Village
Village of Red Devil
Native Village of Ruby
Native Village of Russian Mission (Yukon)
Village of Salamatoff
Organized Village of Saxman
Native Village of Savoonga
Saint George (See Pribilof Islands Aleut Communities of St. Paul & St. George Islands)
Native Village of Saint Michael
Saint Paul (See Pribilof Islands Aleut Communities of St. Paul & St. George Islands)
Native Village of Scammon Bay
Native Village of Selawik
Seldovia Village Tribe
Shageluk Native Village
Native Village of Shaktoolik
Native Village of Sheldon's Point
Native Village of Shishmaref
Native Village of Shungnak
Sitka Tribe of Alaska
Skagway Village
Village of Sleetmute
Village of Solomon
South Naknek Village
Stebbins Community Association
Native Village of Stevens
Village of Stony River
Takotna Village
Native Village of Tanacross
Native Village of Tanana
Native Village of Tatitlek
Native Village of Tazlina
Telida Village
Native Village of Teller

Native Village of Tetlin
Central Council of the Tlingit & Haida Indian Tribes
Traditional Village of Togiak
Native Village of Toksook Bay
Tuluksak Native Community
Native Village of Tuntutuliak
Native Village of Tununak
Twin Hills Village
Native Village of Tyonek
Ugashik Village
Umkumiute Native Village
Native Village of Unalakleet
Qawalingin Tribe of Unalaska
Native Village of Unga
Village of Venetie (See Native Village of Venetie Tribal Government)
Native Village of Venetie Tribal Government (Arctic Village and Village of Venetie)
Village of Wainwright
Native Village of Wales
Native Village of White Mountain
Wrangell Cooperative Association
Yakutat Tlingit Tribe

Dated: November 4, 1996.

Ada E. Deer,

*Assistant Secretary—Indian Affairs.*

[FR Doc. 96-28935 Filed 11-12-96; 8:45 am]

BILLING CODE 4310-4J-P

## Bureau of Land Management

**[OR-958-1430-01; GP7-0007; OR-50856]**

## Public Land Order No. 7215; Withdrawal for the Pacific Ocean Coastline; Oregon; Correction

**AGENCY:** Bureau of Land Management, Interior.

**ACTION:** Correction.

**SUMMARY:** In Public Land Order No. 7215, 61 FR 47954-55, published September 11, 1996, as FR Doc. 96-23248, make the following correction:

On page 47954, the heading which reads "Proposed Withdrawal for the Pacific Ocean Coastline", is hereby corrected to read "Withdrawal for the Pacific Ocean Coastline, Oregon."

Robert D. DeViney, Jr.,

*Chief, Branch of Realty and Records Services, Oregon/Washington.*

[FR Doc. 96-28946 Filed 11-12-96; 8:45 am]

BILLING CODE 4310-33-P

## INTERNATIONAL TRADE COMMISSION

**[Investigation No. 731-TA-752 (Preliminary)]**

## Crawfish Tail Meat From China; Import Investigation

### Determination

On the basis of the record[1] developed in the subject investigation, the Commission determines, pursuant to section 733(a) of the Tariff Act of 1930 (19 U.S.C. § 1673b(a)), that there is a reasonable indication that an industry in the United States is materially injured by reason of imports from China of crawfish tail meat, provided for in subheadings 0306.19.00 and 0306.29.00 of the Harmonized Tariff Schedule of the United States, that are alleged to be sold in the United States at less than fair value (LTFV).

### Commencement of Final Phase Investigation

Pursuant to section 207.18 of the Commission's rules, as amended in 61 FR 37818 (July 22, 1996), the Commission also gives notice of the commencement of the final phase of its investigation. The Commission will issue a final phase notice of scheduling which will be published in the Federal Register as provided in section 207.21 of the Commission's rules upon notice from the Department of Commerce (Commerce) of an affirmative preliminary determination in the investigation under section 733(b) of the Act, or, if the preliminary determination is negative, upon notice of an affirmative final determination in that investigation under section 735(a) of the Act. Parties that filed entries of appearance in the preliminary phase of the investigation need not enter a separate appearance for the final phase of the investigation. Industrial users, and, if the merchandise under investigation is sold at the retail level, representative consumer organizations have the right to appear as parties in Commission antidumping and countervailing duty investigations. The Secretary will prepare a public service list containing the names and addresses of all persons, or their representatives, who are parties to the investigation.

### Background

On September 20, 1996, a petition was filed with the Commission and the Department of Commerce by the Crawfish Processors Alliance, Breaux Bridge, LA, alleging that an industry in the United States is materially injured by reason of LTFV imports of crawfish tail meat from China. Accordingly, effective September 20, 1996, the Commission instituted antidumping investigation No. 731-TA-752 (Preliminary).

Notice of the institution of the Commission's investigation and of a public conference to be held in connection therewith was given by posting copies of the notice in the Office of the Secretary, U.S. International Trade Commission, Washington, DC, and by publishing the notice in the Federal Register of September 27, 1996 (61 FR 50868). The conference was held in Washington, DC, on October 11, 1996, and all persons who requested the opportunity were permitted to appear in person or by counsel.

The Commission transmitted its determination in this investigation to the Secretary of Commerce on November 4, 1996. The views of the Commission are contained in USITC Publication 3002 (November 1996), entitled "Crawfish Tail Meat from China: Investigation No. 731-TA-752 (Preliminary)."

Issued: November 7, 1996.

By order of the Commission.

Donna R. Koehnke,

*Secretary.*

[FR Doc. 96-29053 Filed 11-12-96; 8:45 am]

BILLING CODE 7020-02-P

[1] The record is defined in sec. 207.2(f) of the Commission's Rules of Practice and Procedure (19 CFR § 207.2(f)).

**[Investigations Nos. 731-TA-753-756 (Preliminary)]**

## Cut-to-length Carbon Steel Plate From China, Russia, South Africa, and Ukraine; Antidumping Investigation

**AGENCY:** United States International Trade Commission.

**ACTION:** Institution of antidumping investigations and scheduling of preliminary phase investigations.

**SUMMARY:** The Commission hereby gives notice of the institution of investigations and commencement of preliminary phase antidumping Investigations Nos. 731-TA-753-756 (Preliminary) under section 733(a) of the Tariff Act of 1930 (19 U.S.C. 1673b(a)) (the Act) to determine whether there is a reasonable indication that an industry in the United States is materially injured or threatened with material injury, or the establishment of an industry in the United States is materially retarded, by reason of imports of cut-to-length carbon steel plate[1] from China, Russia,

[1] For the purpose of these investigations, cut-to-length carbon steel plate is defined as hot-rolled