IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-1383L |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Federal Defendants hereby give notice of a change in address for counsel Devon Lehman McCune in the above-captioned litigation. Effective immediately, the new address and contact information for Ms. McCune are as follows:

Devon Lehman McCune
U.S. Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1487
Telefax: 303-844-1350

The email address for Ms. McCune remains the same:

Devon.McCune@usdoj.gov.

Respectfully submitted this 30th day of August, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section

1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

OF COUNSEL:

Jason Roberts
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I filed the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 30th day of August, 2006.

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov