IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 02-1383L<br>Chief Judge Edward J. Damich |

**CONSENTED MOTION FOR EXTENSION OF TIME**

Pursuant to RCFC 6.1, Defendant hereby moves for an enlargement of time up to and including October 19, 2006, to respond to Plaintiff Samish Indian Nation's discovery requests. Defendant's discovery responses are currently due September 19, 2006. This is Defendant's first motion for an extension of time to respond to Plaintiff's discovery requests. In support of this motion, Defendant states as follows:

1. On July 21, 2006, this Court entered an order allowing Plaintiff limited discovery in the above-captioned matter. The Court's order directed Plaintiff to serve its requests within 30 days of the order, and Defendant to respond within 60 days.

2. The discovery requests seek information regarding six federal programs administered by: (1) the Department of the Interior; (2) the Department of Housing and Urban Development; (3) the Department of Agriculture; (4) the Department of Labor; and (5) the United States Department of Health and Human Services, which administers two separate programs relating to Plaintiff's discovery requests.

3. Plaintiff's discovery requests cover an extended time period, with some requests going back as far as 1969. Additional time is necessary for the agencies to

locate and search their files.

4. In addition, Plaintiff seeks information related to all federally-recognized Indian tribes, which requires the agencies to do extensive searches of their files.

5. Plaintiff's request consists not only of requests for admissions, but also interrogatories and requests for production of documents.

6. Accordingly, Defendant requires additional time to compile its responses to Plaintiff's requests for discovery.

7. The undersigned counsel consulted with Mr. Craig Dorsay, counsel for Plaintiff, who stated that he did not object to an extension of time.

8. If this extension is granted, Defendant also suggests that the deadline for the parties to file a joint status report with this Court be moved to November 20, 2006. It is currently scheduled for 90 days after the entry of the Court's order, or October 19, 2006. No other scheduling will be affected by an extension.

WHEREFORE, Defendant respectfully requests that this motion be GRANTED.

Submitted this 12th day of September, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

s/ *Devon Lehman McCune*

Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

OF COUNSEL:

Jason Roberts
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2006, I filed the foregoing **CONSENTED MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 12th day of September, 2006.

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov