**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 02-1383L<br>(Chief Judge Edward J. Damich) |

Parties' Joint Status Report

Pursuant to this Court's Order of July 21, 2006 as amended by the Order of September 18, the parties respectfully submit this joint status report.

In accord with the Court's Order of July 21, Plaintiff served its discovery request on Defendant on July 26, 2006. This included requests for admission, interrogatories and requests for production of documents. On October 19 and November 1, Defendant served its responses to those discovery requests.

Defendant's responses include a series of objections to Plaintiff's discovery. Plaintiff has proposed to Defendant that the parties undertake to try and resolve those discovery disputes informally, and Defendant has expressed a willingness to explore this.

The parties propose that they be allowed a period of 60 days to try to resolve the discovery disputes, and submit to the Court on or before January 19, 2007, a report on the progress of that effort.

Dated: November 20, 2006

Respectfully submitted,

Craig J. Dorsay, Esq. by Anne D. Noto
Attorney at Law
1 S.W. Columbia, Suite 440
Portland, Oregon 97258
Telephone: (503) 790-9060
Facsimile: (503) 790-9068

*Counsel of Record for Plaintiff*
*Samish Indian Nation*

Devon Lehman McCune, by Anne D. Noto as authorized
United States Department of Justice
Natural Resources Section
1961 Stout Street, 8th Floor
Denver CO 80294
Telephone: (303) 844-1487
Facsimile: (303) 844-1350

*Counsel of Record for Defendant*

Of Counsel to the Samish Indian Nation:

William R. Perry, Esq.
Anne D. Noto, Esq.
Sonosky, Chambers, Sachse, Endreson & Perry, LLP
1425 K Street, N.W. Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240
Facsimile: (202) 682-0249