**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 02-1383L<br>(Chief Judge Edward J. Damich)<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that effective immediately the new mailing address for Craig J. Dorsay, attorney for the Samish Indian Nation, is 1 SW Columbia Street, Suite 440, Portland, Oregon 97258. The phone number remains the same (503-790-9060), and the new fax number is 503-790-9068. Craig Dorsay's new e-mail address is craig@dorsayindianlaw.com. All papers and pleadings herein, except original process, should continue to be served upon Craig J. Dorsay through the Clerk of the Court using the CM/ECF filing system at the e-mail address stated below.

DATED this 22[st] day of November, 2006.

s/ Craig J. Dorsay
Craig J. Dorsay, WSB No. 9245
Attorney for Samish Indian Nation
1 SW Columbia Street, Ste. 440, Portland, OR 97258
Phone: 503-790-9060
Fax: 503-790-9068
craig@dorsayindianlaw.com

Of Counsel:
William R. Perry, Esq.
Anne D. Noto, Esq.
Sonosky, Chambers, Sachse, Endreson & Perry LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240
Facsimile: (202) 682-0249
wperry@sonosky.com, anoto@sonosky.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2006, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties registered in the CM/ECF system for this matter.

DATED: November 22, 2006.

s/ Craig J. Dorsay

Craig J. Dorsay, Esq.
Attorney at Law
1 SW Columbia, Ste. 440
Portland, Oregon 97258
Telephone: (503) 790-9060
Facsimile: (503) 790-9068