# In the United States Court of Federal Claims

No. 02-1383 L

(Filed: November 22, 2006)

| | |
|---|---|
| ************************************ | |
| | * |
| **SAMISH INDIAN NATION**, a federally recognized Indian Tribe, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

The Court has received the parties' November 20, 2006 joint status report. It is hereby ORDERED that the parties have until January 8, 2007, to resolve any outstanding discovery disputes. It is also further ORDERED that the parties will file, no later than January 8, 2007, a joint status report describing, with particularity, any discovery disputes that remain, or in the absence of any discovery disputes, how the parties propose to conduct further proceedings.

A joint telephonic status conference shall be held on **January 17, 2007 at 2 PM** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

_______________________________
EDWARD J. DAMICH
Chief Judge