**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | Case No. 02-1383L |
| Plaintiff, | ) | (Chief Judge Edward J. Damich) |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

EXHIBIT 3 TO

PARTIES' JOINT STATUS REPORT

January 8, 2007

LAW OFFICES
SONOSKY, CHAMBERS, SACHSE,
ENDRESON & PERRY, LLP
1425 K STREET, NW, SUITE 600
WASHINGTON, DC 20005
TEL (202) 682-0240 | FAX (202) 682-0249
WWW.SONOSKY.COM

MARVIN J. SONOSKY (1909-1997)
HARRY R. SACHSE
REID PEYTON CHAMBERS
WILLIAM R. PERRY
LLOYD BENTON MILLER
DOUGLAS B. L. ENDRESON
DONALD J. SIMON
MYRA M. MUNSON (AK)*
ANNE D. NOTO
MARY J. PAVEL
DAVID C. MIELKE
JAMES E. GLAZE
GARY F. BROWNELL (NM)*
COLIN C. HAMPSON
JAMES T. MEGGESTO
DOUGLAS W. WOLF

MARISSA K. FLANNERY (AK)*
MELANIE B. OSBORNE (AK)*
VANESSA L. RAY-HODGE
WILLIAM F. STEPHENS
ADDIE C. ROLNICK
JENNIFER J. THOMAS (CA)*
KATHERINE E. MORGAN (NE)*
CAROLE A. HOLLEY (AK)*

OF COUNSEL
ARTHUR LAZARUS, JR.
ROGER W. DUBROCK (AK)*
KAY E. MAASEN GOUWENS (AK)*
MATTHEW S. JAFFE
RICHARD D. MONKMAN (AK)*
AARON M. SCHUTT (AK)*

*NOT ADMITTED IN DC

December 15, 2006

**By Email - Original by Mail**

Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294

Re: *Samish Indian Nation v. United States*, No. 02-1383 (Fed. Cl.)

Dear Ms. McCune:

On November 15, we discussed with you our proposal that the parties undertake to try and resolve discovery disputes informally by scheduling times when we could meet with you and the appropriate government officials to talk about our discovery requests. We further proposed that, in the interests of facilitating resolution of these issues, we focus on only TPA and IHS funding, and defer matters relating to all other programs. At that time, you expressed a willingness to explore this and said you would confer with your clients.

A month has now passed and we have not heard from you – other than your email of December 8 reporting only that you have been having discussions with your clients and hoped to have more information for us this week.

This week has come and gone with no further response from you. Given the Court's order, if we are going to make any progress towards resolving our disputes on the discovery, the Government needs to act. Is the Government willing to schedule meetings or conference calls at

which we can talk with you and appropriate Government officials about our discovery requests regarding TPA and IHS funding? If so, the Government needs to advise us as soon as possible of the names of the officials who would be available for such discussions, as well as possible dates when these discussions or meetings might occur.

Sincerely,

William R. Perry
Anne D. Noto

cc: Craig Dorsay, Esq.