# In the United States Court of Federal Claims

No. 02-1383 L

(Filed: January 18, 2007)

| | |
|---|---|
| **SAMISH INDIAN NATION**, a federally recognized Indian Tribe, | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

As discussed at the telephonic status conference held on January 17, 2007, the Court hereby Orders that:

1. On or before **February 5, 2007**, Defendant shall file a supplemental brief on its Motion to Dismiss, filed on March 22, 2006, identifying which issues in the motion are purely legal issues and, therefore, do not require further discovery. Plaintiff shall file its Response to Defendant's supplemental brief on or before **February 26, 2007**.

2. On or before **February 20, 2007**, Plaintiff shall file its Motion to Compel Discovery. Defendant's Response and Plaintiff's Reply thereto shall be filed in accordance with the Court's Rules.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge