**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 02-1383L<br>Chief Judge Edward J. Damich<br><br>MOTION TO MODIFY SCHEDULING ORDER |

Comes now the Samish Indian Nation by and through undersigned counsel, and moves the Court to modify its Scheduling Order of January 18, 2007, by deleting the February 20, 2007 deadline for filing of the Tribe's Motion to Compel Discovery. For the reasons set forth below, the Samish Tribe believes that judicial efficiency will best be served by deferring the filing date for a motion to compel to a later date, after the Court has reviewed the United States' Supplemental Brief and the Samish Tribe's Response to that Brief.

The United States on February 5, 2007, filed a Supplemental Brief addressing a number of issues, including identifying that it believes all the issues in its Motion to Dismiss are purely legal issues or can be dealt with as purely legal issues, and therefore do not require further discovery. The Samish Indian Nation believes that it can, in light of the United States' Supplemental Brief, address issues of discovery in its response to this Supplemental Brief. The Samish Tribe's response brief is due on February 26, 2007, six days after its Motion to Compel Discovery is due under the Court's current Scheduling Order.

Plaintiff believes it can file one comprehensive brief on February 26, 2006, responding to the United States' Supplemental Brief, addressing the issue of discovery, whether a motion to compel discovery is necessary or not, why a factual record is necessary and appropriate, what kind of factual record would be appropriate, and how the remaining issues in this case should be addressed. The Samish Tribe strongly believes that it would be appropriate for the Court to defer consideration of a Motion to Compel Discovery until after the Court has reviewed this response and the United States' Supplemental Brief. The Tribe intends to put forward a proposal for addressing the remaining issues as a comprehensive package so that any discovery that may be necessary can be streamlined and can occur as a package and not on a piecemeal basis. The guidance of the Court and its response to the briefing to be completed on February 26, 2007 should assist a more efficient discovery process if one is necessary.

Therefore the Samish Indian Nation asks that the Court modify its Scheduling Order of January 18, 2007 to postpone the current due date of February 20, 2007 for Plaintiff to file its Motion to Compel Discovery, subject to reinstatement at a later time should the Court permit and find appropriate.

///

///

///

///

///

///

///

Undersigned counsel contacted counsel for the United States to ascertain their position on this motion, and they do not object.

Dated this 9th day of February, 2007.

s/ Craig J. Dorsay
Craig J. Dorsay, Esq.
Attorney at Law
1 S.W. Columbia, Suite 440
Portland, Oregon 97258
Telephone: (503) 790-9060
Facsimile: (503) 790-9068

*Counsel of Record for Plaintiff*
*Samish Indian Nation*

Of Counsel:

William R. Perry, Esq.
Anne D. Noto, Esq.
Sonosky, Chambers, Sachse, Endreson & Perry
1425 K Street, NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240
Facsimile: (202) 682-0249

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2007, I electronically filed the foregoing **MOTION TO MODIFY SCHEDULING ORDER** with the Clerk of Court, using the CM/ECF System which will send notification of such filing to all parties registered in the CM/ECF system for this matter.

DATED: February 9, 2007.

s/ Craig J. Dorsay
*Counsel of Record for Plaintiff*
*Samish Indian Nation*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 02-1383L<br>Chief Judge Edward J. Damich<br><br>(PROPOSED) ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER |

Based on the Motion to Modify Scheduling Order filed by the Samish Indian Nation and being fully advised in the premises, the Court hereby Orders that its Order of January 18, 2007, be modified to defer the current deadline of February 20, 2007 for the Samish Indian Nation to file its Motion to Compel Discovery, until further order of the Court.

ORDERED this ____ day of February, 2007.

______________________________
Honorable Edward J. Damich
Chief Judge

Presented by:

s/ Craig J. Dorsay
Craig J. Dorsay, Esq.
Attorney at Law
1 S.W. Columbia, Suite 440
Portland, Oregon 97258
Telephone: (503) 790-9060
Facsimile: (503) 790-9068

*Counsel of Record for Plaintiff*
*Samish Indian Nation*

Of Counsel:

William R. Perry, Esq.
Anne D. Noto, Esq.
Sonosky, Chambers, Sachse, Endreson & Perry
1425 K Street, NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240
Facsimile: (202) 682-0249