**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SAMISH INDIAN NATION, a federally recognized Indian tribe,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 02-1383L
Chief Judge Edward J. Damich

(PROPOSED) ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

Based on the Motion to Modify Scheduling Order filed by the Samish Indian Nation and being fully advised in the premises, the Court hereby Orders that its Order of January 18, 2007, be modified to defer the current deadline of February 20, 2007 for the Samish Indian Nation to file its Motion to Compel Discovery, until further order of the Court.

ORDERED this ____ day of February, 2007.

______________________________
Honorable Edward J. Damich
Chief Judge

Presented by:

s/ Craig J. Dorsay
Craig J. Dorsay, Esq.
Attorney at Law
1 S.W. Columbia, Suite 440
Portland, Oregon 97258
Telephone: (503) 790-9060
Facsimile: (503) 790-9068

*Counsel of Record for Plaintiff*
*Samish Indian Nation*

Of Counsel:

William R. Perry, Esq.
Anne D. Noto, Esq.
Sonosky, Chambers, Sachse, Endreson & Perry
1425 K Street, NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240
Facsimile: (202) 682-0249