# In the United States Court of Federal Claims

No. 02-1383 L

(Filed: February 16, 2007)

| | |
|---|---|
| **SAMISH INDIAN NATION**, a federally recognized Indian Tribe, | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

On February 9, 2007, Plaintiff filed a Motion to Modify the Court's Scheduling Order of January 18, 2007. The Court had ordered that supplemental briefing on Defendant's Motion to Dismiss be completed by February 26, 2007, and also ordered Plaintiff to file its contemplated Motion to Compel Discovery on or before February 20, 2007. Instead of filing the Motion to Compel Discovery, Plaintiff now seeks to file "one comprehensive brief" on February 26, 2007, in response to Defendant's supplemental brief, which was filed on February 5, 2007. The brief would address, *inter alia*, whether Plaintiff still believes that a motion to compel is necessary. Defendant has since informed the Court that it does not oppose Plaintiff's motion.

Plaintiff's motion is hereby GRANTED. The Scheduling Order is modified to allow Plaintiff to file a "comprehensive" supplemental brief in response to Defendant's Supplemental Brief on or before **February 26, 2007**. Accordingly, the deadline for Plaintiff to file its Motion to Compel Discovery is hereby terminated, subject to rescheduling at a later time should the Court deem it appropriate.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge