# Attachment C

To Declaration of James H. McDivitt
*Samish Indian Nation v. United States*, No. 02-1383L

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| Absentee-Shawnee Tribe of Indians of Oklahoma | | Absentee-Shawnee | | 759.2 | | All TPA in Tribe's name under Self Governance |
| Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indians Reservation, California | | Agua Caliente | | 64.8 | | TPA funding under Tribe's name and Palm Springs Field Office |
| Ak Chin Indian Community of Papago Indians of the Maricopa, Ak Chin Reservation, Arizonia | | Ak Chin | | 235.7 | | Most TPA funding under Tribe's name, some likely in Pima Agency |
| Alabama and Coushatta Tribes of Texas | | Alabama Coushatta | | 660.4 | | Most TPA funding under Tribe's name. |
| Alabama and Quassarte Tribal Town of the Creek Nation of Oklahoma | | Alabama Quassarte | | 130.0 | | Most TPA funding under Tribe's name. |
| Alturas Indian Rancheria of Pit River Indians of California | | Alturas | | 29.4 | | ICWA funding under Tribe's name, Tribe's remainder in Northern California Agency |
| Apache Tribe of Oklahoma | | Apache | | 207.6 | | Most TPA funding under Tribe's name, some likely in Anadarko Agency |
| Arapahoe Tribe of the Wind River Reservation, Wyoming | | Wind River Agency | | 3,924.8 | | Tribe's TPA funding is in Wind River Agency shared with Shoshone of Wind River |
| Aroostook Tribe of Micmac Indians of Maine | | Aroostook Micmac | | 511.8 | | Most TPA funding under Tribe's name. |
| Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Montana | | Fort Peck Agency | | 4,776.9 | | Tribe's TPA funding under Ft. Peck Agency (single tribe agency) |
| Augustine Band of Cahuilla Mission Indians of the Augustine Reservation, California | | Augustine | | 29.4 | | Aid to Tribal Gov. funding under Tribe's name, Tribe's remainder in Southern California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin | | Bad River | | 428.9 | | Most TPA funding under Tribe's name, some likely in Great Lakes Agency |
| Bay Mills Indian Community of the Sault Ste. Marie Band of Chippewa Indians, Bay Mills Reservation, Michigan | | Bay Mills | | 771.6 | | Most TPA funding under Tribe's name, some likely in Michigan Agency |
| Bear River Band of the Rohnerville Rancheria of California | | Rohnerville | | 219.2 | | Most TPA funding under Tribe's name, some likely in Northern California Agency |
| Berry Creek Rancheria Of Maidu Indians of California | | Berry Creek | | 91.9 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Big Lagoon Rancheria of Smith River Indians of California | | Big Lagoon | | 29.4 | | ICWA funding under Tribe's name, Tribe's remainder in Northern California Agency |
| Big Pine Band of Owens Valley Paiute Shoshone Indians of the Big Pine Reservation, California | | Big Pine | | 114.1 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Big Sandy Rancheria of Mono Indians of California | | Big Sandy | | 83.6 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Big Valley Rancheria of Pomo and Pit River Indians of California | | Big Valley | | 195.9 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Blackfeet Tribe of the Blackfeet Indian Reservation of Montana | | Blackfeet Agency | | 4,513.6 | | Tribe's TPA funding under Blackfeet Agency (single tribe agency) |
| Blue Lake Rancheria of California | | Blue Lake | | 219.5 | | Most TPA funding under Tribe's name, some likely in Northern California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Bridgeport Paiute Indian Colony of California | | Bridgeport Paiute | | 70.0 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Buena Vista Rancheria of Me-Wuk Indians of California | | Buena Vista | | 138.1 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Burns Paiute Tribe of the Burns Paiute Indian Colony of Oregon | | Burns Paiute | | 331.0 | | Most TPA funding under Tribe's name, some likely in Warm Springs Agency |
| Cabazon Band of Cahuilla Mission Indians of the Cabazon Reservation, California | | Cabazon | | 51.3 | | All TPA in Tribe's name under Self Governance |
| Cachil DeHe Band of Wintun Indians of the Colusa Indian Community of the Colusa Rancheria, California | | Colusa | | 73.6 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Caddo Indian Tribe of Oklahoma | | Caddo | | 305.3 | | Most TPA funding under Tribe's name, some likely in Anadarko Agency |
| Cahuilla Band of Mission Indians of the Cahuilla Reservation, California | | Cahuilla | | 29.4 | | Some TPA funding in Tribe's name, some likely in Southern California Agency |
| Cahto Indian Tribe of the Laytonville Rancheria, California | | Cahto | | 133.4 | | Most TPA funding in Tribe's name, some likely in Central California Agency |
| Campo Band of Diegueno Mission Indians of the Campo Indian Reservation, California | | Campo | | 36.7 | | ICWA and JOM funding in Tribe's name, Tribe's remainder in Southern California Agency |
| Capitan Grande Band of Diegueno Mission Indians of California | | Capitan Grande | | 29.4 | | ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Barona Group of Capitan Grande Band of Mission Indians of the Barona Reservation, California | Barona | 29.4 | ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Viejas (Baron Long) Group of the Capitan Grande Band of Mission Indians of the Viejas Reservation, California | Viejas | 29.4 | ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Catawba Tribe of South Carolina | Catawba | 1,482.0 | Most TPA funding under Tribe's name |
| Cayuga Nation of New York | Cayuga | 78.6 | Most TPA funding under Tribe's name |
| Cedarville Rancheria of Northern Paiute Indians of California | Cedarville | 29.4 | ICWA funding under Tribe's name, Tribe's remainder in Northern California Agency |
| Chemehuevi Indian Tribe of Chemehuevi Reservation, California | Chemehuevi | 182.0 | Most TPA funding under Tribe's name, some likely in Colorado River Agency |
| Cher-Ae Heights Indian Community of the Trinidad Rancheria, Calfornia | Trinidad | 34.3 | ICWA and JOM funding under Tribe's name, Tribe's remainder in Northern California Agency |
| Cherokee Nation of Oklahoma | Cherokee Nation | 8,475.2 | All TPA in Tribe's name under Self Governance |
| Cheyenne-Arapaho Tribes of Oklahoma | Cheyenne Arapaho | 1,750.7 | Most TPA funding under Tribe's name |
| Cheyenne River Souix Tribe of the Cheyenne River Reservation, South Dakota | Cheyenne River | 5,414.5 | Most TPA funding under Tribe's name or Agency (they are the same name) |
| Chickasaw Nation of Oklahoma | Chickasaw | 2,869.7 | All TPA in Tribe's name under Self Governance |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Chicken Ranch Rancheria of Me-Wuk Indians of California | | Chicken Ranch | | 187.1 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Chippewa-Cree Indians of the Rocky Boy's Reservation, Montana | | Chippewa-Cree | | 2,844.6 | | All TPA in Tribe's name under Self Governance |
| Chitimacha Tribe of Louisiana | | Chitimacha | | 682.5 | | Most TPA funding under Tribe's name |
| Choctaw Nation of Oklahoma | | Choctaw | | 4,008.2 | | All TPA in Tribe's name under Self Governance |
| Citizen Potawatomi Nation, Oklahoma | | Citizens Band Potawatomi | | 855.8 | | Most TPA funding under Tribe's name |
| Cloverdale Rancheria of Pomo Indians of California | | Cloverdale | | 191.1 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Coast Indian Community of Yurok Indians of the Resighini Rancheria, California | | Resighini | | 29.4 | | ICWA funding under Tribe's name, Tribe's remainder in Northern California Agency |
| Cocopah Tribe of Arizonia | | Cocopah | | 502.6 | | Most TPA funding under Tribe's name |
| Coeur D'Alene Tribe of the Coeur D'Alene Reservation, Idaho | | Coeur D'Alene | | 1,555.9 | | Most TPA funding under Tribe's name |
| Cold Springs Rancheria of Mono Indians of California | | Cold Springs | | 88.6 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Colorado River Indian Tribes of the Colorado Indian Reservation, Arizona and California | | Colorado River Tribe | | 1,649.6 | | Most TPA funding under Tribe's name, some likely in Colorado River Agency |
| Comanche Indian Tribe, Oklahoma | | Comanche | | 1,140.9 | | Most TPA funding under Tribe's name, some likely in Anadarko Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Confederated Salish and Kootenai Tribes of the Flathead Reservation, Montana | Confederated Salish Kootenai | 5,726.3 | All TPA in Tribe's name under Self Governance |
| Confederated Tribes of the Chehalis Reservation, Washington | Chehalis | 489.1 | Most TPA funding under Tribe's name, some likely in Olympic Penninsula Agency |
| Confederated Tribes of the Colville Reservation, Washington | Colville Agency | 7,421.2 | Tribe's TPA funding in Colville Agency (single tribe agency) |
| Confederated Tribes of the Coos, Lower Umpqua and Siuslaw Indians of Oregon | Coos, Umpqua and Siuslaw | 584.2 | Most TPA funding under Tribe's name, some likely in Siletz Agency |
| Confederated Tribes of the Goshute Reservation, Nevada and Utah | Goshute | 274.3 | Most TPA funding under Tribe's name, some likely in Eastern Nevada Agency |
| Confederated Tribes of the Grand Ronde Community of Oregon | Grand Ronde | 1,250.4 | All TPA in Tribe's name under Self Governance |
| Confederated Tribes of the Siletz Reservation, Oregon | Siletz Tribe | 1,626.6 | All TPA in Tribe's name under Self Governance |
| Confederated Tribes of the Umatilla Reservation, Oregon | Umatilla Agency | 3,020.0 | Tribe's TPA funding in Umatilla Agency (single tribe agency) |
| Confederated Tribes of the Warm Springs Reservation of Oregon | Warm Springs Agency | 3,824.4 | Most TPA funding in Warm Springs Agency |
| Confederated Tribes of the Yakama Indian Nation of the Yakama Reservation, Washington | Yakama Agency | 7,022.9 | Tribe's TPA funding in Yakama Agency |
| Coquille Tribe of Oregon | Coquille | 747.2 | Most TPA funding under Tribe's name, some likely in Siletz Agency |
| Cortina Indian Rancheria of Wintun Indians of California | Cortina | 81.6 | Most TPA funding under Tribe's name, some likely in Central California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Coushatta Tribe of Louisana | Coushatta | 352.5 | Most TPA funding under Tribe's name |
| Cow Creek Band of Umpqua Indians of Oregon | Cow Creek | 405.9 | Most TPA funding under Tribe's name, some likely in Siletz Agency |
| Coyote Valley Band of Pomo Indians of California | Coyote Valley | 97.2 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Crow Tribe of Montana | Crow Agency | 4,594.7 | Tribe's TPA funding in Crow Agency (single tribe agency) |
| Crow Creek Souix Tribe of the Crow Creek Reservation, South Dakota | Crow Creek | 2,118.8 | Tribe's TPA funding under Tribe's name or Agency (they are the same name) |
| Cuyapaipe Community of Diegueno Mission Indians of the Cuyapaipe Reservation, California | Cuyapaipe | 29.4 | ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Death Valley Timbi-Sha Shoshone Band of California | Death Valley Timbi-Sha Shoshone | 80.0 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Delaware Tribe of Indians, Oklahoma | Cherokee Tribe | | Tribe's TPA services are provided through Cherokee Nation's self governance compact |
| Delaware Tribe of Western Oklahoma | Delaware Tribe | 135.0 | Most TPA funding under Tribe's name, some likely in Anadarko Agency |
| Devils Lake Souix Tribe of the Devils Lake Souix Reservation, South Dakota | Fort Totten | 2,168.3 | Tribe's TPA funding is under Ft. Totten Agency |
| Dry Creek Rancheria of Pomo Indians of California | Dry Creek | 78.8 | Most TPA funding under Tribe's name, some likely in Central California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Duckwater Shoshone Tribe of the Duckwater Reservation, Nevada | Duckwater | 512.0 | All TPA in Tribe's name under Self Governance |
| Eastern Band of Cherokee Indians of North Carolina | Cherokee Tribe | 565.8 | Most TPA funding under Tribe's name and Agency of the same name. |
| Eastern Shawnee Tribe of Oklahoma | Eastern Shawnee | 179.0 | All TPA in Tribe's name under Self Governance |
| Elem Indian Colony of Pomo Indians of the Sulfur Bank Rancheria, California | Elem | 83.7 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Elk Valley Rancheria of California | Elk Valley | 131.7 | Most TPA funding under Tribe's name, some likely in Northern California Agency |
| Ely Shoshone Tribe of Nevada | Ely | 441.5 | All TPA in Tribe's name under Self Governance |
| Enterprise Rancheria of Maidu Indians of California | Enterprise | 98.4 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Flandreau Santee Souix Tribe of South Dakota | Flandreau | 325.3 | Most TPA funding under Tribe's name |
| Forest County Potawatomi Community of Wisconsin Potawatomi Indians, Wisconsin | Forest County Potawatomi | 158.3 | Most TPA funding under Tribe's name, some likely in Great Lakes Agency |
| Fort Belknap Indian Community of the Fort Belknap Reservation of Montana | Fort Belknap Agency | 3,437.7 | Tribe's TPA funding is in Fort Belknap Agency (single tribe agency) |
| Fort Bidwell Indian Community of Paiute Indians of the Fort Bidwell Reservation, California | Fort Bidwell | 31.3 | ICWAand JOM funding under Tribe's name, Tribe's remainder in Northern California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Fort Independence Indian Community of Paiute Indians of the Fort Independence Reservation, California | Fort Independence | 79.2 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Fort McDermitt Paiute and Shoshone Tribes of the Fort McDermitt Reservation, Nevada | Fort McDermitt | 207.0 | Some TPA funding under Tribe's name, some likely in Western Nevada Agency |
| Fort McDowell Mohave-Apache Indian Community of Fort McDowell Reservation, Arizona | Fort McDowell | 452.5 | Most TPA funding under Tribe's name |
| Fort Mojave Indian Tribe of Arizona, California and Nevada | Fort Mohave | 827.7 | Most TPA funding under Tribe's name |
| Fort Sill Apache Tribe of Oklahoma | Fort Sill Apache | 206.1 | Most TPA funding under Tribe's name, some likely in Anadarko Agency |
| Gila River Pima-Maricopa Indian Community of the Gila River Reservation of Arizona | Gila River | 1,915.5 | Most TPA funding under Tribe's name, some likely in Pima Agency |
| Grand Traverse Band of Ottawa and Chippewa Indians of Michigan | Grand Traverse | 1,405.4 | All TPA in Tribe's name under Self Governance |
| Greenville Rancheria of Maidu Indians of California | Greenville | 195.4 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Grindstone Indian Rancheria of Wintun-Wailaki Indians of California | Grindstone | 79.9 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Guidiville Rancheria of California | Guidiville | 114.1 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Hannahville Indian Community of Wisconsin Potawatomie Indians of Michigan | Hannahville | 548.9 | Most TPA funding under Tribe's name, some likely in Michigan Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Havasupai Tribe of the Havasupai Reservation, Arizona | Havasupai | 212.8 | JOM under Tribe's name, Tribe's remainder in Truxton Canyon Agency |
| Ho-Chunk Nation of Wisconsin (formerly known as the Wisconsin Winnebago Tribe) | Ho-Chunk Nation | 519.7 | Most TPA funding under Tribe's name, some likely in Great Lakes Agency |
| Hoh Indian Tribe of the Hoh Reservation, Washington | Hoh | 145.9 | Some TPA funding under Tribe's name, Tribe's remainder in Olympic Penninsula Agency |
| Hoopa Valley Tribe of the Hoopa Valley Reservation, California | Hoopa Valley | 2,717.9 | All TPA in Tribe's name under Self Governance |
| Hopi Tribe of Arizona | Hopi Tribe | 2,516.9 | TPA funding split between Tribe's name and Hopi Agency (single tribe agency) |
| Hopland Band of Pomo Indians of the Hopland Rancheria, California | Hopland | 110.4 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Houlton Band of Maliseet Indians of Maine | Maliseet | 338.4 | Most TPA funding under Tribe's name |
| Hualapai Indian Tribe of Hualapai Reservation, Arizona | Hualapai | 533.2 | Most TPA funding under Tribe's name, remainder in Truxton Canyon Agency |
| Huron Potawatomi, Inc. Michigan | Huron Potawatomi | 160.0 | Most TPA funding under Tribe's name, some likely in Michigan Agency |
| Inaja Band of Diegueno Mission Indians of the Inaja and Cosmit Reservation, California | Inaja | 29.4 | ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Ione Band of Miwok Indians of California | Ione Miwok | 160.0 | Most TPA funding under Tribe's name |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Iowa Tribe of Kansas and Nebraska | | Iowa of Kansas | | 106.2 | | Most TPA funding under Tribe's name |
| Iowa Tribe of Oklahoma | | Iowa of Oklahoma | | 359.6 | | Most TPA funding under Tribe's name |
| Jackson Rancheria of Me-Wuk Indians of California | | Jackson | | 69.7 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Jamestown Klallam Tribe of Washington | | Jamestown Klallam | | 1,169.4 | | All TPA in Tribe's name under Self Governance |
| Jamul Indian Village of California | | Jamul | | 29.4 | | Mostly ICWA funding in Tribe's name, Tribe's remainder in Southern California Agency |
| Jena Band of Choctaw Indians, Louisana | | Jena Choctaw | | 160.0 | | Most TPA funding under Tribe's name |
| Jicarilla Apache Tribe of the Jicarilla Apache Indian Reservation, New Mexico | | Jicarilla Agency | | 2,304.8 | | Most TPA funding is in Jicarilla Agency (single tribe agency) |
| Kaibab Band of Paiute Indians of the Kaibab Indian Reservation, Arizona | | Kaibab Paiute | | 137.1 | | Most TPA funding under Tribe's name |
| Kalispel Indian Community of the Kalispel Reservation, Washington | | Kalispel | | 407.0 | | Most TPA funding under Tribe's name, some likely in Spokane Agency |
| Karuk Tribe of California | | Karuk | | 570.0 | | All TPA in Tribe's name under Self Governance |
| Kashia Band of Pomo Indians of the Stewarts Point Rancheria, California | | Stewarts Point | | 86.7 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Kaw Nation, Oklahoma | | Kaw | | 629.2 | | All TPA in Tribe's name under Self Governance |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Keweenaw Bay Indian Community of L'Anse and Ontonagon Bands of Chippewa Indians of the L'Anse Reservation, Michigan | | Keweenaw Bay | | 786.1 | | Most TPA funding under Tribe's name, some likely in Michigan Agency |
| Kialegee Tribal Town of the Creek Indian Nation of Oklahoma | | Kialegee | | 130.0 | | Most TPA funding under Tribe's name |
| Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas | | Kickapoo of Kanass | | 448.0 | | Most TPA funding under Tribe's name |
| Kickapoo Tribe of Oklahoma | | Kickapoo of Oklahoma | | 335.7 | | All TPA in Tribe's name under Self Governance |
| Kickapoo Traditional Tribe of Texas | | Kickapoo of Texas | | 309.2 | | Most TPA funding under Tribe's name |
| Kiowa Indian Tribe of Oklahoma | | Kiowa | | 1,356.1 | | Most TPA funding under Tribe's name, some likely in Anadarko Agency |
| Klamath Indian Tribe of Oregon | | Klamath | | 2,408.7 | | Most TPA funding under Tribe's name, some likely in Warm Springs Agency |
| Kootenai Tribe of Idaho | | Kootenai | | 324.2 | | All TPA in Tribe's name under Self Governance |
| La Jolla Band of Luiseno Mission Indians of the La Jolla Reservation, California | | La Jolla | | 55.3 | | ICWA and JOM funding in Tribe's name, Tribe's remainder in Southern California Agency |
| La Posta Band of Diegueno Mission Indians of the La Posta Reservation, California | | La Posta | | 29.4 | | Some TPA funding in Tribe's name, some likely in Southern California Agency |
| Lac Courte Oreilles Band of Lake Superior Chippewa Indians of the Lac Courte Oreilles Reservation of Wisconsin | | Lac Courte Oreilles | | 478.3 | | Most TPA funding under Tribe's name, some likely in Great Lakes Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin | | Lac du Flambeau | | 592.6 | | Most TPA funding under Tribe's name, some likely in Great Lakes Agency |
| Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan | | Lac Vieux Desert | | 462.8 | | Most TPA funding under Tribe's name, some likely in Michigan Agency |
| Las Vegas Tribe of Paiute Indians of the Las Vegas Colony, Nevada | | Las Vegas Paiute | | 144.2 | | Most TPA funding under Tribe's name |
| Little River Band of Ottowa Indians of Michigan | | Little River | | 661.5 | | Most TPA funding under Tribe's name, some likely in Michigan Agency |
| Little Traverse Bay Band of Odawa Indians of Michigan | | Little Traverse | | 1,218.1 | | Most TPA funding under Tribe's name, some likely in Michigan Agency |
| Los Coyotes Band of Cahuilla Mission Indians of the Los Cayotes Reservation, California | | Los Coyote | | 29.4 | | ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Lovelock Paiute Tribe of the Lovelock Indian Colony, Nevada | | Lovelock | | 128.1 | | Some TPA funding under Tribe's name, some likely in Western Nevada Agency |
| Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota | | Lower Brule | | 1,714.7 | | Tribe's TPA funding under Tribe's name or Agency (they are the same name) |
| Lower Elwha Tribal Community of the Lower Elwha Reservation, Washington | | Lower Elwha | | 1,294.9 | | All TPA in Tribe's name under Self Governance |
| Lower Sioux Indian Community of Minnesota Mdewakanton Souix Indians of the Lower Souix Reservation in Minnesota | | Lower Sioux | | 81.2 | | Most TPA funding under Tribe's name |
| Lummi Tribe of the Lummi Reservation, Washington | | Lummi | | 3,838.5 | | All TPA in Tribe's name under Self Governance |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Lytton Rancheria of California | Lytton | 81.6 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Makah Indian Tribe of Makah Indian Reservation, Washington | Makah | 3,024.1 | All TPA in Tribe's name under Self Governance |
| Manchester Band of Pomo Indians of the Manchester-Point Arena Rancheria, California | Manchester | 91.0 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Manzanita Band of Diegueno Mission Indians of the Manzanita Reservation, California | Manzanita | 32.0 | ICWA and JOM funding in Tribe's name, Tribe's remainder in Southern California Agency |
| Mashantucket Pequot Tribe of Connecticut | Pequot | 408.6 | Most TPA funding under Tribe's name |
| Mechoopa Indian Tribe of Chico Rancheria, California | Choopda (Chico Rancheria) | 81.4 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Menominee Indian Tribe of Wisconsin | Menominee | 3,858.7 | Most TPA funding under Tribe's name |
| Mesa Grande Band of Diegueno Mission Indians of the Mesa Grande Reservation, California | Mesa Grande | 46.6 | ICWA and Aid to Tribal Gov. funding in Tribe's name, Tribe's remainder in Southern California Agency |
| Mescalero Apache Tribe of the Mescalero Reservation, New Mexico | Mescalero Agency | 3,090.8 | Most TPA funding is in Mescalero Agency (single tribe agency) |
| Miami Tribe of Oklahoma | Miami Tribe | 84.3 | Most TPA funding under Tribe's name, some likely in Miami Agency |
| Miccosukee Tribe of Indians of Florida | Miccosukee | 1,814.5 | Most TPA funding under Tribe's name |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Middletown Rancheria of Pomo Indians of California | Middletown | 73.9 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Minnesota Chippewa Tribe, Minnesota (Six component reservations: Bois Forte Band (Nett Lake); Fond du Lac Band; Grand Portage Band; Leech Lake Band; Mille Lacs Band; White Earth Band) | Minnesota Agency | 3,137.9 | Agency funds for Tribes indented below, includes some Tribal TPA funds |
| Bois Forte Band | Bois Forte | 1,418.3 | All TPA in Tribe's name under Self Governance |
| Fond du Lac Band | Fond du Lac | 155.0 | Most TPA funding under Tribe's name, remainder in Minnesota Agency |
| Grand Portage Band | Grand Portage | 592.0 | All TPA in Tribe's name under Self Governance |
| Leech Lake Band | Leech Lake | 1,811.2 | All TPA in Tribe's name under Self Governance |
| Mille Lacs Band | Mille Lacs | 1,192.2 | All TPA in Tribe's name under Self Governance |
| White Earth Band | White Earth | 145.6 | Most TPA funding under Tribe's name, remainder in Minnesota Agency |
| Mississippi Band of Choctaw Indians, Mississippi | Choctaw | 2,754.0 | Most TPA funding under Tribe's name |
| Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada | Moapa Paiute | 163.4 | Most TPA funding under Tribe's name |
| Modoc Tribe of Oklahoma | Modoc | 103.7 | Most TPA funding under Tribe's name, some likely in Miami Agency |
| Mohegan Indian Tribe of Connecticut | Mohegan | 482.0 | Most TPA funding under Tribe's name |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Mooretown Rancheria of Maidu Indians of California | Mooretown | 255.8 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Morongo Band of Cahuilla Mission Indians of the Morongo Reservation, California | Morongo | 62.6 | ICWA and JOM funding in Tribe's name, Tribe's remainder in Southern California Agency |
| Muckleshoot Indian Tribe of the Muckleshoot Reservation, Washington | Muckleshoot | 958.4 | All TPA in Tribe's name under Self Governance |
| Muscogee (Creek) Nation of Oklahoma | Creek Nation | 3,816.5 | All TPA in Tribe's name under Self Governance |
| Narragansett Indian Tribe of Rhode Island | Narragansett | 1,002.9 | Most TPA funding under Tribe's name |
| Navajo Nation of Arizona, New Mexico & Utah | Navajo | 48,993.8 | Tribe's TPA funding is under Navajo Area Office (single tribe area) |
| Nez Perce Tribe of Idaho | Nez Perce | 1,768.7 | Most TPA funding under Tribe's name, some likely in Northern Idaho Agency |
| Nisqually Indian Tribe of the Nisqually Reservation, Washngton | Nisqually | 1,168.5 | All TPA in Tribe's name under Self Governance |
| Nooksack Indian Tribe of Washington | Nooksack | 174.8 | Most TPA funding under Tribe's name, some likely in Puget Sound Agency |
| Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana | Northern Cheyenne Agency | 3,962.5 | Tribe's TPA funding is in Northern Cheyenne Ageny (single tribe agency) |
| Northfork Rancheria of Mono Indians of California | Northfork | 183.2 | Most TPA funding under Tribe's name, some likely in Central California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Northwestern Band of Shoshoni Nation of Utah (Washakie) | Northwest Shoshoni | 218.6 | Most TPA funding under Tribe's name, some likely in Fort Hall Agency |
| Oglala Sioux Tribe of the Pine Ridge Reservation, South Dakota | Pine Ridge | 8,581.9 | Tribe's TPA funding is in Pine Ridge Agency (single tribe agency) |
| Omaha Tribe of Nebraska | Omaha | 1,781.5 | Most TPA funding under Tribe's name, some likely in Winnebago Agency |
| Oneida Nation of New York | Oneida | 1,181.9 | Most TPA funding under Tribe's name |
| Oneida Tribe of Wisconsin | Oneida | 1,258.7 | All TPA in Tribe's name under Self Governance |
| Onondaga Nation of New York | Onondaga | 44.9 | Most TPA funding under Tribe's name |
| Osage Nation of Oklahoma | Osage Agency | 2,805.5 | Tribe's TPA funding is in Osage Agency (single tribe agency) |
| Ottawa Tribe of Oklahoma | Ottawa | 81.8 | Most TPA funding under Tribe's name, some likely in Miami Agency |
| Otoe-Missouria Tribe of Indians, Oklahoma | Otoe Missouria | 410.0 | Most TPA funding under Tribe's name, some likely in Pawnee Agency |
| Paiute Indian Tribe of Utah | Utah Paiute | 528.1 | Most TPA funding under Tribe's name |
| Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California | Bishop | 224.4 | Most TPA funding under Tribe's name, some likely in Central California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Paiute-Shoshone Tribe of the Fallon Reservation and Colony , Nevada | Fallon | 422.7 | Some TPA funding under Tribe's name, some likely in Western Nevada Agency |
| Paiute-Shoshone Indians of the Lone Pine Community of the Lone Pine Reservation, California | Lone Pine | 94.0 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Pala Band of Luiseno Mission Indians of the Pala Reservation, California | Pala | 44.0 | ICWA funding in Tribe's name, Tribe's remainder in Southern California Agency |
| Pascua Yaqui Tribe of Arizona | Pascua Yaqui | 1,471.2 | Most TPA funding under Tribe's name |
| Paskenta Band of Nomlaki Indians of California | Paskenta | 160.0 | Most TPA funding under Tribe's name |
| Passamaquoddy Tribe of Maine | Indian Township and Pleasant Point | 2,073.1 | Most TPA funding under Tribe's name or rather band's names |
| Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation, California | Pauma | 44.0 | ICWA and JOM funding in Tribe's name, Tribe's remainder in Southern California Agency |
| Pawnee Indian Tribe of Oklahoma | Pawnee Tribe | 461.1 | Most TPA funding under Tribe's name, some likely in Pawnee Agency |
| Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, California | Pechanga | 44.0 | Some funding in Tribe's name, remainder in Southern California Agency |
| Penobscot Tribe of Maine | Penobscot | 1,615.7 | Most TPA funding under Tribe's name |
| Peoria Tribe of Oklahoma | Peoria | 92.3 | Most TPA funding under Tribe's name, some likely in Miami Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Picayune Rancheria of Chukchansi Indians of California | | Picayune | | 254.3 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Pinoleville Rancheria of Pomo Indians of California | | Pinoleville | | 180.9 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Pit River Tribe of California (includes Big Bend, Lookout, Montgomery Creek & Roaring Creek Rancherias & XL Ranch) | | Pit River | | 53.7 | | ICWA funding under Tribe's name, Tribe's remainder in Northern California Agency |
| Poarch Band of Creek Indians of Alabama | | Poarch Creek | | 1,263.3 | | Most TPA funding under Tribe's name |
| Pokagon Band of Potawatomi Indians of Michigan | | Pokagon Potawatomi | | 1,317.9 | | Most TPA funding under Tribe's name, some likely in Michigan Agency |
| Ponca Tribe of Indians of Oklahoma | | Ponca of Oklahoma | | 539.9 | | Most TPA funding under Tribe's name, some likely in Pawnee Agency |
| Ponca Tribe of Nebraska | | Ponca of NE | | 1,240.8 | | Most TPA funding under Tribe's name, some likely in Yankton Agency |
| Port Gamble Indian Community of the Port Gamble Reservation, Washington | | Port Gamble | | 1,194.5 | | All TPA in Tribe's name under Self Governance |
| Potter Valley Rancheria of Pomo Indians of California | | Potter Valley | | 178.8 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Prairie Band of Potawatomi Indians, Kansas | | Prairie Potawatomi | | 427.1 | | Most TPA funding under Tribe's name |
| Prairie Island Indian Community of Minnesota Mdewakanton Sioux Indians of the Prairie Island Reservation, Minnesota | | Prairie Island | | 81.5 | | Most TPA funding under Tribe's name |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| Pueblo of Acoma, New Mexico | Acoma Pueblo | 815.6 | Most TPA funding under Tribe's name, remainder in Southern Pueblo Agency |
| Pueblo of Cochiti, New Mexico | Cochiti Pueblo | 179.2 | Most TPA funding under Tribe's name, remainder in Southern Pueblo Agency |
| Pueblo of Jemez, New Mexico | Jemez Pueblo | 326.0 | Most TPA funding under Tribe's name, remainder in Southern Pueblo Agency |
| Pueblo of Isleta, New Mexico | Isleta Pueblo | 761.7 | Most TPA funding under Tribe's name, remainder in Southern Pueblo Agency |
| Pueblo of Laguna, New Mexico | Laguna Agency | 2,080.5 | Tribe's TPA funding is under Laguna Agency (single tribe agency) |
| Pueblo of Nambe, New Mexico | Nambe Pueblo | 200.2 | Most TPA funding under Tribe's name, remainder in Northern Pueblo Agency |
| Pueblo of Picuris, New Mexico | Picuris Pueblo | 187.3 | Most TPA funding under Tribe's name, remainder in Northern Pueblo Agency |
| Pueblo of Pojoaque, New Mexico | Pojoaque Pueblo | 358.5 | Most TPA funding under Tribe's name, remainder in Northern Pueblo Agency |
| Pueblo of San Felipe, New Mexico | San Felipe Pueblo | 339.2 | Most TPA funding under Tribe's name, remainder in Southern Pueblo Agency |
| Pueblo of San Juan, New Mexico | San Juan Pueblo | 502.9 | Most TPA funding under Tribe's name, remainder in Northern Pueblo Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Pueblo of San Ildefonso, New Mexico | San Ildefonso Pueblo | 318.1 | Most TPA funding under Tribe's name, remainder in Northern Pueblo Agency |
| Pueblo of Sandia, New Mexico | Sandia Pueblo | 210.3 | Most TPA funding under Tribe's name, remainder in Southern Pueblo Agency |
| Pueblo of Santa Ana, New Mexico | Santa Ana Pueblo | 180.7 | Most TPA funding under Tribe's name, remainder in Southern Pueblo Agency |
| Pueblo of Santa Clara, New Mexico | Santa Clara | 944.8 | All TPA in Tribe's name under Self Governance |
| Pueblo of Santo Domingo, New Mexico | Santo Domingo Pueblo | 648.9 | Most TPA funding under Tribe's name, remainder in Southern Pueblo Agency |
| Pueblo of Taos, New Mexico | Taos Pueblo | 884.6 | Most TPA funding under Tribe's name, remainder in Northern Pueblo Agency |
| Pueblo of Tesuque, New Mexico | Tesuque Pueblo | 180.2 | Most TPA funding under Tribe's name, remainder in Northern Pueblo Agency |
| Pueblo of Zia, New Mexico | Zia Pueblo | 178.5 | Most TPA funding under Tribe's name, remainder in Southern Pueblo Agency |
| Puyallup Tribe of the Puyallup Reservation, Washington | Puyallup | 823.3 | Most TPA funding under Tribe's name, remainder in Puget Sound Agency |
| Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Nevada | Pyramid Lake | 569.7 | Some TPA funding under Tribe's name, some likely in Western Nevada Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Quapaw Tribe of Oklahoma | Quapaw | 156.7 | Most TPA funding under Tribe's name, some likely in Miami Agency |
| Quartz Valley Indian Community of the Quartz Valley Reservation of California | Quartz Valley | 132.9 | Most TPA funding under Tribe's name, remainder in Northern California Agency |
| Quechan Tribe of the Fort Yuma Indian Reservation, California & Arizona | Quechan | 343.1 | Most TPA funding under Tribe's name |
| Quileute Tribe of the Quileute Reservation, Washington | Quileute | 652.2 | Most TPA funding under Tribe's name, remainder in Olympic Penninsula Agency |
| Quinault Tribe of the Quinault Reservation, Washington | Quinault | 5,963.0 | All TPA in Tribe's name under Self Governance |
| Ramona Band or Village of Cahuilla Mission Indians of California | Ramona | 29.4 | ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin | Red Cliff | 430.3 | Most TPA funding under Tribe's name, some likely in Great Lakes Agency |
| Red Lake Band of Chippewa Indians of the Red Lake Reservation, Minnesota | Red Lake | 4,346.5 | All TPA in Tribe's name under Self Governance |
| Redding Rancheria of California | Redding Rancheria | 401.3 | All TPA in Tribe's name under Self Governance |
| Redwood Valley Rancheria of Pomo Indians of California | Redwood Valley | 184.2 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Reno-Sparks Indian Colony, Nevada | Reno-Sparks | 332.0 | Some TPA funding under Tribe's name, some likely in Western Nevada Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California | | Rincon | | 44.9 | | ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Robinson Rancheria of Pomo Indians of California | | Robinson | | 78.7 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Rosebud Sioux Tribe of the Rosbud Indian Reservation, South Dakota | | Rosebud | | 5,884.8 | | Tribe's TPA funding under Tribe's name or Agency (they are the same name) |
| Round Valley Indian Tribes of the Round Valley Reservation, California (formerly known as the Covelo Indian Community) | | Round Valley | | 279.6 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Rumsey Indian Rancheria of Wintun Indians of California | | Rumsey | | 70.8 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Sac and Fox Tribe of Mississippi in Iowa | | Sac & Fox Field Ofc | | 269.5 | | Tribe's TPA funding is in Sac and Fox Field Office |
| Sac & Fox Nation of Missouri in Kansas and Nebraska | | Sac & Fox of Kansas | | 78.6 | | Most TPA funding under Tribe's name |
| Sac & Fox Nation, Oklahoma | | Sac & Fox of Oklahoma | | 1,372.8 | | All TPA in Tribe's name under Self Governance |
| Saginaw Chippewa Indian Tribe of Michigan, Isabella Reservation | | Saginaw Chippewa | | 699.4 | | Most TPA funding under Tribe's name, some likely in Michigan Agency |
| Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona | | Salt River Tribe | | 3,023.2 | | All TPA in Tribe's name under Self Governance |
| Samish Indian Tribe | | Samish | | 279.8 | | Most TPA funding under Tribe's name |
| San Carlos Apache Tribe of the San Carlos Reservation, Arizona | | San Carlos Apache | | 4,421.6 | | Most TPA funding under Tribe's name, some likely in San Carlos Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| San Juan Southern Paiute Tribe of Arizona | San Juan Paiute | 371.4 | Most TPA funding under Tribe's name |
| San Manual Band of Serrano Mission Indians of the San Manual Reservation, California | San Manual | 43.0 | ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| San Pasqual Band of Diegueno Mission Indians of California | San Pasqual | 29.4 | ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Santa Rosa Indian Community of the Santa Rosa Rancheria, California | Santa Rosa | 99.1 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Santa Rosa Band of Cahuilla Mission Indians of the Santa Rosa Reservation, California | Santa Rosa | 35.8 | Aid to Tribal Gov. and ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Santa Ynez Band of Chumash Mission Indians of the Santa Ynez Reservation, California | Santa Ynez | 37.5 | ICWA and JOM funding in Tribe's name, Tribe's remainder in Southern California Agency |
| Santa Ysabel Band of Diegueno Mission Indians of the Santa Ysabel Reservation, California | Santa Ysabel | 44.0 | ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Santee Sioux Tribe of the Santee Reservation of Nebraska | Santee Sioux | 528.7 | Most TPA funding under Tribe's name, remainder in Winnebago Agency |
| Sauk-Suiattle Indian Tribe of Washington | Sauk Suiattle | 145.2 | Most TPA funding under Tribe's name, some likely in Puget Sound Agency |
| Sault Ste. Marie Tribe of Chippewa Indians of Michigan | Sault Ste. Marie | 1,941.7 | All TPA in Tribe's name under Self Governance |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Scotts Valley Band of Pomo Indians of California | Scotts Valley | 81.2 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Seminole Nation of Oklahoma | Wewoka Agency | 2,144.8 | Tribe's TPA funding is in Wewoka Agency |
| Seminole Tribe of Florida, Dania, Big Cypress & Brighton Reservations | Seminole Tribe | 2,275.9 | Most TPA funding under Tribe's name |
| Seneca Nation of New York | Seneca | 676.4 | Most TPA funding under Tribe's name |
| Seneca-Cayuga Tribe of Oklahoma | Seneca Cayuga | 174.2 | Most TPA funding under Tribe's name, some likely in Miami Agency |
| Shakopee Mdewakanton Sioux Community of Minnesota (Prior Lake) | Shakopee | 84.0 | Most TPA funding under Tribe's name |
| Sheep Ranch Rancheria of Me-Wuk Indians of California | Central California Agency | | Tribe's TPA funding is in Central California Agency |
| Sherwood Valley Rancheria of Pomo Indians of California | Sherwood Valley | 100.7 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract) | Shingle Springs | 81.5 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Shoalwater Bay Tribe of the Shoalwater Bay Indian Reservation, Washington | Shoalwater Bay | 535.2 | All TPA in Tribe's name under Self Governance |
| Shoshone Tribe of the Wind River Reservation, Wyoming | Wind River Agency | 3,924.8 | Tribe's TPA funding is in Wind River Agency, shared with Araphoe Tribe of Wind River |
| Shoshone-Bannock Tribes of the Fort Hall Reservation of Idaho | Fort Hall Agency | 3,240.5 | Tribe's TPA funding is in Fort Hall Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Shoshone-Paiute Tribes of the Duck Valley Reservation, Nevada | | Duck Valley | | 1,551.3 | | All TPA in Tribe's name under Self Governance |
| Sisseton-Wahpeton Sioux Tribe of the Lake Traverse Reservation, South Dakota | | Sisseton | | 2,487.7 | | Tribe's TPA funding under Tribe's name or Agency (they are the same name) |
| Skokomish Indian Tribe of the Skokomish Reservation, Washington | | Skokomish | | 1,168.9 | | All TPA in Tribe's name under Self Governance |
| Skull Valley Band of Goshute Indians of Utah | | Skull Valley | | 61.3 | | Some TPA funding under Tribe's name, some likely in Uintah Ouray Agency |
| Smith River Rancheria of California | | Smith River | | 131.7 | | Most TPA funding under Tribe's name, some likely in Northern California Agency |
| Soboba Band of Luiseno Mission Indians of the Soboba Reservation, California | | Soboba | | 44.9 | | Aid to Tribal Gov. and ICWA funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Sokaogon Chippewa Community of the Mole Lake Band of Chippewa Indians, Wisconsin | | Sokaogon Chippewa | | 147.0 | | Most TPA funding under Tribe's name, some likely in Great Lakes Agency |
| Southern Ute Indian Tribe of the Southern Ute Reservation, Colorado | | Southern Ute Tribe | | 1,354.5 | | Most TPA funding under Tribe's name, remainder in Southern Ute Agency |
| Spokane Tribe of the Spokane Reservation, Washington | | Spokane Tribe | | 635.7 | | Most TPA funding under Tribe's name, remainder in Spokane Agency |
| Squaxin Island Tribe of the Squaxin Island Reservation, Washington | | Squaxin Island | | 1,237.2 | | All TPA in Tribe's name under Self Governance |
| St. Croix Chippewa Indians of Wisconisn, St. Croix Reservation | | St. Croix | | 296.4 | | Most TPA funding under Tribe's name, some likely in Great Lakes Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| St. Regis Band of Mohawk Indians of New York | St. Regis Mohawk | 708.4 | Most TPA funding under Tribe's name |
| Standing Rock Sioux Tribe of North & South Dakota | Standing Rock | 5,758.0 | Tribe's TPA funding under Tribe's name or Agency (they are the same name) |
| Stockbridge-Munsee Community of Mohican Indians of Wisconsin | Stockbridge Munsee | 232.6 | Most TPA funding under Tribe's name, some likely in Great Lakes Agency |
| Stillaguamish Tribe of Washington | Stillaguamish | 109.6 | Most TPA funding under Tribe's name, some likely in Puget Sound Agency |
| Summit Lake Paiute Tribe of Nevada | Summit Lake | 55.0 | Some TPA funding under Tribe's name, some likely in Western Nevada Agency |
| Suquamish Indian Tribe of the Port Madison Reservation, Washington | Suquamish | 1,504.5 | All TPA in Tribe's name under Self Governance |
| Susanville Indian Rancheria of Paiute, Maidu, Pit River & Washoe Indians of California | Susanville | 50.9 | ICWA and JOM funding under Tribe's name, Tribe's remainder in Northern California Agency |
| Swinomish Indians of the Swinomish Reservation, Washington | Swinomish | 900.1 | All TPA in Tribe's name under Self Governance |
| Sycuan Band of Diegueno Mission Indians of California | Sycuan | 40.1 | ICWA and JOM funding under Tribe's name, Tribe's remainder in Southern California Agency |
| Table Bluff Rancheria of Wiyot Indians of California | Table Bluff | 35.8 | ICWA and JOM funding under Tribe's name, Tribe's remainder in Northern California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Table Mountain Rancheria of California | | Table Mountain | | 74.7 | | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Te-Moak Tribes of Western Shoshone Indians of Nevada | | Te-Moak | | 1,092.3 | | Most TPA funding under Tribe's name, some likely in Eastern Nevada Agency |
| Thlopthlocco Tribal Town of the Creek Nation of Oklahoma | | Thlopthlocco | | 129.8 | | Most TPA funding under Tribe's name |
| Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota | | Fort Berthold | | 3,924.4 | | Tribe's TPA funding is in Fort Berthold Agency (single tribe agency) |
| Tohono O'odham Nation of Arizona (formerly known as the Papago Tribe of the Sells, Gila Bend & San Xavier Reservation, Arizona) | | Tohono O'odham | | 5,516.7 | | Most TPA funding under Tribe's name, some likely in Papago Agency |
| Tonawanda Band of Seneca Indians of New York | | Tonawanda | | 44.9 | | Most TPA funding under Tribe's name |
| Tonkawa Tribe of Indians of Oklahoma | | Tonkawa | | 303.8 | | Most TPA funding under Tribe's name, some likely in Pawnee Agency |
| Tonto Apache Tribe of Arizona | | Tonto Apache | | 109.5 | | Some TPA funding under Tribe's name, remainder in Truxton Canyon Agency |
| Torres-Martinez Band of Cahuilla Mission Indians of California | | Torres Martinez | | 36.9 | | ICWA and JOM funding in Tribe's name, Tribe's remainder in Southern California Agency |
| Tule River Indian Tribe of the Tule River Reservation, California | | Tule River | | 335.4 | | Most TPA funding under Tribe's name, some likely in Central California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| Tulalip Tribes of the Tulalip Reservation, Washington | Tulalip | 288.5 | Most TPA funding under Tribe's name, some likely in Puget Sound Agency |
| Tunica-Biloxi Indian Tribe of Louisiana | Tunica Biloxi | 297.7 | Most TPA funding under Tribe's name |
| Tuolumne Band of Me-Wuk Indians of the Tuolumne Rancheria of California | Tuolumne | 92.7 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Turtle Mountain Band of Chippewa Indians of North Dakota | Turtle Mountain | 5,304.1 | Tribe's TPA funding under Tribe's name or Agency (they are the same name) |
| Tuscarora Nation of New York | Tuscarora | 57.7 | Most TPA funding under Tribe's name |
| Twenty-Nine Palms Band of Luiseno Mission Indians of California | Twenty Nine Palms | 29.4 | Aid to Tribal Gov and Other Ed funding in Tribe's name, Tribe's remainder in Southern California Agency |
| United Auburn Indian Community of the Auburn Rancheria of California | Auburn | 160.0 | Most TPA funding under Tribe's name |
| United Keetoowah Band of Cherokee Indians of Oklahoma | Cherokee Tribe | | Tribe's TPA services are provided through Cherokee Nation's self governance compact |
| Upper Lake Band of Pomo Indians of Upper Lake Rancheria of California | Upper Lake | 80.9 | Most TPA funding under Tribe's name, some likely in Central California Agency |
| Upper Sioux Indian Community of the Upper Sioux Reservation, Minnesota | Upper Sioux | 77.8 | Most TPA funding under Tribe's name |
| Upper Skagit Indian Tribe of Washington | Upper Skagit | 180.3 | Most TPA funding under Tribe's name, some likely in Puget Sound Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | Requested Funding for **FY 1998** in thousands of dollars | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|
| | | | |
| Ute Indian Tribe of the Uintah & Ouray Reservation, Utah | Ute | 384.1 | Some TPA funding under Tribe's name, some likely in Uintah Ouray Agency |
| Ute Mountain Tribe of the Ute Mountain Reservation, Colorado, New Mexico & Utah | Ute Mountain Ute Agency | 2,102.1 | Tribe's TPA funding is in Ute Mountain Ute Agency |
| Utu Utu Gwaitu Paiute Tribe of the Benton Paiute Reservation, California | Benton | 70.3 | Some TPA funding under Tribe's name, some likely in Central California Agency |
| Walker River Paiute Tribe of the Walker River Reservation, Nevada | Walker River | 411.1 | Some TPA funding under Tribe's name, some likely in Western Nevada Agency |
| Wampanoag Tribe of Gay Head (Aquinnah) of Massachusetts | Wampanoag | 771.0 | Most TPA funding under Tribe's name |
| Washoe Tribe of Nevada & California (Carson Colony, Dresslerville & Washoe Ranches) | Washoe | 500.0 | Some TPA funding under Tribe's name, some likely in Western Nevada Agency |
| White Mountain Apache Tribe of the Fort Apache Reservation, Arizona | White Mountain Apache | 2,710.5 | Some TPA funding under Tribe's name, remainder is in Fort Apache Agency (single tribe agency) |
| Wichita and Affiliated Tribes (Wichita, Keechi, Waco & Oklahoma | Wichita and Affiliated | 206.4 | Most TPA funding under Tribe's name, some likely in Anadarko Agency |
| Winnebago Tribe of Nebraska | Winnebago Tribe | 889.1 | Most TPA funding under Tribe's name, remainder in Winnebago Agency |
| Winnemucca Indian Colony of Nevada | Winnemucca | 53.6 | Some TPA funding under Tribe's name, some likely in Western Nevada Agency |
| Wyandotte Tribe of Oklahoma | Wyandotte | 272.1 | All TPA in Tribe's name under Self Governance |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Nov. 13, 1996** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1998** | | Requested Funding for **FY 1998** in thousands of dollars | | Where Most TPA Funding for This Tribe is Located in the BIA Budget for FY 1998 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Yankton Sioux Tribe of South Dakota | | Yankton | | 1,695.0 | | Tribe's TPA funding under Tribe's name or Agency (they are the same name) |
| Yavapai-Apache Nation of the Camp Verde Indian Reservation, Arizona | | Yavapai Apache | | 250.4 | | Some TPA funding under Tribe's name, remainder in Truxton Canyon Agency |
| Yavapai-Prescott Tribe of the Yavapai Reservation, Arizona | | Yavapai Prescott | | 98.9 | | Some TPA funding under Tribe's name, remainder in Truxton Canyon Agency |
| Yerington Paiute Tribe of the Yerington Colony & Campbell Ranch, Nevada | | Yerington | | 262.6 | | Some TPA funding under Tribe's name, some likely in Western Nevada Agency |
| Yomba Shoshone Tribe of the Yomba Reservation, Nevada | | Yomba | | 122.5 | | Some TPA funding under Tribe's name, some likely in Western Nevada Agency |
| Ysleta Del Sur Pueblo of Texas | | Ysleta Del Sur | | 920.3 | | Most TPA funding under Tribe's name, remainder in Southern Pueblo Agency |
| YurokTribe of the Yurok Reservation, California | | Yurok | | 2,609.0 | | All TPA in Tribe's name under Self Governance |
| Zuni Tribe of the Zuni Reservation, New Mexico | | Zuni Tribe | | 2,148.2 | | Most TPA funding under Tribe's name, remainder in Zuni Agency |