IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-1383L<br>Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

[PROPOSED] ORDER

This matter having come before the Court on Defendant's Motion for Leave to File Reply to Samish Indian Nation's Response to United States Supplemental Brief, it is hereby ordered that the motion is GRANTED.

______________________________
Chief Judge Edward J. Damich

Dated: ____________________