UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | Case No. 02-1383L |
| Plaintiff, | ) | (Chief Judge Edward J. Damich) |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**Samish Indian Nation's Response to United States' Motion for Leave to File Reply and Reply to Samish Indian Nation's Response to the United States' Supplemental Brief Regarding its Motion to Dismiss**

The Samish Indian Nation does not believe that justification exists to allow the United States to file a Reply to the Samish Indian Nation's Response to the United States' Supplemental Brief Regarding its Motion to Dismiss. However, the Samish Tribe does not otherwise object to the United States' Motion.

Respectfully submitted,

Dated: March 16, 2007.

s/ Craig J. Dorsay
Craig J. Dorsay, Esq.
Attorney at Law
1 S.W. Columbia, Suite 440
Portland, Oregon 97258
Telephone: (503) 790-9060
Facsimile: (503) 790-9068

craig@dorsayindianlaw.com

*Counsel of Record for Plaintiff*
*Samish Indian Nation*

Of Counsel:

William R. Perry, Esq.
Anne D. Noto, Esq.
Sonosky, Chambers, Sachse, Endreson & Perry LLP
1425 K Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240, Fax: (202) 682-0249
wperry@sonosky.com
anoto@sonosky.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2007, I electronically filed the foregoing **Samish Indian Nation's Response to United States' Motion for Leave to File Reply and Reply to Samish Indian Nation's Response to the United States' Supplemental Brief Regarding its Motion to Dismiss** with the Clerk of Court, using the CM/ECF System which will send notification of such filing to all parties registered in the CM/ECF system for this matter.

s/ Craig J. Dorsay
*Counsel of Record for Plaintiff*
*Samish Indian Nation*