# In the United States Court of Federal Claims

No. 02-1383 L
(Filed: April 3, 2007)

*************************************

**SAMISH INDIAN NATION**, a federally recognized Indian Tribe,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*************************************

## ORDER

On March 22, 2006, Defendant filed a motion, pursuant to Rule 12(b)(1) of the Rules of the Court of Federal Claims, to dismiss Plaintiff's second amended complaint in its entirety. On March 23, 2006, the Court extended the deadline for Plaintiff's response indefinitely, pending the resolution of Plaintiff's request to conduct additional discovery. The Court later granted–in an unpublished opinion, filed July 21, 2006–Plaintiff's request for limited discovery.

On July 26, 2006, Plaintiff served Defendant with discovery requests, to which Defendant responded on October 19, 2006, and November 1, 2006. Defendant's responses led to a discovery dispute that the parties were unable to resolve informally and that was the subject of the status conference held by the Court on January 17, 2007. Pursuant to the Court's Order dated January 18, 2007, the parties have now completed supplemental briefing as to issues in Defendant's motion to dismiss that could be resolved without further discovery. Upon careful consideration of the parties' proposals, the Court hereby ORDERS the following:

1. On or before **May 2, 2007**, Plaintiff shall file its response to Defendant's motion to dismiss regarding "the two major programs involved in this case"–TPA (Tribal Priority Allocations provided through the Bureau of Indian Affairs) and IHS (Indian Health Service) funding. Plaintiff's response shall encompass all legal issues within Defendant's motion as to TPA and IHS, including, inter alia, those described in Defendant's supplemental brief as "overarching legal arguments."

2. Defendant shall thereafter file, in accordance with the Court's Rules, its reply to Plaintiff's response regarding the TPA and IHS programs.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge