# Attachment A

To Declaration of James H. McDivitt
*Samish Indian Nation v. United States*, No. 02-1383L

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| | | | |
| | | | |
| Absentee-Shawnee Tribe of Indians of Oklahoma | Absentee-Shawnee | 523.9 | Some or Most TPA funding under Tribe's name |
| Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indians Reservation, California | Palm Springs | 636.7 | Tribe's TPA is in Palm Springs Agency |
| Ak Chin Indian Community of Papago Indians of the Maricopa, Ak Chin Reservation, Arizonia | Pima | 4,587.9 | Tribe's TPA is in Pima Agency |
| Alabama and Coushatta Tribes of Texas | Alabama Coushatta | 525.5 | Some or Most TPA funding under Tribe's name |
| Alabama and Quassarte Tribal Town of the Creek Nation of Oklahoma | Okmulgee | 2,706.7 | Tribe's TPA is in Okmulgee Agency |
| Alturas Rancheria of Pit River Indians of California | Northern Calif. | 1,984.2 | Tribe's TPA is in Northern California Agency |
| Apache Tribe of Oklahoma | Anadarko | 4,710.4 | Tribe's TPA is in Anadarko Agency |
| Arapahoe Tribe of the Wind River Reservation, Wyoming | Wind River | 2,833.0 | Tribe's TPA is in Wind River Agency |
| Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Montana | Fort Peck | 3,304.6 | Tribe's TPA is in Fort Peck Agency |
| Augustine Band of Cahuilla Mission Indians of the Augustine Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin | Great Lakes | 4,075.8 | Tribe's TPA is in Great Lakes Agency |
| Bay Mills Indian Community of the Sault Ste. Marie Band of Chippewa Indians, Bay Mills Reservation, Michigan | Michigan | 3,461.0 | Tribe's TPA is in Michigan Agency |
| Berry Creek Rancheria Of Maidu Indians of California | Central Calf. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Big Lagoon Rancheria of Smith River Indians of California | Northern Calf. | 1,984.2 | Tribe's TPA is in Northern California Agency |

141

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| Big Pine Band of Owens Valley Paiute Shoshone Indians of the Big Pine Reservation, California | Central Calf. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Big Sandy Rancheria of Mono Indians of California | Central Calf. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Big Valley Rancheria of Pomo and Pit River Indians of California | Central Calf. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Blackfeet Tribe of the Blackfeet Indian Reservation of Montana | Blackfeet | 3,391.3 | Tribe's TPA funding is in Agency with same name as Tribe |
| Blue Lake Rancheria of California | Northern Calf. | 1,984.2 | Tribe's TPA is in Northern California Agency |
| Bridgeport Paiute Indian Colony of California | Central Calf. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Buena Vista Rancheria of Me-Wuk Indians of California | Central Calf. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Burns Paiute Indian Colony, Oregon | Burns Paiute | 242.9 | Some or Most TPA funding under Tribe's name |
| Cabazon Band of Cahuilla Mission Indians of the Cabazon Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Cachil DeHe Band of Wintun Indians of the Colusa Indian Community of the Colusa Rancheria, California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Caddo Indian Tribe of Oklahoma | Anadarko | 4,710.4 | Tribe's TPA is in Anadarko Agency |
| Cahuilla Band of Mission Indians of the Cahuilla Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Cahto Indian Tribe of the Laytonville Rancheria, California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Campo Band of Diegueno Mission Indians of the Campo Indian Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |

142

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| | | | |
| Capitan Grande Band of Diegueno Mission Indians of California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Barona Group of the Barona Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Viejas Group of the Viejas Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Cayuga Nation of New York | NY Liason | 403.2 | Tribe's TPA is in New York Field Office |
| Cedarville Rancheria of Northern Paiute Indians of California | Northern Calf. | 1,984.2 | Tribe's TPA is in Northern California Agency |
| Chemehuevi Indian Tribe of Chemehuevi Reservation, California | Colorado River | 2,780.2 | Tribe's TPA is in Colorado River Agency |
| Cher-Ae Heights Indian Community of the Trinidad Rancheria, Calfornia | Northern Calf. | 1,984.2 | Tribe's TPA is in Northern California Agency |
| Cherokee Nation of Oklahoma | Tahlequah | 5,601.7 | Tribe's TPA is in Tahlequah Agency |
| Cheyenne-Arapaho Tribes of Oklahoma | Concho | 1,955.4 | Tribe's TPA is in Concho Agency |
| Cheyenne River Souix Tribe of the Cheyenne River Reservation, South Dakota | Cheyenne River | 3,839.2 | Tribe's TPA funding is in Agency with same name as Tribe |
| Chickasaw Nation of Oklahoma | Chickasaw | 1,564.7 | Tribe's TPA is in Chickasaw Agency |
| Chicken Ranch Rancheria of Me-Wuk Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Chippewa-Cree Indians of the Rocky Boy's Reservation, Montana | Rocky Boy's | 1,497.3 | Tribe's TPA is in Rocky Boy's Agency |
| Chitimacha Tribe of Louisiana | Chitimacha | 553.0 | Some or Most TPA funding under Tribe's name |
| Choctaw Nation of Oklahoma | Talihina | 2,294.8 | Tribe's TPA funding is in Talihina Agency |

143

144

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| | | | |
| Citizen Band Potawatomi Indian Tribe, Oklahoma | Citizens Potawatomi | 485.1 | Some or Most TPA funding under Tribe's name |
| Cloverdale Rancheria of Pomo Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Coast Indian Community of Yurok Indians of the Resighini Rancheria, Califomia | Northern Calf. | 1,984.2 | Tribe's TPA is in Northern California Agency |
| Cocopah Tribe of Arizonia | Ft. Yuma | 988.5 | Tribe's TPA is in Fort Yuma Agency |
| Coeur D'Alene Tribe of the Coeur D'Alene Reservation, Idaho | Coeur D'Alene | 1,710.2 | Tribe's TPA is in Coeur D"Alene Agency |
| Cold Springs Rancheria of Mono Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Colorado River Indian Tribes of the Colorado River Indian Reservation, Arizona and California | Colorado River | 2,780.2 | Tribe's TPA is in Colorado River Agency |
| Comanche Indian Tribe, Oklahoma | Anadarko | 4,710.4 | Tribe's TPA is in Anadarko Agency |
| Confederated Salish and Kootenai Tribes of the Flathead Reservation, Montana | Flathead | 3,473.1 | Tribe's TPA is in Flathead Agency |
| Confederated Tribes of the Chehalis Reservation, Washington | Chehalis | 333.5 | Some or Most TPA funding under Tribe's name, some likely in Olympic Penninsula Agency |
| Confederated Tribes of the Colville Reservation, Washington | Colville | 5,810.5 | Tribe's TPA is in Colville Agency |
| Confederated Tribes of the Coos, Lower Umpqua and Siuslaw Indians of Oregon | Coos, Umpq. Siuslaw | 469.4 | Some or Most TPA funding under Tribe's name, some likely in Siletz Agency |
| Confederated Tribes of the Goshute Reservation, Nevada and Utah | Eastern Nevada | 2,952.6 | Tribe's TPA is in Eastern Nevada Agency |
| Confederated Tribes of the Grand Ronde Community of Oregon | Grand Ronde | 812.3 | Some or Most TPA funding under Tribe's name |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | | Requested Funding for **FY 1992** in thousands of dollars | | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|---|---|---|
| | | | | | | |
| Confederated Tribes of the Siletz Reservation, Oregon | | Siletz Tribe | | 630.1 | | Some or Most TPA funding under Tribe's name |
| Confederated Tribes of the Umatilla Reservation, Oregon | | Umatilla | | 2,089.0 | | Tribe's TPA is in Umatilla Agency |
| Confederated Tribes of the Warm Springs Reservation of Oregon | | Warm Springs | | 2,966.5 | | Tribe's TPA is in Warm Springs Agency |
| Confederated Tribes of the Bands of the Yakama Indian Nation of the Yakama Reservation, Washington | | Yakama | | 5,913.2 | | Tribe's TPA is in Yakama Agency |
| Cortina Indian Rancheria of Wintun Indians of California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Coushatta Tribe of Louisana | | Coushatta | | 256.6 | | Some or Most TPA funding under Tribe's name |
| Coverlo Indian Community of the Round Valley Reservation, California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Cow Creek Band of Umpqua Indians of Oregon | | Cow Creek | | 313.4 | | Some or Most TPA funding under Tribe's name, some likely in Siletz Agency |
| Coyote Valley Band of Pomo Indians of California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Creek Nation of Oklahoma | | Okmulgee | | 2,706.7 | | Tribe's TPA is in Okmulgee Agency |
| Crow Tribe of Montana | | Crow | | 3,608.3 | | Tribe's TPA funding is in Agency with same name as Tribe |
| Crow Creek Souix Tribe of the Crow Creek Reservation, South Dakota | | Crow Creek | | 1,483.4 | | Tribe's TPA funding is in Agency with same name as Tribe |
| Cuyapaipe Community of Diegueno Mission Indians of the Cuyapaipe Reservation, California | | Southern Calif. | | 1,979.2 | | Tribe's TPA is in Southern California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| Death Valley Timbi-Sha Shoshone Band of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Delaware Tribe of Western Oklahoma | Anadarko | 4,710.4 | Tribe's TPA is in Anadarko Agency |
| Devils Lake Souix Tribe of the Devils Lake Souix Reservation, South Dakota | Fort Totten | 1,657.2 | Tribe's TPA is in Fort Totten Agency |
| Dry Creek Rancheria of Pomo Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Duckwater Shoshone Tribe of the Duckwater Reservation, Nevada | Eastern Nevada | 2,952.6 | Tribe's TPA is in Eastern Nevada Agency |
| Eastern Band of Cherokee Indians of North Carolina | Cherokee | 1,424.1 | Tribe's TPA is in Cherokee Agency |
| Eastern Shawnee Tribe of Oklahoma | Miami | 848.2 | Tribe's TPA is in Miami Agency |
| Elem Indian Colony of Pomo Indians of the Sulfur Bank Rancheria, California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Elk Valley Rancheria of Smith River Tolowa Indians of California | Northern Calif. | 1,984.2 | Tribe's TPA is in Northern California Agency |
| Ely Indian Colony of Nevada | Eastern Nevada | 2,952.6 | Tribe's TPA is in Eastern Nevada Agency |
| Enterprise Rancheria of Maidu Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Flandreau Santee Tribe of South Dakota | Flandreau | 215.1 | Some or Most TPA funding under Tribe's name |
| Forest County Potawatomi Community of Wisconsin Potawatomi Indians, Wisconsin | Great Lakes | 4,075.8 | Tribe's TPA is in Great Lakes Agency |
| Fort Belknap Indian Community of the Fort Belknap Reservation of Montana | Fort Belknap | 2,608.0 | Tribe's TPA funding is in Agency with same name as Tribe |
| Fort Bidwell Indian Community of Paiute Indians of the Fort Bidwell Reservation, California | Northern Calif. | 1,984.2 | Tribe's TPA is in Northern California Agency |

146

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | | Requested Funding for **FY 1992** in thousands of dollars | | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|---|---|---|
| | | | | | | |
| Fort Independence Indian Community of Paiute Indians of the Fort Independence Reservation, California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Fort McDermitt Paiute and Shoshone Tribes of the Fort McDermitt Indian Reservation, Nevada | | Western Nevada | | 3,742.0 | | Tribe's TPA is in Western Nevada Agency |
| Fort McDowell Mohave-Apache Indian Community of Fort McDowell Indian Reservation, Arizona | | Ft. McDowell | | 329.1 | | Some or Most TPA funding under Tribe's name |
| Fort Mojave Indian Tribe of Arizona | | Colorado River | | 2,780.2 | | Tribe's TPA is in Colorado River Agency |
| Fort Sill Apache Tribe of Oklahoma | | Anadarko | | 4,710.4 | | Tribe's TPA is in Anadarko Agency |
| Gay Head Wampangao Indians of Massachusetts | | Wampango | | 619.9 | | Some or Most TPA funding under Tribe's name |
| Gila River Pima-Maricopa Indian Community of the Gila River Reservation of Arizona | | Pima | | 4,587.9 | | Tribe's TPA is in Pima Agency |
| Grand Traverse Band of Ottawa and Chippewa Indians of Michigan | | Michigan | | 3,461.0 | | Tribe's TPA is in Michigan Agency |
| Greenville Rancheria of Maidu Indians of California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Grindstone Indian Rancheria of Wintun-Wailaki Indians of California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Hannahville Indian Community of Wisconsin Potawatomie Indians of Michigan | | Michigan | | 3,461.0 | | Tribe's TPA is in Michigan Agency |
| Havasupai Tribe of the Havasupai Reservation, Arizona | | Havasupai | | 96.9 | | Some or Most TPA funding under Tribe's name, some likely in Truxton Canyon Agency |
| Hoh Indian Tribe of the Hoh Reservation, Washington | | Olym. Peninsula | | 3,413.4 | | Tribe's TPA is in Olympic Pennisula Agency |
| Hoopa Valley Tribe of the Hoopa Valley Reservation, California | | Hoopa | | 1,373.1 | | Some or Most TPA funding under Tribe's name |

147

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| Hopi Tribe of Arizona | Hopi | 3,860.1 | Tribe's TPA is in Hopi Agency |
| Hopland Band of Pomo Indians of the Hopland Rancheria, California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Houlton Band of Maliseet Indians of Maine | Maliseet | 239.4 | Some or Most TPA funding under Tribe's name |
| Hualapai Indian Tribe of Hualapai Reservation, California | Hualapai | 366.5 | Some or Most TPA funding under Tribe's name, some likely in Truxton Canyon Agency |
| Inaja Band of Diegueno Mission Indians of the Inaja and Cosmit Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Iowa Tribe of Kansas and Nebraska | Iowas Ks | 58.9 | Some or Most TPA funding under Tribe's name |
| Iowa Tribe of Oklahoma | Iowa Ok | 172.9 | Some or Most TPA funding under Tribe's name |
| Jackson Rancheria of Me-Wuk Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Jamestown Klallam Tribe of Washington | Jamestown Klallam | 909.1 | Some or Most TPA funding under Tribe's name |
| Jamul Indian Village of California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Jicarilla Apache Tribe of the Jicarilla Apache Indian Reserrvation, New Mexico | Jicarilla | 1,850.0 | Tribe's TPA is in Jicarilla Agency |
| Kaibab Band of Paiute Indians of the Kaibab Indian Reservation, Arizona | Kaibab Paiute | 125.1 | Some or Most TPA funding under Tribe's name |
| Kalispel Indian Community of the Kalispel Reservation, Washington | Spokane | 2,052.4 | Tribe's TPA is in Spokane Agency |
| Karuk Tribe of California | Northern Calif. | 1,984.2 | Tribe's TPA is in Northern California Agency |

148

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| Kashia Band of Pomo Indians of the Stewarts Point Rancheria, California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Kaw Nation, Oklahoma | Pawnee | 2,465.0 | Tribe's TPA is in Pawnee Agency |
| Keweenaw Bay Indian Community of L'Anse and Ontonagon Bands of Chippewa Indians of the L'Anse Reservation, Michigan | Michigan | 3,461.0 | Tribe's TPA is in Michigan Agency |
| Kialegee Tribal Town of the Creek Indian Nation of Oklahoma | Okmulgee | 2,706.7 | Tribe's TPA is in Okmulgee Agency |
| Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas | Kickapoo Ks | 351.0 | Some or Most TPA funding under Tribe's name |
| Kickapoo Tribe of Oklahoma (includes Texas Band of Kickapoo Indians) | Kickapoo Ok and Texas Kickapoo | 513.5 | Some or Most TPA funding under Tribe's name |
| Kiowa Indian Tribe of Oklahoma | Anadarko | 4,710.4 | Tribe's TPA is in Anadarko Agency |
| Klamath Indian Tribe of Oregon | Klamath | 1,336.0 | Some or Most TPA funding under Tribe's name |
| Kootenai Tribe of Idaho | Kootenai | 172.3 | Some or Most TPA funding under Tribe's name |
| La Jolla Band of Luiseno Mission Indians of the La Jolla Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Lac Courte Oreilles Band of Lake Superior Chippewa Indians of the Lac Courte Oreilles Reservation of Wisconsin | Great Lakes | 4,075.8 | Tribe's TPA is in Great Lakes Agency |
| Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin | Great Lakes | 4,075.8 | Tribe's TPA is in Great Lakes Agency |
| Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan | Michigan | 3,461.0 | Tribe's TPA is in Michigan Agency |

149

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | | Requested Funding for **FY 1992** in thousands of dollars | | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|---|---|---|
| | | | | | | |
| Las Vegas Tribe of Paiute Indians of the Las Vegas Colony, Nevada | | Las Vegas | | 96.0 | | Some or Most TPA funding under Tribe's name |
| Los Coyotes Band of Cahuilla Mission Indians of the Los Cayotes Reservation, California | | Southern Calif. | | 1,979.2 | | Tribe's TPA is in Southern California Agency |
| Lovelock Paiute Tribe of the Lovelock Indian Colony, Nevada | | Western Nevada | | 3,742.0 | | Tribe's TPA is in Western Nevada Agency |
| Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota | | Lower Brule | | 1,339.5 | | Tribe's TPA funding is in Agency with same name as Tribe |
| Lower Elwha Tribal Community of the Lower Elwha Reservation, Washington | | Lower Elwha | | 154.2 | | Some or Most TPA funding under Tribe's name |
| Lower Sioux Indian Community of Minnesota Mdewakanton Souix Indians of the Lower Souix Reservation in Minnesota | | Minnesota Souix | | 197.7 | | Tribe's TPA is in Minnesota Souix Agency |
| Lummi Tribe of the Lummi Reservation, Washington | | Lummi | | 2,491.6 | | Some or Most TPA funding under Tribe's name |
| Makah Indian Tribe of Makah Indian Reservation, Washington | | Makah | | 702.8 | | Some or Most TPA funding under Tribe's name |
| Manchester Band of Pomo Indians of the Manchester-Point Arena Rancheria, California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Manzanita Band of Diegueno Mission Indians of the Manzanita Reservation, California | | Southern Calif. | | 1,979.2 | | Tribe's TPA is in Southern California Agency |
| Mashantucket Pequot Tribe of Connecticut | | Pequot | | 304.6 | | Some or Most TPA funding under Tribe's name |
| Menominee Indian Tribe of Wisconsin | | Menominee | | 2,673.8 | | Tribe's TPA is in Meniminee Agency |
| Mesa Grande Band of Diegueno Mission Indians of the Mesa Grande Reservation, California | | Southern Calif. | | 1,979.2 | | Tribe's TPA is in Southern California Agency |
| Mescalero Apache Tribe of the Mescalero Reservation, New Mexico | | Mescalero | | 2,589.4 | | Tribe's TPA is in Mescalero Agency |

151

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| Miami Tribe of Oklahoma | Miami | 848.2 | Tribe's TPA is in Miami Agency |
| Miccosukee Tribe of Indians of Florida | Miccosukee | 1,299.5 | Tribe's TPA is in Miccosukee Agency |
| Middletown Rancheria of Pomo Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Minnesota Chippewa Tribe, Minnesota (Six component reservations: Bois Forte Band (Nett Lake); Fond du Lac Band; Grand Portage Band; Leech Lake Band; Mille Lacs Band; White Earth Band) | Minnesota | 4,898.1 | Tribes' TPA funding is in Minnesota Agency except Mille Lacs Band |
| Mille Lacs Band | Mille Lacs | 440.3 | Some or Most TPA funding under Tribe's name |
| Mississippi Band of Choctaw Indians, Mississippi | Choctaw | 2,497.7 | Tribe's TPA is in Choctaw Agency |
| Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada | Moapa | 122.4 | Some or Most TPA funding under Tribe's name |
| Modoc Tribe of Oklahoma | Miami | 848.2 | Tribe's TPA is in Miami Agency |
| Mooretown Rancheria of Maidu Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Morongo Band of Cahuilla Mission Indians of the Morongo Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Muckleshoot Indian Tribe of the Muckleshoot Reservation, Washington | Muckleshoot | 60.0 | Some or Most TPA funding under Tribe's name |
| Narragansett Indian Tribe of Rhode Island | Narragansett | 768.8 | Some or Most TPA funding under Tribe's name |
| Navajo Tribe of Arizona, New Mexico & Utah | Navajo | 39,009.8 | Tribe's TPA is in Area Office and subordinate units (single tribe area) |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| | | | |
| Nez Perce Tribe of Idaho | Nez Perce | 1,888.9 | Some or Most TPA funding under Tribe's name, some is likely in Northern Idaho Agency |
| Nisqually Indian Community of the Nisqually Reservation, Washngton | Nisqually | 192.8 | Some or Most TPA funding under Tribe's name |
| Nooksack Indian Tribe of Washington | Nooksack | 50.0 | Some or Most TPA funding under Tribe's name, some is likely in Puget Sound Agency |
| Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana | Northem Cheyenne | 3,009.6 | Tribe's TPA funding is in Agency with same name as Tribe |
| Northfork Rancheria of Mono Indians of Califomia | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Northwestern Band of Shoshoni Nation of Utah (Washakie) | N.W. Shoshoni | 163.7 | Some or Most TPA funding under Tribe's name, some is likely in Fort Hall Agency |
| Oglala Sioux Tribe of the Pine Ridge Reservation, South Dakota | Pine Ridge | 6,836.0 | Tribe's TPA is in Pine Ridge Agency |
| Omaha Tribe of Nebraska | Winnebago | 3,743.5 | Tribe's TPA is in Winnebago Agency |
| Oneida Nation of New York | NY Liason | 403.2 | Tribe's TPA is in New York Field Office |
| Oneida Tribe of Wisconsin | Great Lakes | 4,075.8 | Tribe's TPA is in Great Lakes Agency |
| Onondaga Nation of New York | NY Liason | 403.2 | Tribe's TPA is in New York Field Office |
| Osage Tribe of Oklahoma | Osage | 2,063.5 | Tribe's TPA is in Osage Agency |

152

153

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| Ottawa Tribe of Oklahoma | Miami | 848.2 | Tribe's TPA is in Miami Agency |
| Otoe-Missouria Tribe of Oklahoma | Pawnee | 2,465.0 | Tribe's TPA is in Pawnee Agency |
| Paiute Indian Tribe of Utah | Utah Paiute | 403.2 | Some or Most TPA funding under Tribe's name |
| Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Paiute-Shoshone Tribe of the Fallon Reservation and Colony , Nevada | Western Nevada | 3,742.0 | Tribe's TPA is in Western Nevada Agency |
| Paiute-Shoshone Indians of the Lone Pine Community of the Lone Pine Reservation, California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Pala Band of Luiseno Mission Indians of the Pala Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Pascua Yaqui Tribe of Arizona | Pascua Taqui | 1,078.9 | Some or Most TPA funding under Tribe's name |
| Passamaquoddy Tribe of Maine | Indian Township and Pleasant Point | 1,496.1 | Some or Most TPA funding under Tribe's name as two separate bands |
| Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Pawnee Indian Tribe of Oklahoma | Pawnee | 2,465.0 | Tribe's TPA is in Pawnee Agency |
| Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Penobscot Tribe of Maine | Penobscot | 1,220.7 | Some or Most TPA funding under Tribe's name |
| Peoria Tribe of Oklahoma | Miami | 848.2 | Tribe's TPA is in Miami Agency |
| Picayune Rancheria of Chukchansi Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| | | | |
| Pinoleville Rancheria of Pomo Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Pit River Tribe of California (includes Big Bend, Lookout, Montgomery Creek & Roaring Creek Rancherias & XL Ranch) | Northern Calif. | 1,984.2 | Tribe's TPA is in Northern California Agency |
| Poarch Band of Creek Indians of Alabama | Poarch Creek | 1,000.1 | Some or Most TPA funding under Tribe's name |
| Ponca Tribe of Indians of Oklahoma | Pawnee | 2,465.0 | Tribe's TPA is in Pawnee Agency |
| Port Gamble Indian Community of the Port Gamble Reservation, Washington | Port Gamble | 210.3 | Some or Most TPA funding under Tribe's name |
| Potter Valley Rancheria of Pomo Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Prairie Band of Potawatomi Indians, Kansas | Potawatomi | 316.9 | Some or Most TPA funding under Tribe's name |
| Prairie Island Indian Community of Minnesota Mdewakanton Sioux Indians of the Prairie Island Reservation, Minnesota | Minnesota Souix | 197.7 | Tribe's TPA is in Minnesota Souix Agency |
| Pueblo of Acoma, New Mexico | Acoma | 455.8 | Tribe's TPA is in Tribe's name and Southern Pueblo Agency |
| Pueblo of Cochiti, New Mexico | Cochiti | 59.0 | Tribe's TPA is in Tribe's name and Southern Pueblo Agency |
| Pueblo of Jemez, New Mexico | Jemez | 156.2 | Tribe's TPA is in Tribe's name and Southern Pueblo Agency |
| Pueblo of Isleta, New Mexico | Isleta | 237.1 | Tribe's TPA is in Tribe's name and Southern Pueblo Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| | | | |
| Pueblo of Laguna, New Mexico | Laguna | 1,647.6 | Tribe's TPA funding is in Laguna Agency |
| Pueblo of Nambe, New Mexico | Nambe | 121.3 | Tribe's TPA is in Tribe's name and Northern Pueblo Agency |
| Pueblo of Picuris, New Mexico | Picuris | 121.3 | Tribe's TPA is in Tribe's name and Northern Pueblo Agency |
| Pueblo of Pojoaque, New Mexico | Pojoaque | 258.9 | Tribe's TPA is in Tribe's name and Northern Pueblo Agency |
| Pueblo of San Felipe, New Mexico | San Felipe | 148.0 | Tribe's TPA is in Tribe's name and Southern Pueblo Agency |
| Pueblo of San Juan, New Mexico | San Juan | 351.8 | Tribe's TPA is in Tribe's name and Northern Pueblo Agency |
| Pueblo of San Ildefonso, New Mexico | San Ildefonso | 215.2 | Tribe's TPA is in Tribe's name and Northern Pueblo Agency |
| Pueblo of Sandia, New Mexico | Sandia | 132.2 | Tribe's TPA is in Tribe's name and Southern Pueblo Agency |
| Pueblo of Santa Ana, New Mexico | Santa Ana | 82.6 | Tribe's TPA is in Tribe's name and Southern Pueblo Agency |
| Pueblo of Santa Clara, New Mexico | Santa Clara | 312.5 | Tribe's TPA is in Tribe's name and Northern Pueblo Agency |

155

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| | | | |
| Pueblo of Santo Domingo, New Mexico | Santo Domingo | 195.6 | Tribe's TPA is in Tribe's name and Southern Pueblo Agency |
| Pueblo of Taos, New Mexico | Taos | 641.1 | Tribe's TPA is in Tribe's name and Northern Pueblo Agency |
| Pueblo of Tesuque, New Mexico | Tesuque | 118.0 | Tribe's TPA is in Tribe's name and Northern Pueblo Agency |
| Pueblo of Zia, New Mexico | Zia | 96.1 | Tribe's TPA is in Tribe's name and Southern Pueblo Agency |
| Puyallup Tribe of the Puyallup Reservation, Washington | Puyallup | 333.0 | Some or Most TPA funding under Tribe's name, some is likely in Puget Sound Agency |
| Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Nevada | Western Nevada | 3,742.0 | Tribe's TPA is in Western Nevada Agency |
| Quapaw Tribe of Oklahoma | Miami | 848.2 | Tribe's TPA is in Miami Agency |
| Quartz Valley Rancheria of Karok, Shasta & Upper Klamath Indians of California | Northern Calif. | 1,984.2 | Tribe's TPA is in Northern California Agency |
| Quechan Tribe of the Fort Yuma Indian Reservation, California | Ft. Yuma | 988.5 | Tribe's TPA is in Fort Yuma Agency |
| Quileute Tribe of the Quileute Reservation, Washington | Olym. Peninsula | 3,413.4 | Tribe's TPA is in Olympic Peninsula Agency |
| Quinault Tribe of the Quinault Reservation, Washington | Quinault | 4,127.9 | Some or Most TPA funding under Tribe's name |
| Ramona Band or Village of Cahuilla Mission Indians of California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |

157

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| | | | |
| Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin | Great Lakes | 4,075.8 | Tribe's TPA is in Great Lakes Agency |
| Red Lake Band of Chippewa Indians of the Red Lake Reservation, Minnesota | Red Lake | 3,754.0 | Tribe's TPA is in Red Lake Agency |
| Redding Rancheria of Pomo Indians of California | Northern Calif. | 1,984.2 | Tribe's TPA is in Northern California Agency |
| Redwood Valley Rancheria of Pomo Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Reno-Sparks Indian Colony, Nevada | Western Nevada | 3,742.0 | Tribe's TPA is in Western Nevada Agency |
| Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Robinson Rancheria of Pomo Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Rohnerville Rancheria of Bear River or Mattole Indians of California | Northern Calif. | 1,984.2 | Tribe's TPA is in Northern California Agency |
| Rosebud Sioux Tribe of the Rosbud Indian Reservation, South Dakota | Rosebud | 4,779.7 | Tribe's TPA funding is in Agency with same name as Tribe |
| Rumsey Indian Rancheria of Wintun Indians of California | Central Calif. | 2,869.5 | Tribe's TPA is in Central California Agency |
| Sac and Fox Tribe of Mississippi in Iowa | Sac & Fox F.O. | 92.9 | Tribe's TPA is in Sac and Fox Field Office |
| Sac & Fox Nation of Missouri in Kansas and Nebraska | Sac & Fox | 41.4 | Some or Most TPA funding under Tribe's name |
| Sac & Fox of Oklahoma | Sac & Fox Ok | 363.7 | Some or Most TPA funding under Tribe's name |
| Saginaw Chippewa Indian Tribe of Michigan, Isabella Reservation | Michigan | 3,461.0 | Tribe's TPA is in Michigan Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | Requested Funding for **FY 1992** in thousands of dollars | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|
| | | | |
| Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona | Salt River | 1,436.7 | Tribe's TPA is under Tribe's name and in Salt River Agency |
| San Carlos Apache Tribe of the San Carlos Reservation, Arizona | San Carlos | 5,306.1 | Tribe's TPA is in San Carlos Agency |
| San Manual Band of Serrano Mission Indians of the San Manual Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| San Pasqual Band of Diegueno Mission Indians of California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Santa Rosa Indian Community of the Santa Rosa Rancheria, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Central California Agency |
| Santa Rosa Band of Cahuilla Mission Indians of the Santa Rosa Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Santa Ynez Band of Chumash Mission Indians of the Santa Ysabei Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Santa Ysabel Band of Diegueno Mission Indians of the Santa Ysabel Reservation, California | Southern Calif. | 1,979.2 | Tribe's TPA is in Southern California Agency |
| Santee Sioux Tribe of the Santee Reservation of Nebraska | Winnebago | 3,743.5 | Tribe's TPA is in Winnebago Agency |
| Sauk-Suiattle Indian Tribe of Washington | Puget Sound | 1,456.4 | Tribe's TPA is in Puget Sound Agency |
| Sault Ste. Marie Tribe of Chippewa Indians of Michigan | Michigan | 3,461.0 | Tribe's TPA is in Michigan Agency |
| Seminole Nation of Oklahoma | Wewoka | 1,435.2 | Tribe's TPA is in Wewoka Agency |
| Seminole Tribe of Florida, Dania, Big Cypress & Brighton Reservations | Seminole | 2,121.6 | Tribe's TPA is in Seminole Agency |
| Seneca Nation of New York | Seneca | 379.8 | Some or Most TPA funding under Tribe's name |
| Seneca-Cayuga Tribe of Oklahoma | Miami | 848.2 | Tribe's TPA is in Miami Agency |

158

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | | Requested Funding for **FY 1992** in thousands of dollars | | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|---|---|---|
| | | | | | | |
| Shakopee Mdewakanton Sioux Community of Minnesota (Prior Lake) | | Minnesota Souix | | 197.7 | | Tribe's TPA is in Minnesota Souix Agency |
| Sheep Ranch Rancheria of Me-Wuk Indians of California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Sherwood Valley Rancheria of Pomo Indians of California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract). Califonia | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Shoalwater Bay Tribe of the Shoalwater Bay Indian Reservation, Washington | | Olym. Peninsula | | 3,413.4 | | Tribe's TPA is in Olympic Pennisula Agency |
| Shoshone Tribe of the Wind River Reservation, Wyoming | | Wind River | | 1,497.3 | | Tribe's TPA is in Wind River Agency |
| Shoshone-Bannock Tribes of the Fort Hall Reservation of Idaho | | Fort Hall | | 2,541.5 | | Tribe's TPA is in Fort Hall Agency |
| Shoshone-Paiute Tribes of the Duck Valley Reservation, Nevada | | Eastern Nevada | | 2,952.6 | | Tribe's TPA is in Eastern Nevada Agency |
| Sisseton-Wahpeton Sioux Tribe of the Lake Traverse Reservation, South Dakota | | Sisseton | | 2,001.1 | | Tribe's TPA is in Sisseton Agency |
| Skokomish Indian Tribe of the Skokomish Reservation, Washington | | Olym. Peninsula | | 3,413.4 | | Tribe's TPA is in Olympic Pennisula Agency |
| Skull Valley Band of Goshute Indians of Utah | | Uintah & Ouray | | 2,298.5 | | Tribe's TPA is in Uintah and Ouray Agency |
| Smith River Rancheria of California | | Northern Calif. | | 1,984.2 | | Tribe's TPA is in Northern California Agency |
| Soboba Band of Luiseno Mission Indians of the Soboba Reservation, California | | Southern Calif. | | 1,979.2 | | Tribe's TPA is in Southern California Agency |
| Sokaogon Chippewa Community of the Mole Lake Band of Chippewa Indians, Wisconsin | | Great Lakes | | 4,075.8 | | Tribe's TPA is in Great Lakes Agency |
| Southern Ute Indian Tribe of the Southern Ute Reservation, Colorado | | Southern Ute | | 1,506.1 | | Tribe's TPA is in Southern Ute Agency |

159

160

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | | Requested Funding for **FY 1992** in thousands of dollars | | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|---|---|---|
| | | | | | | |
| Spokane Tribe of the Spokane Reservation, Washington | | Spokane | | 2,052.4 | | Tribe's TPA is in Spokane Agency |
| Squaxin Island Tribe of the Squaxin Island Reservation, Washington | | Squaxin Island | | 232.1 | | Some or Most TPA funding under Tribe's name |
| St. Croix Chippewa Indians of Wisconisn, St. Croix Reservation | | Great Lakes | | 4,075.8 | | Tribe's TPA is in Great Lakes Agency |
| St. Regis Band of Mohawk Indians of New York | | St. Regis | | 448.3 | | Some or Most TPA funding under Tribe's name |
| Standing Rock Sioux Tribe of North & South Dakota | | Standing Rock | | 4,143.9 | | Tribe's TPA funding is in Agency with same name as Tribe |
| Stockbridge-Munsee Community of Mohican Indians of Wisconsin | | Great Lakes | | 4,075.8 | | Tribe's TPA is in Great Lakes Agency |
| Stillaguamish Tribe of Washington | | Stillaguamish | | 35.0 | | Some or Most TPA funding under Tribe's name, some is likely in Puget Sound Agency |
| Summit Lake Paiute Tribe of Nevada | | Western Nevada | | 3,742.0 | | Tribe's TPA is in Western Nevada Agency |
| Suquamish Indian Tribe of the Port Madison Reservation, Washington | | Suquamish | | 417.9 | | Some or Most TPA funding under Tribe's name |
| Susanville Indian Rancheria of Paiute, Maidu, Pit River & Washoe Indians of California | | Northern Calif. | | 1,984.2 | | Tribe's TPA is in Northern California Agency |
| Swinomish Indians of the Swinomish Reservation, Washington | | Swinomish | | 219.0 | | Some or Most TPA funding under Tribe's name |
| Sycuan Band of Diegueno Mission Indians of California | | Southern Calif. | | 1,979.2 | | Tribe's TPA is in Southern California Agency |
| Table Bluff Rancheria of Wiyot Indians of California | | Northern Calif. | | 1,984.2 | | Tribe's TPA is in Northern California Agency |
| Table Mountain Rancheria of California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | | Requested Funding for **FY 1992** in thousands of dollars | | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|---|---|---|
| | | | | | | |
| Te-Moak Tribes of Western Shoshone Indians of Nevada | | Eastern Nevada | | 2,952.6 | | Tribe's TPA is in Eastern Nevada Agency |
| Thlopthlocco Tribal Town of the Creek Nation of Oklahoma | | Okmulgee | | 2,706.7 | | Tribe's TPA is in Okmulgee Agency |
| Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota | | Fort Berthold | | 3,099.8 | | Tribe's TPA is in Fort Berthold Agency |
| Tohono O'odham Nation of Arizona (formerly known as the Papago Tribe of the Sells, Gila Bend & San Xavier Reservation, Arizona) | | Papago | | 5,017.0 | | Tribe's TPA is in Papago Agency |
| Tonawanda Band of Seneca Indians of New York | | NY Liason | | 403.2 | | Tribe's TPA is in New York Field Office |
| Tonkawa Tribe of Indians of Oklahoma | | Pawnee | | 2,465.0 | | Tribe's TPA is in Pawnee Agency |
| Tonto Apache Tribe of Arizona | | Tonto Apache | | 67.7 | | Some or Most TPA funding under Tribe's name, some is likely in Truxton Canyon Agency |
| Torres-Martinez Band of Cahuilla Mission Indians of California | | Southern Calif. | | 1,979.2 | | Tribe's TPA is in Southern California Agency |
| Tule River Indian Tribe of the Tule River Reservation, California | | Tule River | | 237.0 | | Some or Most TPA funding under Tribe's name, some is likely in Central California Agency |
| Tulalip Tribes of the Tulalip Reservation, Washington | | Tulalip | | 90.0 | | Some or Most TPA funding under Tribe's name, some is likely in Puget Sound Agency |
| Tunica-Biloxi Indian Tribe of Louisiana | | Tunica Biloxi | | 227.0 | | Some or Most TPA funding under Tribe's name |
| Tuolumne Band of Me-Wuk Indians of the Tuolumne Rancheria of California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |

161

162

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | | Requested Funding for **FY 1992** in thousands of dollars | | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|---|---|---|
| | | | | | | |
| Turtle Mountain Band of Chippewa Indians of North Dakota | | Turtle Mountain | | 4,119.7 | | Tribe's TPA is in Turtle Mountain Agency |
| Tuscarora Nation of New York | | NY Liason | | 403.2 | | Tribe's TPA is in New York Field Office |
| Twenty-Nine Palms Band of Luiseno Mission Indians of California | | Southern Calif. | | 1,979.2 | | Tribe's TPA is in Southern California Agency |
| United Keetoowah Band of Cherokee Indians of Oklahoma | | Tahlequah | | 5,601.7 | | Tribe's TPA is in Tahlequah Agency |
| Upper Lake Band of Pomo Indians of Upper Lake Rancheria of California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Upper Sioux Indian Community of the Upper Sioux Reservation, Minnesota | | Minnesota Sioux | | 197.7 | | Tribe's TPA is in Minnesota Souix Agency |
| Upper Skagit Indian Tribe of Washington | | Upper Skagit | | 98.1 | | Some or Most TPA funding under Tribe's name. some is likely in Puget Sound Agency |
| Ute Indian Tribe of the Uintah & Ouray Reservation, Utah | | Uintah & Ouray | | 2,298.5 | | Tribe's TPA is in Uintah and Ouray Agency |
| Ute Mountain Tribe of the Ute Mountain Reservation, Colorado, New Mexico & Utah | | Ute Mountain Ute | | 1,566.5 | | Tribe's TPA is in Ute Mountain Ute Agency |
| Utu Utu Gwaitu Paiute Tribe of the Benton Paiute Reservation, California | | Central Calif. | | 2,869.5 | | Tribe's TPA is in Central California Agency |
| Walker River Paiute Tribe of the Walker River Reservation, Nevada | | Western Nevada | | 3,742.0 | | Tribe's TPA is in Western Nevada Agency |
| Washoe Tribe of Nevada & California (Carson Colony, Dresslerville & Washoe Ranches) | | Western Nevada | | 3,742.0 | | Tribe's TPA is in Western Nevada Agency |
| White Mountain Apache Tribe of the Fort Apache Reservation, Arizona | | Ft. Apache | | 5,430.1 | | Tribe's TPA is in Fort Apache Agency |
| Wichita Indian Tribe of Oklahoma | | Anadarko | | 4,710.4 | | Tribe's TPA is in Anadarko Agency |

163

| Tribal Name from list of Indian Entities Recognized and Eligible To Receive Services From the US BIA, **Dec. 29, 1988** Indian Tribal Entities Within the Contiguous 48 States | | Tribal Name or Source of Fund in BIA Budget "Green Book" for **FY 1992** | | Requested Funding for **FY 1992** in thousands of dollars | | Where TPA Funding for This Tribe is Located in the BIA Budget for this Fiscal Year |
|---|---|---|---|---|---|---|
| | | | | | | |
| Winnebago Tribe of Nebraska | | Winnebago | | 3,743.5 | | Tribe's TPA is in Winnebago Agency |
| Winnemucca Indian Colony of Nevada | | Western Nevada | | 3,742.0 | | Tribe's TPA is in Western Nevada Agency |
| Wisconsin Winnebago Indian Tribe of Wisconsin | | Great Lakes | | 4,075.8 | | Tribe's TPA is in Great Lakes Agency |
| Wyandotte Tribe of Oklahoma | | Miami | | 848.2 | | Tribe's TPA is in Miami Agency |
| Yankton Sioux Tribe of South Dakota | | Yankton | | 1,260.3 | | Tribe's TPA funding is in Agency with same name as Tribe |
| Yavapai-Apache Nation of the Camp Verde Reservation, Arizona | | Yavapai Apache | | 179.3 | | Some or Most TPA funding under Tribe's name, some is likely in Truxton Canyon Agency |
| Yavapai-Prescott Tribe of the Yavapai Reservation, Arizona | | Yavapai Prescott | | 58.8 | | Some or Most TPA funding under Tribe's name, some is likely in Truxton Canyon Agency |
| Yerington Paiute Tribe of the Yerington Colony & Campbell Ranch, Nevada | | Western Nevada | | 3,742.0 | | Tribe's TPA is in Western Nevada Agency |
| Yomba Shoshone Tribe of the Yomba Reservation, Nevada | | Western Nevada | | 3,742.0 | | Tribe's TPA is in Western Nevada Agency |
| Ysleta Del Sur Pueblo of Texas | | Ysleta Del Sur | | 519.0 | | Some or Most TPA funding under Tribe's name, some is likely in Southern Pueblo Agency |
| YurokTribe of the Hoopa Valley Reservation, California | | Yurok | | 1,068.0 | | Some or Most TPA funding under Tribe's name |
| Zuni Tribe of the Zuni Reservation, New Mexico | | Zuni | | 2,376.1 | | TPA funding is in Zuni Agency |