Calendar No. 166

103D CONGRESS 1st Session } SENATE { REPORT 103–114

# DEPARTMENT OF THE INTERIOR AND RELATED AGENCIES APPROPRIATIONS BILL, 1994

JULY 28 (legislative day, JUNE 30), 1993.—Ordered to be printed

Mr. BYRD, from the Committee on Appropriations, submitted the following

## REPORT

[To accompany H.R. 2520]

The Committee on Appropriations, to which was referred the bill (H.R. 2520) making appropriations for the Department of the Interior and related agencies for the fiscal year ending September 30, 1994, and for other purposes, reports the same to the Senate with various amendments and presents herewith information relative to the changes recommended:

AMOUNTS IN NEW BUDGET (OBLIGATIONAL) AUTHORITY, FISCAL YEAR 1994

| | |
|---|---|
| Amount of bill passed by House | $12,685,169,000 |
| Amount of increase by Senate | 662,541,000 |
| Total of bill as reported to Senate | 13,347,710,000 |
| Estimates considered by House | 13,617,688,000 |
| Estimates considered by Senate | 13,617,688,000 |
| Below the budget estimate, 1994 | −269,978,000 |
| Over appropriations, 1993 | +1,200,171,000 |

70–736 cc

EXHIBIT 21
In Support of Plaintiff's Opposition to Motion to Dismiss on TPA & IHS
Samish v. U.S., No. 02-1383L

| | Budget estimate | Committee recommendation | Change |
|---|---|---|---|
| Subtotal, general administration | 6,224,000 | 6,202,000 | −22,000 |
| Total, abandoned mine reclamation fund | 191,629,000 | 190,107,000 | −1,522,000 |

*Federal reclamation programs.*—The Committee recommends a decrease of $1,500,000 for Federal reclamation programs. The net decrease consists of $2,000,000 in reclamation program operations for the Federal emergency program and an increase of $500,000 for the Rural Abandoned Mine Reclamation Program [RAMP].

The decrease recommended by the Committee for the Federal emergency program reflects carryover funds and will have no programmatic effect.

*General administration.*—The Committee recommends a decrease of $22,000 in general administration for the Take Pride in America Program which has been discontinued by the Department.

*Bill language.*—The Committee recommends retaining bill language added by the House in last year's act which continues the Federal emergency program and limits expenditures in any one State to 25 percent of the total appropriated for Federal and State administered emergency programs. The total recommended for fiscal year 1994 is $20,000,000.

The Committee recommends deleting bill language added by the House that maintains 16 FTE's at the anthracite program office in Wilkes-Barre, PA.

## INDIAN AFFAIRS

### BUREAU OF INDIAN AFFAIRS

### OPERATION OF INDIAN PROGRAMS

| | |
|---|---|
| Appropriations, 1993 | $1,342,385,000 |
| Budget estimate, 1994 | 1,473,306,000 |
| House allowance | 1,492,650,000 |
| Committee recommendation | 1,489,685,000 |

The Committee recommends an appropriation of $1,489,685,000, an increase of $16,379,000 above the budget estimate, a decrease of $2,965,000 below the House allowance, and $147,300,000 above the fiscal year 1993 level.

The following table provides a comparison of the budget estimate with the Committee recommendations:

| | Budget estimate | Committee recommendation | Change |
|---|---|---|---|
| TRIBAL BUDGET SYSTEM | | | |
| Tribal priority allocations: | | | |
| Tribal government | $91,474,000 | $91,474,000 | |
| Human services | 57,701,000 | 57,701,000 | |
| Education | 35,953,000 | 35,953,000 | |
| Public safety and justice | 94,898,000 | 94,898,000 | |
| Community development | 23,097,000 | 23,097,000 | |
| Resources management | 66,632,000 | 66,632,000 | |
| Trust services | 29,685,000 | 29,685,000 | |
| General administration | 27,798,000 | 27,798,000 | |

| | Budget estimate | Committee recommendation | Change |
|---|---|---|---|
| Tribal priority general increase | | 3,000,000 | +$3,000,000 |
| Subtotal, tribal priority allocations | 427,238,000 | 430,238,000 | +3,000,000 |
| Other recurring programs: | | | |
| Tribal government | 88,213,000 | 92,384,000 | +4,171,000 |
| Human services | 115,619,000 | 110,619,000 | −5,000,000 |
| Education: | | | |
| School operations: | | | |
| Forward funded | 316,111,000 | 316,111,000 | |
| Other school operations | 78,282,000 | 78,282,000 | |
| Subtotal, school operations | 394,393,000 | 394,393,000 | |
| Continuing education | 26,613,000 | 26,863,000 | +250,000 |
| Johnson O'Malley | 22,826,000 | 24,326,000 | +1,500,000 |
| Subtotal, education | 443,832,000 | 445,582,000 | +1,750,000 |
| Community development | 65,706,000 | 65,706,000 | |
| Resources management | 40,981,000 | 42,736,000 | +1,755,000 |
| Trust services | 3,008,000 | 3,008,000 | |
| Subtotal, other recurring programs | 757,359,000 | 760,035,000 | +2,676,000 |
| Nonrecurring programs: | | | |
| Tribal government | 9,209,000 | 9,209,000 | |
| Public safety and justice | 3,052,000 | 3,052,000 | |
| Community development | 10,688,000 | 10,688,000 | |
| Resources management | 28,038,000 | 28,538,000 | +500,000 |
| Trust services | 18,232,000 | 31,332,000 | +13,100,000 |
| Subtotal, nonrecurring programs | 69,219,000 | 82,819,000 | +13,600,000 |
| Total, tribal budget system | 1,253,816,000 | 1,273,092,000 | +19,276,000 |
| BIA OPERATIONS | | | |
| Central office operations: | | | |
| Tribal government | 3,665,000 | 3,665,000 | |
| Human services | 1,315,000 | 1,315,000 | |
| Public safety and justice | 2,899,000 | 2,899,000 | |
| Community development | 1,151,000 | 1,151,000 | |
| Resources management | 3,867,000 | 3,867,000 | |
| Trust services | 21,375,000 | 20,375,000 | −1,000,000 |
| General administration | 52,416,000 | 51,819,000 | −597,000 |
| Subtotal, central office operations | 86,688,000 | 85,091,000 | −1,597,000 |
| Area office operations: | | | |
| Tribal government | 2,320,000 | 2,320,000 | |
| Human services | 3,128,000 | 1,628,000 | −1,500,000 |
| Public safety and justice | 988,000 | 988,000 | |
| Community development | 4,449,000 | 4,449,000 | |
| Resources management | 4,320,000 | 4,320,000 | |
| Trust services | 12,381,000 | 12,381,000 | |
| General administration | 36,845,000 | 36,845,000 | |
| Subtotal, area office operations | 64,431,000 | 62,931,000 | −1,500,000 |

| | Budget estimate | Committee recommendation | Change |
|---|---|---|---|
| Special programs and pooled overhead: | | | |
| Human services | 2,593,000 | 2,593,000 | |
| Education | 13,603,000 | 13,803,000 | +200,000 |
| Public safety and justice | 2,494,000 | 2,494,000 | |
| Community development | 3,513,000 | 3,513,000 | |
| Resources management | 2,128,000 | 2,128,000 | |
| General administration | 44,040,000 | 44,040,000 | |
| Subtotal, special programs and pooled overhead | 68,371,000 | 68,571,000 | +200,000 |
| Total, BIA operations | 219,490,000 | 216,593,000 | −2,897,000 |
| Total, operation of Indian programs | 1,473,306,000 | 1,489,685,000 | +16,379,000 |

*Tribal priority allocations.*—The Committee recommends a level of $430,238,000 for tribal priority allocations, which represents an increase of $35,968,000, or 9 percent, above the fiscal year 1993 enacted level, and $3,000,000 above the requested level. Within the funds requested, funding is included for the Navajo child sexual abuse project and the Hopi child sexual abuse project to continue funding at the current level.

The additional $3,000,000 which the Committee recommends for tribal priority allocations represents an increase for distribution to all tribes according to their base. With the $10,000,000 general increase included in the budget request, a total of $13,000,000 is provided for distribution to the tribes. These funds are expected to help address tribal specific needs which have been identified to the Committee.

Within the funds provided for natural resources, $198,000 provided to the Colorado River Agency should be transferred to the Colorado River Tribe.

The Committee understands that the Hopi Tribe has increased range enforcement responsibilities for those areas partitioned to the tribe in the former Bennett freeze and expects that these additional costs will be addressed out of the tribe's and agency's proportionate share of the tribal priority allocation increases.

The Committee is concerned that as additional tribes enter into self-governance compacts and tribes are contracting for additional programs, the Bureau does not have a long-term strategy for effectively managing the changing programmatic and staffing requirements at the area and agency offices. In order to better understand the impact that the self-governance compacts and increased contracting has had Bureauwide, the BIA should provide the Committee with detailed information by area and agency on funding and staffing by program from fiscal year 1991 through fiscal year 1994. The information should indicate by program the level of contracting and the portion of the program which the Bureau continues to operate for each year and the related staffing. The Bureau should also indicate by program any residual oversight responsibilities which remain with the program where contracting has occurred, such as contract monitoring or technical assistance, and the staff and administrative costs associated with such oversight. The information should indicate changes in staffing that result from ad-