103D CONGRESS 1st Session } HOUSE OF REPRESENTATIVES { REPORT 103–158

# DEPARTMENT OF THE INTERIOR AND RELATED AGENCIES APPROPRIATIONS BILL, 1994

JUNE 24, 1993.—Committed to the Committee of the Whole House on the State of the Union and ordered to be printed

Mr. YATES, from the Committee on Appropriations, submitted the following

# REPORT

[To accompany H.R. 2520]

The Committee on Appropriations submits the following report in explanation of the accompanying bill making appropriations for the Department of the Interior and Related Agencies for the fiscal year ending September 30, 1994. The bill provides regular annual appropriations for the Department of the Interior (except the Bureau of Reclamation) and for other related agencies, including the Forest Service, the Department of Energy, the Indian Health Service, the Smithsonian Institution, and the National Foundation on the Arts and the Humanities.

CONTENTS


| | Page Bill | Page Report |
|---|---|---|
| Department of the Interior: | | |
| Bureau of Land Management | 2 | 6 |
| U.S. Fish and Wildlife Service | 9 | 12 |
| National Biological Survey | 14 | 21 |
| National Park Service | 15 | 24 |
| U.S. Geological Survey | 20 | 36 |
| Minerals Management Service | 22 | 38 |
| Bureau of Mines | 23 | 42 |
| Office of Surface Mining Reclamation and Enforcement | 24 | 45 |
| Bureau of Indian Affairs | 26 | 49 |
| Territorial and International Affairs | 35 | 60 |
| Departmental Offices | 38 | 63 |
| General Provisions | 40 | 66 |
| Related Agencies: | | |
| Forest Service, USDA | 46 | 67 |
| Department of Energy: | | |
| Clean Coal Technology | 59 | 85 |
| Fossil Energy Research and Development | 60 | 85 |
| Alternative Fuels Production | 60 | 90 |
| Naval Petroleum and Oil Shale Reserves | 60 | 90 |
| Energy Conservation | 61 | 91 |
| Economic Regulation | 63 | 96 |


69–583

EXHIBIT 22
In Support of Plaintiff's Opposition to Motion to Dismiss on TPA & IHS
Samish v. U.S., No. 02-1383L

the needed reclamation projects in the AML inventory to be addressed with AML State grant funding.

*Bill Language.* The Committee has recommended continuing bill language, carried in last year's Act, maintaining the Federal emergency reclamation program and limiting expenditures in any one State to 25 percent of the total appropriated for Federal and State-run emergency programs. The total recommended for fiscal year 1994 is $20 million.

Bill language also is recommended to maintain 16 FTEs at the anthracite program office in Wilkes-Barre, Pennsylvania. The FTE requirement has been reduced from 23 in previous years to reflect current requirements and presidentially-mandated staffing reductions.

The Committee has recommended discontinuing bill language, carried in previous years, limiting administrative costs for the rural abandoned mine program and providing for Secretarial denial of 50 percent of a State's AML grant when the State is systematically failing to implement its regulatory program.

### OSM ADMINISTRATIVE PROVISION

The Committee has not recommended continuing bill language, carried in last year's Act, limiting the expenditure of funds to one Deputy Director position in OSM. The Committee will not hesitate to reinstate this language in the future if necessary.

## BUREAU OF INDIAN AFFAIRS

### OPERATION OF INDIAN PROGRAMS

| | |
|---|---|
| Appropriation enacted, 1993 | $1,342,385,000 |
| Budget estimate, 1994 | 1,473,306,000 |
| Recommended, 1994 | 1,492,650,000 |
| Comparison: | |
| Appropriation, 1993 | +150,265,000 |
| Budget estimate, 1994 | +19,344,000 |

The amounts recommended by the Committee for fiscal year 1994 compared with the budget estimates by activity are as follows:

| | FY 1993 Enacted | Budget Estimates | Committee Bill | Change from Estimates |
|---|---|---|---|---|
| | (in thousands of dollars) | | | |
| **Tribal Priority Allocations** | | | | |
| Tribal government | 66,731 | 91,474 | 91,474 | --- |
| Human services | 62,786 | 67,701 | 67,701 | --- |
| Education | 33,614 | 36,963 | 36,963 | --- |
| Public safety and justice | 65,065 | 94,898 | 94,898 | --- |
| Community development | 23,361 | 23,097 | 23,097 | --- |
| Resources management | 61,204 | 66,632 | 66,632 | --- |
| Trust services | 27,736 | 29,685 | 29,685 | --- |
| General administration | 26,535 | 27,798 | 27,798 | --- |
| Tribal priority general increase | 17,338 | --- | 5,000 | +5,000 |
| Subtotal, Tribal Priority Allocations | 384,270 | 427,238 | 432,238 | +5,000 |
| **Other Recurring Programs** | | | | |
| Tribal government | 71,830 | 88,213 | 89,984 | +1,771 |
| Human services | 106,114 | 115,619 | 110,619 | -5,000 |
| Education | | | | |
| School operations | | | | |
| Forward-funded | 268,337 | 316,111 | 316,111 | --- |
| Other school operations | 74,626 | 78,282 | 79,282 | +1,000 |
| Subtotal, School operations | 342,963 | 394,393 | 395,393 | +1,000 |
| Continuing education | 24,187 | 26,613 | 26,613 | --- |
| Johnson O'Malley | 22,980 | 22,826 | 24,326 | +1,500 |
| Subtotal, Education | 390,130 | 443,832 | 446,332 | +2,500 |
| Community development | 65,602 | 65,706 | 65,706 | --- |
| Resources management | 36,207 | 40,981 | 43,156 | +2,175 |
| Trust services | 2,677 | 3,008 | 3,008 | --- |
| Subtotal, Other Recurring Programs | 672,460 | 757,359 | 758,805 | +1,446 |
| **Non-Recurring Programs** | | | | |
| Tribal government | 9,220 | 9,209 | 9,209 | --- |
| Public safety and justice | 3,052 | 3,052 | 3,052 | --- |
| Community development | 11,942 | 10,688 | 10,688 | --- |
| Resources management | 30,318 | 28,038 | 29,038 | +1,000 |
| Trust services | 27,776 | 18,232 | 35,832 | +17,600 |
| Subtotal, Non-Recurring Programs | 82,308 | 69,219 | 87,819 | +18,600 |
| **Central Office Operations** | | | | |
| Tribal government | 3,688 | 3,665 | 3,665 | --- |
| Human services | 1,394 | 1,316 | 1,316 | --- |
| Public safety and justice | 2,816 | 2,899 | 2,899 | --- |
| Community development | 1,092 | 1,161 | 1,161 | --- |
| Resources management | 3,932 | 3,867 | 3,867 | --- |
| Trust services | 13,852 | 21,376 | 19,876 | -1,500 |
| General administration | 44,664 | 52,416 | 47,914 | -4,502 |
| Subtotal, Central Office Operations | 71,438 | 86,688 | 80,686 | -6,002 |
| **Area Office Operations** | | | | |
| Tribal government | 1,915 | 2,320 | 2,320 | --- |
| Human services | 1,700 | 3,128 | 3,128 | --- |
| Public safety and justice | 620 | 988 | 988 | --- |
| Community development | 4,570 | 4,449 | 4,449 | --- |
| Resources management | 3,872 | 4,320 | 4,320 | --- |
| Trust services | 11,825 | 12,381 | 12,381 | --- |
| General administration | 33,719 | 36,845 | 36,645 | -200 |
| Subtotal, Area Office Operations | 58,221 | 64,431 | 64,231 | -200 |
| **Special Programs and Pooled Overhead** | | | | |
| Human services | 2,693 | 2,593 | 2,593 | --- |
| Education | 13,650 | 13,603 | 14,103 | +500 |
| Public safety and justice | 2,486 | 2,494 | 2,494 | --- |
| Community development | 3,386 | 3,513 | 3,513 | --- |
| Resources management | 2,128 | 2,128 | 2,128 | --- |
| General administration | 39,445 | 44,040 | 44,040 | --- |
| Subtotal, Special Programs and Pooled Overhead | 63,688 | 68,371 | 68,871 | +500 |
| Total, Operation of Indian Programs | 1,342,365 | 1,473,306 | 1,492,650 | +19,344 |

*Tribal priority allocations.*—The Committee recommends an increase of $5,000,000 for tribal priority allocations. These funds will be added to the $10,000,000 general increase included in the budget request, to be distributed to all tribes for their highest priority programs. Based on the requests received from tribes, it is expected that a large percentage of these additional funds will be used for tribal law enforcement and tribal courts programs.

The Committee is aware that one of the first-tier self-governance compact tribes, Mille Lacs, inadvertently received a reduction in shortfall funding in fiscal year 1993 due to establishment of base funding levels for four other first-tier tribes. In addition, the Southeast Alaska signatory tribes also received a reduction in shortfall