**Calendar No. 572**

| | | |
|---|---|---|
| 102d Congress<br>2d Session | SENATE | Report<br>102–345 |

# DEPARTMENT OF THE INTERIOR AND RELATED AGENCIES APPROPRIATIONS BILL, 1993

July 29 (legislative day July 23), 1992.—Ordered to be printed

Mr. Byrd, from the Committee on Appropriations, submitted the following

## REPORT

[To accompany H.R. 5503]

The Committee on Appropriations, to which was referred the bill (H.R. 5503) making appropriations for the Department of the Interior and related agencies for the fiscal year ending September 30, 1993, and for other purposes, reports the same to the Senate with various amendments and presents herewith information relative to the changes recommended:

AMOUNTS IN NEW BUDGET (OBLIGATIONAL) AUTHORITY, FISCAL YEAR 1993

| | |
|---|---|
| Amount of bill passed by House | $12,649,152,000 |
| Amount of decrease by Senate | −6,205,000 |
| Total of bill as reported to Senate | 12,642,947,000 |
| Estimates considered by House | 12,224,546,000 |
| Estimates considered by Senate | 12,224,546,000 |
| Over the budget estimate, 1993 | +418,401,000 |
| Over appropriations, 1992 | +119,547,000 |

57-689 cc

**EXHIBIT 23**
In Support of Plaintiff's Opposition to Motion to Dismiss on TPA & IHS
Samish v. U.S., No. 02-1383L

*State reclamation program grants.*—The Committee recommends an appropriation of $135,000,000 for State reclamation program grants, an increase of $4,500,000 above the budget estimate and the same as the House allowance. In agreement with the House, the Committee is recommending that each minimum program State is to receive $2,000,000. In further agreement with the House, the Committee has not included the administration's proposal to consolidate the Federal emergency program and the rural abandoned mine program with the State grants program.

*Federal reclamation programs.*—The Committee recommends an appropriation of $49,011,000 for Federal reclamation programs, an increase of $30,750,000 above the budget estimate and $3,000,000 above the House allowance. The recommended increase includes $15,000,000 for the Federal emergency program, $750,000 for high priority projects in nonprimary States and on tribal and Federal lands, and $15,000,000 for the rural abandoned mine program.

*General administration.*—The Committee recommends a decrease of $360,000 in general administration for costs associated with converting the OSM accounting system to the FFS.

*Bill language.*—The Committee agrees with bill language added by the House that limits the amounts that may be obligated in emergency reclamation projects, including the amount that may be spent in any one State. As a result, the Committee recommends providing $22,000,000 for State and Federal programs, of which no State may receive more than 25 percent and no more than $15,000,000 may be used for Federal emergency programs. The Committee's recommendation allows OSM to reprogram funds from the Federal emergency program account to the State AML grants account as needed for State-administered emergency programs, provided the 25 percent limit per State is not exceeded.

The Committee, however, has not included the remaining bill language provisions proposed by the House. Those provisions relate to monitoring the Wilkes-Barre, PA, field office, deleting provisions relating to the administrative costs of the RAMP program and the denial of 50 percent of a State's AML grant for failing to properly administer its regulatory program, and an administrative provision prohibiting the use of appropriated funds by OSM to create more than one Deputy Director position.

## INDIAN AFFAIRS

### BUREAU OF INDIAN AFFAIRS

#### OPERATION OF INDIAN PROGRAMS

| | |
|---|---|
| Appropriations, 1992 | $1,274,322,000 |
| Budget estimate, 1993 | 1,256,485,000 |
| House allowance | 1,354,151,000 |
| Committee recommendation | 1,335,944,000 |

The Committee recommends an appropriation of $1,335,944,000 an increase of $79,461,000 above the budget estimate, a decrease of $18,207,000 below the House allowance, and $61,622,000 above the fiscal year 1992 level.

The following table provides a comparison of the budget estimate with the Committee recommendations:

| | 1992 enacted | Budget estimate | Committee recommendation | Change |
|---|---|---|---|---|
| Tribal priority allocations | | | | |
| Tribal government | $54,975,000 | $65,790,000 | $65,790,000 | |
| Human services | 69,501,000 | 71,148,000 | 72,605,000 | +$1,457,000 |
| Education | 35,168,000 | 33,801,000 | 33,801,000 | |
| Public safety and justice | 87,139,000 | 87,065,000 | 86,565,000 | 500,000 |
| Community development | 4,251,000 | 4,195,000 | 4,195,000 | |
| Resources management | 85,253,000 | 85,068,000 | 85,068,000 | |
| Other trust services | 4,037,000 | 3,864,000 | 3,864,000 | |
| General administration | 26,610,000 | 26,762,000 | 26,762,000 | |
| Special distributions | | | 17,000,000 | +17,000,000 |
| Subtotal, tribal priority allocations | 366,934,000 | 377,693,000 | 395,650,000 | +17,957,000 |
| Other recurring programs | | | | |
| Tribal government | 3,350,000 | 3,157,000 | 6,664,000 | +3,507,000 |
| Human services | 101,471,000 | 100,024,000 | 107,024,000 | +7,000,000 |
| Education | | | | |
| School operations | 294,134,000 | 306,882,000 | 314,382,000 | +7,500,000 |
| Continuing education | 23,394,000 | 23,394,000 | 23,394,000 | |
| Johnson O'Malley | 23,590,000 | 22,177,000 | 23,177,000 | +1,000,000 |
| Subtotal, education | 341,118,000 | 352,453,000 | 360,953,000 | +8,500,000 |
| Community development | 65,579,000 | 60,004,000 | 65,814,000 | +5,810,000 |
| Resources management | 38,906,000 | 28,967,000 | 37,103,000 | +8,136,000 |
| Other trust services | 4,267,000 | 4,547,000 | 4,547,000 | |
| Subtotal, other recurring programs | 554,691,000 | 549,152,000 | 582,105,000 | +32,953,000 |
| Nonrecurring programs | | | | |
| Tribal government | 65,668,000 | 65,531,000 | 70,531,000 | +5,000,000 |
| Education | 19,748,000 | 21,448,000 | 23,748,000 | +2,300,000 |
| Public safety and justice | 1,983,000 | 1,983,000 | 1,983,000 | |
| Community development | 11,849,000 | 4,257,000 | 11,257,000 | +7,000,000 |
| Resources management | 33,192,000 | 22,810,000 | 33,180,000 | +10,370,000 |
| Other trust services | 17,506,000 | 7,480,000 | 17,196,000 | +9,716,000 |
| Subtotal, nonrecurring programs | 149,946,000 | 123,509,000 | 157,895,000 | +34,386,000 |
| Central office operations | | | | |
| Tribal government | 3,723,000 | 3,720,000 | 3,720,000 | |
| Human services | 1,362,000 | 1,358,000 | 1,358,000 | |
| Public safety and justice | 2,883,000 | 3,071,000 | 3,071,000 | |
| Community development | 666,000 | 1,952,000 | 1,452,000 | 500,000 |
| Resources management | 5,772,000 | 5,243,000 | 5,243,000 | |
| Other trust services | 935,000 | 934,000 | 934,000 | |
| General administration | 37,731,000 | 39,518,000 | 39,968,000 | +450,000 |
| Subtotal, central office operations | 53,072,000 | 55,796,000 | 55,746,000 | 50,000 |
| Area office operations | | | | |
| Tribal government | 2,072,000 | 1,931,000 | 1,931,000 | |
| Human services | 1,252,000 | 1,626,000 | 1,626,000 | |
| Public safety and justice | 1,008,000 | 814,000 | 814,000 | |
| Community development | 372,000 | 1,132,000 | 1,132,000 | |
| Resources management | 6,820,000 | 6,623,000 | 6,623,000 | |
| Other trust services | 4,254,000 | 4,092,000 | 4,092,000 | |
| General administration | 28,614,000 | 30,699,000 | 30,699,000 | |

| | 1992 enacted | Budget estimate | Committee recommendation | Change |
|---|---|---|---|---|
| Subtotal, area office operations | 44,452,000 | 46,917,000 | 46,917,000 | |
| Special programs and pooled overhead | | | | |
| Human services | 5,431,000 | 5,004,000 | 5,464,000 | +460,000 |
| Education | 20,825,000 | 17,555,000 | 20,990,000 | +3,435,000 |
| Public safety and justice | 5,754,000 | 7,087,000 | 7,087,000 | |
| Community development | 4,647,000 | 4,499,000 | 4,619,000 | +120,000 |
| Resources management | 8,179,000 | 8,034,000 | 8,234,000 | +200,000 |
| Other trust services | 8,183,000 | 12,639,000 | 12,639,000 | |
| General administration | 52,208,000 | 48,598,000 | 48,598,000 | |
| Allocation reduction | | | 10,000,000 | 10,000,000 |
| Total, operation of Indian programs | 1,274,322,000 | 1,256,483,000 | 1,335,944,000 | +79,461,000 |

*Reorganization*.—The Committee has agreed to a restructuring of the budget, which is reflected in the table above. The restructuring was proposed by the joint reorganization task force in an effort to more clearly identify the amounts which are included in the tribal budget system and the amounts provided to Bureau operations.

*Tribal priority allocations*.—The Committee recommends an increase of $17,957,000 for tribal priority allocations. The Committee recommends an increase of $1,457,000 for the Indian Child Welfare Act. Within this amount, the Navajo child sexual abuse project and the Hopi child sexual abuse project should be continued at their current level of funding.

The Committee recommends a decrease of $500,000 for public safety and justice to reduce the funding for juvenile detention centers, because not all of the juvenile detention centers for which funding was requested will be operational in fiscal year 1993.

The Committee recommends an increase of $17,000,000 for special distributions for individual tribal budgets. The Committee expects the Bureau to distribute this funding to all tribal budgets according to their base. Within the total provided, $1,000,000 is recommended as an increase for the base of the Michigan tribes. The Committee is aware of the difficulty that small tribes have in meeting their fundamental needs. Special consideration should be given to assist the Fort Sill Apache Tribe in Oklahoma and other such small tribes in meeting their administrative operating costs.

*Other recurring programs*.—The Committee recommends an increase of $32,953,000 for other recurring programs. The Committee concurs with the inclusion of the welfare assistance grants, the Indian School Equalization Program [ISEP], the Johnson O'Malley educational assistance program, road maintenance, and housing improvement programs within this portion of the budget. The Committee concurs that these programs should be allocated and/or distributed in the same manner in which they were in fiscal year 1992.

Within tribal government, an increase of $3,507,000 is recommended, which includes $280,000 for the Aroostook Band of Micmac Indians, $247,000 for the Coquille Tribe, $1,164,000 for the Oneida Tribe of New York, $466,000 for the Ponca Tribe, $250,000 for the Yurok Interim Council, and $1,100,000 for the Yurok Tribe.