

# Empowerment Of Tribal Governments

# FINAL WORKGROUP REPORT

## TRIBAL WORKGROUP ON TRIBAL NEEDS ASSESSMENTS

## RELATED TO: Bureau Of Indian Affairs Tribal Priority Allocations

EXHIBIT 30
In Support of Plaintiff's Opposition to Motion to Dismiss on TPA & IHS
Samish v. U.S. No. 02-1383L

# TRIBAL WORKGROUP ON
# TRIBAL NEEDS ASSESSMENTS AND TRIBAL PRIORITY ALLOCATIONS

May 1999

To Tribal Leaders, Congressional Members and Other Interested Parties:

We are pleased to present you with our **Tribal Workgroup Report on Tribal Needs Assessments Related to Bureau of Indian Affairs Tribal Priority Allocations (TPA)**. This report is the result of almost a year long effort and meetings with tribal leaders, program staff, the Bureau of Indian Affairs, as well as other experts in these matters.

This report embraces the theme of "Tribal Empowerment" and supports tribal government self-determination efforts. Our findings, conclusions and recommendations included in this report are tribally-driven and based on extensive research which was gathered and developed under this initiative. As stated in our Executive Summary, we urge you to support and take these recommendations under serious consideration.

Tribal Priority Allocation (TPA) is the only dependable recurring federal resources available to tribes that can be used for program re-design and for which funds can be allocated to address local tribal needs. There are many complex issues and factors related to TPA programs and funding. We firmly believe that our report clearly addresses these issues and provides an explanation of the TPA history and funding distribution. Further, we have provided a recommended option regarding distribution of future increases in TPA funding that is designed to reduce funding disparities amongst tribes.

It is clear from our analysis that there remains a tremendous level of unmet need for essential tribal governmental and programmatic services. Our report includes a preliminary analysis which provides for standards to measure unmet TPA funding needs as compared to mainstream America for similar programs. There is wide-spread agreement that additional funding is needed to address the overall unmet need in our American Indian and Alaska Native communities.

While the BIA has submitted a separate report on this topic, the tribal representatives serving on the Workgroup wished to include a more comprehensive analysis. Several of documents developed by the Workgroup were not included in its entirety in the BIA report; including: (1) research of statutes, executive actions and policy declarations, selected court opinions, and historical development of Federal Indian policies; and (2) budget analysis showing the trends in Federal funding for Indian programs (for the period 1976 to present). The tribal Workgroup members have included the supporting information as part of this overall report.

Tribal leaders and representatives remain greatly concerned over recent actions by the Congress and Administration which restrict and limit tribal government self-determination efforts. For example, recent activities related to the transfer of law enforcement funding out of TPA in 1998, as well as the BIA publication-for-comment of proposed regulations regarding requirements for taking land into trust, are imposing new restrictions on Indian tribes and restricting the use of funds provided to those tribes.

Additionally, some believe that future increases in appropriations are only possible if restricted to specific programmatic activities. However, these actions and proposals are not consistent with the Indian Self-Determination Act and the government-to-government relationship between American Indian and Alaska Native tribes and the United States.

We believe that this tribal report remains a work in progress. At the time of this letter, the Tribal Workgroup members have not been provided with a final BIA report. While it is our hope that the final BIA report will include many of the tribal recommendations, we believe that the attached documents include extremely valuable and important information regarding tribal programs and funding.

We both welcome and appreciate additional Tribal leader input on this report. As we enter the 21st century, its our wish that this report forms yet another step along the path toward tribal self-sufficiency and control over our own resources and destiny.

Respectfully submitted,

W. Ron Allen, Tribal Workgroup Co-Chair
Chairman, Jamestown S'Klallam Tribe

Perry Beaver, Principal Chief
Muscogee (Creek) Nation

Torr Bonney, Financial Analyst
Central Council Tlingit Haida

Bernida Churchill, Director of Corporate Relations and Special Projects
Mille Lacs Band of Ojibwe

Britt Clapham, Acting Attorney General
Navajo Nation

Rick Gay, Grants & Contract Office
Confederated Tribes of the Umatilla Indian Reservation

Cyndi Holmes, Self-Governance Coordinator
Jamestown S'Klallam Tribe

Al Ketzler, Sr., Chief Administrative Officer, Tanana Chiefs Conference, Inc.

James T. Martin, Executive Director
United Southern and Eastern Tribes

Howard Mermelstein, Administrator
Native Village of Manley Hot Springs

Charles W. Murphy, Chairman
Standing Rock Sioux Tribal Council

Mamie Rupnicki, Chairwoman
Prairie Band of Potawatomi Indian Nation

Mary V. Thomas, Governor 4-15-99
Gila River Indian Community

Denis Turner, Chairman
Southern California Tribal Chairman's Association

John Washakie, Chairman
Shoshone Business Committee

# TRIBAL WORKGROUP ON TRIBAL NEEDS ASSESSMENTS
related to
Bureau of Indian Affairs Tribal Priority Allocations (TPA)

## FINAL TRIBAL REPORT

## "Empowerment of Tribal Governments"

**May 1999**

TRIBAL WORKGROUP ON TRIBAL NEEDS ASSESSMENTS
related to
Bureau of Indian Affairs Tribal Priority Allocations (TPA)

# FINAL TRIBAL REPORT

## "Empowerment of Tribal Governments"

## Table of Contents

Page

Executive Summary

A. Purpose and Background of Workgroup . . . . . . . . . . . . . . . . . 3
B. Workgroup Meetings and Process . . . . . . . . . . . . . . . . . . . . . 4
C. Summary of Findings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
D. Recommendations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
E. Other Tribal Workgroup Positions . . . . . . . . . . . . . . . . . . . . . 8

Chapter 1
**TPA History and Funding Distribution**

Chapter 2
**Overview of Federal Historic, Legal and Moral Obligation to Indian Tribes**

Chapter 3
**National Funding History**
**(Budget Overview of Federal Funding for Indian Programs)**

Chapter 4
**Identification of Tribal Needs Criteria and Comparison to National Standards**

Appendices:
A. Section 129 of the FY1999 Omnibus Appropriations Act
B. Workgroup Mission Statement
C. List of Workgroup Members

---

*Technical logistics, and professional services and support for Workgroup Meetings and Report Consolidation, printing and distribution provided by SENSE Incorporated, Washington, DC*

# EXECUTIVE SUMMARY

## A. PURPOSE AND BACKGROUND OF WORKGROUP

For years, Tribal Priority Allocations (TPA) base funds have been provided through the Bureau of Indian Affairs (BIA) to each of the more than 550 Tribal governments on a recurring basis. Tribes have used TPA funds to operate core governmental functions and essential programmatic services to address all Tribal needs. TPA base funds are primarily allocated to the operational costs associated with ongoing Tribal government administration, tribal courts, education, law enforcement, social services, and land management.

After debate last year, Congress enacted Section 129 of the FY1999 Omnibus Appropriations Act which directs the BIA to develop alternative methods to fund TPA base programs in future years.[1] Given this directive, as well as earlier Congressional efforts (e.g., Section 118 of the FY1998 Appropriations Bill) and other budget initiatives (e.g. Government Performance and Results Act (GPRA), there is a heightened need to identify and gather accurate data to support TPA funding requests. Intensive efforts by BIA and Tribal governments will be required to develop innovative approaches to budget formulation, justification and reporting requirements.

In January 1998, a TPA Task Force consisting of Tribal leadership and representatives from all BIA Area Offices was formed to develop (in the short-term) an alternative TPA distribution method for FY1998. In its deliberations, the TPA Task Force recognized that a long-term effort was needed and recommended in its final report that a "Workgroup" be formed to:

a. Develop and gather data on Tribal unmet needs including identification of benchmarks and standards as compared to Mainstream America; and,
b. Develop an alternative method of distributing TPA funds which addressed these needs and current "inequities" among BIA Areas and Tribes.

In June 1998, the BIA/Tribal Workgroup on Tribal Needs Assessment was formed. In a formal mission statement adopted by the Workgroup, the goal of the Workgroup is "to identify and develop quantifiable data and information regarding Tribal program needs, including Tribal Priority Allocations (TPA) and Contract Support Costs (CSC) funding which supports adequate funding of Tribal and BIA services." *(See Appendix B for complete text of Mission Statement.)*

---

[1] Section 129(b) states "The Bureau of Indian Affairs (BIA) shall develop alternative methods to fund tribal priority allocations (TPA) base programs in future years. The alternatives shall consider tribal revenues and relative needs of tribes and tribal members. No later than April 1, 1999, the BIA shall submit a report to Congress containing its recommendations and other alternatives. The report shall also identify the methods proposed to be used by BIA to acquire data that is not currently available to BIA and any data gathering mechanisms that may be necessary to encourage tribal compliance...." **(See Appendix A for complete text.)**