LEGISLATIVE HISTORY
P.L. 94-437

# INDIAN HEALTH CARE IMPROVEMENT ACT

*P.L. 94-437, see page 90 Stat. 1400*

**Senate Report (Interior and Insular Affairs Committee) No. 94-133, May 13, 1975 [To accompany S. 522]**

**House Report (Interior and Insular Affairs Committee) No. 94-1026 (I), Apr. 9, 1976 [To accompany H.R. 2525]**

**House Report (Ways and Means Committee) No. 94-1026(II), May 10, 1976 [To accompany H.R. 2525]**

**House Report (Interstate and Foreign Commerce Committee) No. 94-1026(III), May 12, 1976 [To accompany H.R. 2525]**

**House Report (Interior and Insular Affairs Committee) No. 94-1026 (IV), June 8, 1976 [To accompany H.R. 2525]**

**Cong. Record Vol. 121 (1975)**

**Cong. Record Vol. 122 (1976)**

## DATES OF CONSIDERATION AND PASSAGE

**Senate May 16, 1975; September 9, 1976**

**House July 30, September 16, 1976**

**The Senate bill was passed in lieu of the House bill after amending its language to contain much of the text of the House bill. The House Report (Parts I-IV) is set out.**

## HOUSE REPORT NO. 94-1026—PART I

[page 1]

The Committee on Interior and Insular Affairs, to whom was referred the bill (H.R. 2525) to implement the Federal responsibility for the care and education of the Indian people by improving the services and facilities of Federal Indian health programs and encouraging maximum participation of Indians in such programs, and for other purposes, having considered the same, reports favorably thereon with an amendment and recommends that the bill as amended do pass.

[page 13]

### I. Purpose, History and Background of H.R. 2505

#### A. PURPOSE

The purpose of H.R. 2525, the Indian Health Care Improvement Act, is to raise the status of health care for American Indians and Alaska Natives, over a seven-year period, to a level equal to that enjoyed by other American citizens. To meet this purpose, H.R. 2525 would provide the direction and financial resources to overcome the inadequacies in the existing Federal Indian health care program and invite the greatest possible participation of Indians and Alaska Natives in the direction and management of that program.

H.R. 2525, the Indian Health Care Improvement Act, addresses one of the most critical situations in the United States; the health status



**EXHIBIT 37**
In Support of Plaintiff's Opposition to Motion to Dismiss on TPA & IHS
Samish v. U.S., No. 02-1383L

of, and the provision of basic health services to, the American Indian people.

The most basic human right must be the right to enjoy decent health. Certainly, any effort to fulfill Federal responsibilities to the Indian people must begin with the provision of health services. In fact, health services must be the cornerstone upon which rest all other Federal programs for the benefit of Indians. Without a proper health status, the Indian people will be unable to fully avail themselves of the many economic, educational, and social programs already directed to them or which this Congress and future Congresses will provide them.

B. HISTORY OF INDIAN HEALTH CARE

In the early history of this country, the only Federal health services available to Indians were those provided by military physicians assigned to frontier forts and reservations. At times, these services were rendered to fulfill treaty promises. However, the primary concern of these physicians was the prevention of the spread of smallpox and other contagious diseases—diseases which were virtually unknown to Indians before their contact with the white man.

[page 14]

In 1849, Indian health policy shifted from military to civilian administration with the transfer of the Bureau of Indian Affairs (BIA) from the War Department to the Department of the Interior. Although some limited progress occurred under this new administrative arrangement, by 1875 there were still only about half as many doctors as there were Indian agencies, and by 1900 the physicians serving Indians numbered only 83.

During this time, Indian health services were financed out of miscellaneous funds appropriated to the Bureau of Indian Affairs. Appropriations earmarked specifically for health services to Indians began with $40,000 in 1911. The Snyder Act (Act of November 2, 1921, 42 Stat. 208) provided the formal legislative authorization for Federal health care for Indians. It authorized the Secretary of the Interior to expend funds for the "relief of distress and conservation of the health of Indians." This short phrase of the Snyder Act continues to be the basic legislative statement of the Federal Government's obligation to provide health services to Indians.

In the mid-1920's a more concerted effort was made to assist the health needs of Indian communities. This effort was facilitated by the assignment of commissioned officers of the Public Health Service to Indian health care services. While these highly trained medical and public health officers strengthened the overall direction of the Federal Indian health program, other shortcomings in that program frustrated success in overcoming the numerous serious health problems of Indians. The program was continually plagued with outdated facilities, severe understaffing and inadequate appropriations.

By the mid-1940's, health services and the level of Indian health had deteriorated so severely that pressure began to mount for the transfer of the Indian health program to the Public Health Service in the Department of Health, Education, and Welfare. The initial impetus for the transfer came from several studies done of the BIA health program, including a 1948 Bureau of the Budget study, the

1949 report of the Hoover Commission, and a 1949 study by the American Medical Association, all of which found the need for a new approach to Indian health problems. The contents of that report and subsequent legislative history suggest the ironic fact that many Congressmen who advocated termination may have supported the transfer as an action compatible with their effort to repeal laws which they felt unwisely set Indians apart from other citizens.

In 1954, the Congress enacted the Transfer Act (71 Stat. 370) which resulted in the 1955 transfer of the Federal responsibility for health services to Indians from the Bureau of Indian Affairs in the Department of the Interior to the newly created Division of Indian Health, under the U.S. Surgeon General in the Public Health Service, Department of Health, Education, and Welfare (HEW). In 1968, the Division of Indian Health was retitled the Indian Health Service (IHS). The functions of the Surgeon General have now been abolished, and the health service programs in HEW have gone through several administrative reorganizations. The IHS is now a division of the Public Health Service in the Health Services Administration of HEW. Despite its inception in a termination atmosphere, The IHS has grown rapidly since 1955. From a budget of $24.5 million and a staff of 3574 in 1955, it now has an authorized staff of 8108 and an annual budget of approximately $274 million.

[page 15]

C. THE DEPLORABLE STATUS OF INDIAN HEALTH

The sad fact are that the vast majority of Indians still live in an environment characterized by inadequate and understaffed health facilities; improper or nonexistent waste disposal and water supply systems; and continuing dangers of deadly or disabling diseases.

These circumstances, in combination, cause Indians and Alaska Natives to suffer a health status far below that of the general population and plague Indian communities and Native villages with health concerns other American communities have forgotten as long as 25 years ago.

Health statistics provide a measure of not only the progress in, but also the continuing plight of, Indian health: the incidence of tuberculosis for Indians and Alaska Natives is 7.3 times higher than the rate for all citizens of the United States; and, while respiratory and gall bladder illness statistics are not reported in the general population, Indian Health Service officials state emphatically that the rates for these diseases among Indians and Alaska Natives are significantly higher than that of the general population.

Otitis media, an infection of the inner ear which affects most commonly children under the age of 2 years, continues to be a leading cause of disability in Indians and Alaska Natives, and, although surgical treatment is possible which can generally prevent the long-term and serious disabilities of deafness and learning deficiencies, only a fraction of this essential surgery is now being provided.

The infant mortality rate among Indians is 1.1 times the national average, while the Indian birth rate continues at a rate twice that of all other Americans.

The prevalence of disease among Indians cannot help but have a significant adverse impact on the social and cultural fiber of their com-

munities, contributing to general societal disintegration, and the attendant problems of mental illness, alcoholism, accidents, homicide and suicide.

For example, the suicide rate for Indians and Alaska Natives is approximately twice as high as in the total U.S. population.

The health statistics relate a deplorable tale, a tale which has a tragic ending. While every other American can expect to live to the age of at least 70.8 years, the Indian and Alaska Native can expect to live only to age 65.1.

All efforts to alter these health conditions among Indians are met with the initial and fundamental impediment of outdated or indaquate health facilities.

Of the existing Indian Health Service facilities, some 38 hospitals, 66 health centers, and 240 other health stations are at least 20 years old.

Many are old one-story, wooden buildings with inadequate electricity, ventilation, insulation, and fire protection systems, and of such insufficient size as to jeopardize the health and safety of their occupants.

To meet the needs of some 498,000 Indians, IHS and contract facilities provide some 3,700 hospital beds. Compared with a national average of 1 hospital bed per 125 persons, IHS and contract facilities provide 1 bed per 135 persons, a shortage of more than 200 beds under existing standards of service and demand.

[page 16]

The Joint Committee on Accreditation of Hospitals (JCAH) has investigated the conditions of Indian Health Service facilities. It is their conclusion that only 26 of the 51 existing IHS hospitals, less than one-half, meet the JCAH standard of accreditation (either because of insufficient staff or poor physical plants), that two-thirds of the hospitals are obsolete and that 22 need complete replacement.

In order to overcome the gross deficiencies in the quantity and quality of existing facilities, more money must be allocated. Per capita expenditures for Indian health purposes are 25 percent below per capita expenditures for health care in the average American community. The greater incidence of disease among Indians renders this deficiency all the more acute. It is further compounded by the fact that many of our national health programs, designed to assist the general population, are difficult or impossible to apply to Indians. Medicare, Medicaid, and social security programs afford little relief because, given the unique social situation of most Indians, very few know they are eligible for Medicare or have worked long enough for social security eligibility.

H.R. 2525 would provide the necessary funds and direction to eliminate the deficiencies in facilities and would improve access to Medicare, Medicaid, and other similar programs.

Central to the Indian health tragedy is the manpower shortage among physicians and related health personnel—probably the most pressing and serious problem facing the Indian Health Service. At present, there are 495 physicians in the IHS. Simply translated this represents a ratio of one physician for every 988 Indians as against a national average of slightly under 600 persons per physician. This shortage is complicated by the highly dispersed and remote locations

of many Indian tribes, vast distances between settled areas on reservations, and the lack of adequate roads and emergency transportation and communication systems.

Leading medical officials have given truly dire warnings that any further decline in manpower could have critical implications for the health of Indians. Yet, despite these warnings, the severe manpower shortages which are now being experienced by the Indian Health Service are likely to become even more acute in the coming years. For approximately two decades, the Indian Health Service drew on the Doctor Draft Act as the main source for its supply of needed physicians and dentists. Under that Act, physicians and dentists upon completion of their training were permitted to serve two years in the Public Health Service in lieu of their military commitment. Consequently, a large number of such health professionals were assigned to the Indian Health Service in fulfillment of their 2-year military requirement. However, the expiration of the Doctor Draft Act authority on June 30, 1974, has had the practical effect of eliminating this stable source of health professionals for assignment to the Indian Health Service. An absence of adequate housing facilities and the remoteness and cultural isolation of IHS assignments have added to the problem of recruiting professional staff.

Unfortunately, the Indian people cannot look to their own tribal members for relief from the health manpower shortage. There are only 50 known physicians of Indian descent currently engaged in the practice of medicine, and all but 2 or 3 are serving non-Indian patients.

[page 17]

H.R. 2525 promises both to increase the number of health professionals serving Indians either as Indian Health Service staff members or private practititioners and to open new opportunities for young Indian men and women to enter the health professions for eventual service to their own people.

By and large the problems discussed above relate to those Indians who live on or near reservations and are members of federally recognized tribes of Indians. However, a substantial segment of the Indian population—a total of more than 400,000 Indians—resides away from the reservation, mostly in large urban centers. A different set of health service problems afflicts the urban Indians and yet the result is a health status for them quite similar to that of the reservation Indians.

H.R. 2525 contains provisions aimed specifically at assisting urban Indians to develop health leadership among their own members and to establish a means of resource identification which will help to meet their most pressing health needs. An integral aspect of this effort will be the establishment of outreach programs to seek out individuals and families who require health care and refer them to services at the earliest possible date. In addition while current Indian policy prohibits the extension of the Indian Health Service hospital and medical care program to the urban centers, H.R. 2525 proposes a new program which will permit the provision of basic health services to Indians concentrated in a number of major cities throughout the United States. It should be emphasized, however, that the funds designated for this program will in no way reduce the level of funding proposed to meet the serious health and medical needs for the thousands of Indian people residing on federally recognized reservations and in Indian

communities. The members of federally recognized tribes and urban Indians should understand that H.R. 2525 in no way sets up a "tug-of-war" between them for limited financial resources and services. Rather the measure addresses itself to the needs of both groups.

D. CONCLUSION

The Indian Health Service is the chief instrument through which a whole range of health care services can be delivered to the Indian people. Despite its record of accomplishment, the available evidence clearly demonstrates that the time has come to further strengthen that instrument.

The purpose, then, of H.R. 2525 is to give the Indian Health Service the financial and human resources and the legal mandate to meet the continuing challenges of promoting better health and providing better health care among Indians.

## II. Overview of H.R. 2525, as Amended

A. GENERAL ANALYSIS

Through the various titles, the bill proposes to achieve the following objectives:

To assure an adequate health manpower base to provide proper health services to Indians and a sufficient cadre of trained Indian professionals and other health workers to permit Indian com-

[page 18]

munities to have a maximum voice in shaping those services (title I);

To assure the elimination of the enormous backlog among Indians of unmet health needs and essential needs and essential patient care (title II);

To construct modern, efficient hospitals and other health care facilities serving Indians where none exist and renovate the existing facilities, most of which are in a state of general deterioration (title III);

To overcome the adverse effects of unsafe water supplies and insanitary waste disposal systems in Indian communities and homes (title III);

To enable Indian people to exercise their citizenship rights to a broader range of national health resources (title IV);

To assist urban Indians both to gain access to those community health resources available to them as citizens and to provide primary health care services where those resources are inadequate or inaccessible (title V); and

To provide for the establishment, funding, and operation of an American Indian School of Medicine to insure that there is a pool of adequately, appropriately trained Indian physicians and other health professionals (title VI).

The seven inter-related titles of H.R. 2525, if enacted into law, would authorize a sustained and coordinated Federal health effort addressed to the excessive backlog in the treatment of diseases and illnesses affecting Indian people in both reservation and urban settings; to the physical shortcomings and staffing deficiencies in Indian