102D CONGRESS
2d Session | HOUSE OF REPRESENTATIVES | REPT. 102-643
Part 1

# INDIAN HEALTH AMENDMENTS OF 1992

JULY 1, 1992.—Ordered to be printed

Mr. MILLER of California, from the Committee on Interior and Insular Affairs, submitted the following

# REPORT

[To accompany H.R. 3724 which on November 6, 1991, was referred jointly to the Committee on Interior and Insular Affairs and the Committee on Energy and Commerce]

[Including cost estimate of the Congressional Budget Office]

The Committee on Interior and Insular Affairs, to whom was referred the bill (H.R. 3724) to amend the Indian Health Care Improvement Act to authorize appropriations for Indian health programs, and for other purposes, having considered the same, reports favorably thereon with an amendment and recommends that the bill as amended do pass.

The amendment is as follows:

Strike out all after the enacting clause and insert in lieu thereof the following:

SECTION 1. SHORT TITLE.

This Act may be cited as the "Indian Health Amendments of 1992".

SEC. 2. AMENDMENTS TO INDIAN HEALTH CARE IMPROVEMENT ACT.

Except as otherwise specifically provided, whenever in this Act a section or other provision is amended or repealed, such amendment or repeal shall be considered to be made to that section or other provision of the Indian Health Care Improvement Act (25 U.S.C. 1601 et seq.).

SEC. 3. FINDINGS; POLICY; AND DEFINITIONS.

(a) FINDINGS.—Section 2 of the Act (25 U.S.C. 1601) is amended—

(1) in paragraph (d), by striking out the second sentence; and

(2) by striking out paragraphs (e), (f), and (g).

(b) DECLARATION OF POLICY.—Section 3 of the Act (25 U.S.C. 1602) is amended to read as follows:

"DECLARATION OF HEALTH OBJECTIVES

"SEC. 3. (a) The Congress hereby declares that it is the policy of this Nation, in fulfillment of its special responsibilities and legal obligation to the American Indian

59-006

EXHIBIT 41
In Support of Plaintiff's Opposition to Motion to Dismiss on TPA & IHS
Samish v. U.S., No. 02-1383L

TITLE II—HEALTH SERVICES

In 1988, the Congress established the Indian Health Care Improvement Fund. The origins of this fund can be traced back to 1974 when California Indians tribes filed a class action suit against IHS alleging the illegal denial of health care services which were provided to all other American Indians. Specifically, California Indians comprised 10% of the national IHS service population and yet, received approximately 2% of the funds. The District Court ruled that IHS was required to provide health care to California Indians comparable to services offered by IHS to Indians elsewhere in the United States. The ruling was upheld in the Ninth Circuit. *Rincon Band of Missions Indians* v. *Harris*, 618 F.2d 569 (9th Cir. 1980). Consequently, Appropriations Committees established the Equity Health Care Fund through most of the 1980s to provide resource allocations to areas and tribes with deficiency levels.

In an effort to establish a more permanent method to deal with the resource deficiency problem, Congress in 1988 established in subsection 201 of the Act, the Indian Health Care Improvement Fund which was to take the place of the "Equity Fund." The Fund was to be allocated based on the level of resource deficiency. Five levels were established for tribes.

(A) level I—0 to 20 percent health resources deficiency;

(B) level II—21 to 40 percent health resources deficiency;

(C) level III—41 to 60 percent health resources deficiency;

(D) level IV—61 to 80 percent health resources deficiency; and

(E) level V—81 to 100 percent health resources deficiency.

Funds were to be allocated pursuant to these levels with the goal of "zero deficiency."

The Committee Amendment provides that this system of allocating the Fund shall remain in place for another three years. However, during that three year interim the Committee expects the Service to begin, through its Epidemiology centers, the collection of data required under the 59 health status objectives. The Committee Amendment will require the IHS to terminate its current system of allocating the Indian Health Care Improvement Fund since the allocation was based only on historical funding rather than addressing actual health care needs. The Committee asserts that true equity funding should be based on addressing health status deficiencies as well as evaluating historical funding deficiencies. The Committee's position is that equity funding needs to target areas substantially below several or all health status objectives. The Committee asserts that it is manifest that all Indians are entitled to comparable health care and this amendment is based on the premise. The Fund will be utilized in three years to address the true health needs of Indian country and provide equity to historically underfunded areas.

The Committee Amendment includes a provision to continue the model diabetes projects established at the Claremore Indian Hospital, the Fort Totten Health Center, the Sacaton Indian Hospital, the Winnebago Indian Hospital, the Albuquerque Indian Hospital, the Perry Health Center, the Princeton Health Center, the Old Town Health Center, the Bellingham Health Center, the Fort

*Section 110—Scholarship and Loan Repayment Recovery Fund*

This section amends Title I of the Act by adding a new section 108A, which provides for the establishment of a scholarship and loan repayment recovery fund. It provides that an amount equal to the amounts collected by the Federal government pursuant to an individual's breach of their service obligations under section 104 or section 108 of the Act shall be appropriated to be deposited in the Scholarship and Loan Repayment Recovery Fund. Funds in the Scholarship and Loan Repayment Recovery Fund shall be available to make scholarship awards pursuant to section 104 and loan repayment awards under section 108 of the Act.

*Section 111—Community Health Aid Program*

This section amends Title I of the Act to create a new section 120 which establishes a Community Health Aid program in Alaska. This program will provide training to Alaska Natives as health aides, assist in the provision of health care and health promotion in rural Alaskan villages and create the capacity for teleconferencing in local health clinics. In developing training for Community Health Aides the Secretary shall establish a certification board for community health aides and a system to identify continuing education needs and to assure quality health care is provided.

*Section 112—Tribal health program administration*

This section amends Title I of the Act to add a new section 121 which provides that the Secretary shall provide training in the administration and planning of tribal health programs.

*Section 113—Health professional priorities in related program*

This section amends section 333(a) of the Public Health Service Act to give a priority to applications for assignment of National Health Service Corps personnel to meet the needs of the Indian Health Service and tribal health programs operated under the Indian Self-Determination Act.

*Section 114—Authorization of appropriations*

This section amends Title I of the Act by creating a new section 122 which authorizes appropriations through fiscal year 2000.

TITLE II—HEALTH SERVICES

*Section 201—Health status and resource deficiency status*

This section amends section 201 of the Act to provide that the Secretary is authorized to expend funds to eliminate deficiencies in health status and resources of all tribes. This section amends the definitions to include health status and resource deficiency which means the extent to which national health objectives are not being achieved and a tribe lacks the health resources it needs.

Subsection (b) provides that the current definitions of health status and resource deficiency shall remain in effect for three years for the date of enactment at which time the amendments under this section shall become effective. -

It amends subsection (e) of the Act to require the Secretary to report to the Congress on the current health status and resource

deficiency within 3 years of the date of the enactment of these Amendments. The report shall include the extent of health status and resource deficiencies for each tribe as well as the amount of funds necessary to eliminate the health status and resource deficiencies of all tribes.

*Section 202—Health promotion and disease prevention*

Section 203 of the Act is amended to state that the provision of health promotion and disease prevention services through the IHS shall be designed to achieve the national health objectives under this Act.

*Section 203—Diabetes prevention, treatment and control*

Section 204 of the Act is amended to require the Secretary to continue to maintain through the year 2000 each model diabetes project currently in existence. The Secretary is authorized to establish new model diabetes projects and to evaluate the effectiveness of the services provided by the model diabetes projects.

*Section 204—Mental health prevention and treatment services*

Section 204 amends section 209 of the Act to include a new subsection which provides that any person employed as a psychologist must be licensed as a clinical psychologist or working under the direct supervision of a licensed clinical psychologist to provide mental health services under this Act. It further provides that any person employed as a social worker must be licensed as a social worker or under the direct supervision of a licensed social worker. It also provides that any person employed as a marriage and family therapist must be licensed as a marriage and family therapist or under the direct supervision of a licensed marriage and family therapist.

Subsection (m) provides that the Secretary is authorized to make grants to Indian tribes and tribal organizations to provide intermediate mental health services to Indian children and adolescents. These services may include inpatient and outpatient services, emergency care, suicide prevention and crisis intervention. Funds provided under this section may be used to construct or renovate an existing health facility, to hire mental health professionals, and to staff and operate an intermediate mental health facility, group home, or youth shelter where intermediate mental health services are being provided. This subsection also requires grant recipients to coordinate intermediate mental health services with existing services on the reservation. There are authorized to be appropriated $10,000,000 for each of the fiscal years 1993-2000 to carry out the provisions of this section.

*Section 205—New studies*

This section amends section 205 of the Act to authorize the Secretary to conduct a study to determine the feasibility of providing hospice care to terminally ill Indians and to determine the most efficient means of providing such care. The Secretary shall report to the Congress within 12 months from the date of enactment the findings of such study.