104TH CONGRESS } HOUSE OF REPRESENTATIVES { REPORT
1st Session 104–173

# DEPARTMENT OF THE INTERIOR AND RELATED AGENCIES APPROPRIATIONS BILL, 1996

JUNE 30, 1995.—Committed to the Committee of the Whole House on the State of the Union and ordered to be printed

Mr. REGULA, from the Committee on Appropriations, submitted the following

## R E P O R T

together with

## DISSENTING VIEWS

[To accompany H.R. 1977]

The Committee on Appropriations submits the following report in explanation of the accompanying bill making appropriations for the Department of the Interior and Related Agencies for the fiscal year ending September 30, 1996, the bill provides regular annual appropriations for the Department of the Interior (except the Bureau of Reclamation) and for other related agencies, including the Forest Service, the Department of Energy, the Indian Health Service, the Smithsonian Institution, and the National Foundation on the Arts and the Humanities.

CONTENTS


| | Page number Bill | Report |
|---|---|---|
| Department of the Interior: | | |
| Bureau of Land Management | 2 | 12 |
| U.S. Fish and Wildlife Service | 9 | 22 |
| National Biological Service | ........ | 30 |
| National Park Service | 15 | 30 |
| U.S. Geological Survey | 18 | 39 |
| Minerals Management Service | 21 | 43 |
| Bureau of Mines | 23 | 47 |
| Office of Surface Mining Reclamation and Enforcement | 24 | 48 |
| Bureau of Indian Affairs | 27 | 51 |


91–751

H183-11



EXHIBIT 43
In Support of Plaintiff's Opposition to Motion to Dismiss on TPA & IHS
Samish v. U.S., No. 02-1383L

| | |
|---|---|
| Comparison: | |
| Appropriation, 1995 | −4,800,000 |
| Budget estimate, 1996 | −4,923,000 |

The Energy Information Administration is a quasi-independent agency within the Department of Energy established to provide timely, objective, and accurate energy related information to the Congress, executive branch, State governments, industry, and the public. The information and analysis prepared by the EIA is widely disseminated and the agency is recognized as an unbiased source of energy information by government organizations, industry, professional statistical organizations and the public.

The Committee recommends an appropriation of $79,766,000 for the Energy Information Administration which is a decrease of $4,923,000 below the budget request and $4,800,000 below the fiscal year 1995 level. The reduction to the budget request recommended by the Committee includes decreases of $333,000 for the manufacturing energy consumption survey, $750,000 for mid-term forecasting model development, $1,000,000 for oil and gas surveys, $1,540,000 for administrative overhead expenses paid to the Department's office of human resources, and $1,300,000 for pay and other administrative cost savings to be achieved in accordance with the guidance provided in the front of this report and with the Secretary's strategic realignment initiative.

Bill language has been recommended to require that the manufacturing energy consumption survey be conducted once every three years, rather than the currently mandated two-year cycle. Language also has been recommended to make permanent the authority to enter into 8-year contracts for end use consumption surveys.

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Indian Health Service

#### INDIAN HEALTH SERVICES

| | |
|---|---|
| Appropriation enacted, 1995 | $1,709,780,000 |
| Budget estimate, 1996 | 1,816,350,000 |
| Recommended, 1996 | 1,725,792,000 |
| Comparison: | |
| Appropriation, 1995 | +16,012,000 |
| Budget estimate, 1996 | −90,558,000 |

The provision of Federal health services to Indians is based on a special relationship between Indian tribes and the U.S. Government first set forth in the 1830's by the U.S. Supreme Court under Chief Justice John Marshall. This relationship has been reconfirmed by numerous treaties, statutes, constitutional provisions, and international law. Principal among these is the Snyder Act of 1921 which provides the basic authority for most Indian health services provided by the Federal Government to American Indians and Alaska Natives. The Indian Health Service (IHS) provides direct health care services in 41 hospitals, 66 health centers, 4 school health centers, and 44 health stations. Tribes and tribal groups, through contracts with the IHS, operate 8 hospitals, 110 health centers, 4 school health centers, 62 health stations, and 171 Alaska village clinics. The IHS, tribes and tribal groups also operate 7 re-

gional youth substance abuse treatment centers and more than 2,000 units of staff quarters.

The Committee recommends $1,725,792,000 for Indian Health Services, an increase of $16,012,000 above the fiscal year 1995 enacted level of $1,709,780,000 and $90,558,000 below the fiscal year 1996 budget request of $1,816,350,000. The Committee's recommendation for the Indian Health Service assumes that pay and fixed cost increases will be absorbed by the agency, and that no new initiatives will be funded in fiscal year 1996. However, the Committee is providing an increase to accommodate staffing at four new facilities: Kotzebu, AK; Alaska Native Medical Center, AK; Shiprock Hospital, NM; and Hays Health Center, MT.

It is the Committee's intent that all tribes, including those compacting or contracting under Indian self determination or Indian self governance, should share equitably as a result of any reductions from the budget request.

The amount recommended by the Committee as compared to the budget estimate by activity is shown in the following table:

| | (In thousands of dollars) | | | |
|---|---|---|---|---|
| | FY 1995 Enacted | Budget Estimates | Committee Bill | Change from Estimates |
| Clinical services | | | | |
| IHS and tribal health delivery | | | | |
| Hospital and health clinic programs | 823,868 | 871,597 | 832,857 | -38,740 |
| Dental health program | 57,518 | 60,831 | 58,285 | -2,546 |
| Mental health program | 36,449 | 38,749 | 36,824 | -1,925 |
| Alcohol and substance abuse program | 91,362 | 96,046 | 91,362 | -4,684 |
| Contract care | 362,564 | 384,704 | 362,564 | -22,140 |
| Subtotal, Clinical services | 1,371,748 | 1,451,927 | 1,381,882 | -70,045 |
| Preventive health | | | | |
| Public health nursing | 23,606 | 24,771 | 23,734 | -1,037 |
| Health education | 8,244 | 8,698 | 8,313 | -385 |
| Community health representatives program | 43,856 | 46,273 | 43,856 | -2,318 |
| Immunization (Alaska) | 1,328 | 1,397 | 1,328 | -69 |
| Subtotal, Preventive health | 77,032 | 81,139 | 77,330 | -3,809 |
| Urban health projects | 23,349 | 25,780 | 23,349 | -2,431 |
| Indian health professions | 28,044 | 29,519 | 28,044 | -1,475 |
| Tribal management | 5,348 | 5,509 | 5,348 | -161 |
| Direct operations | 49,709 | 51,733 | 47,709 | -4,024 |
| Self-governance | 8,090 | 9,569 | 8,090 | -479 |
| Contract support costs | 145,460 | 161,174 | 153,040 | -8,134 |
| Medicare/Medicaid Reimbursements | | | | |
| Hospital and clinic accreditation (Est. collecting) | (169,429) | (176,536) | (176,536) | --- |
| Total, Indian Health Services | 1,709,780 | 1,816,350 | 1,725,792 | -90,558 |

*Hospitals and Health Clinics.*—The Committee recommends $832,857,000 for hospitals and health clinics which includes decreases of $35,990,000 for pay and fixed costs, $250,000 for woman's health, $250,000 for elder health programs, $750,000 for epidemiology centers, and $1,500,000 for the information system initiative. The Committee is recommending an increase of $8,991,000 for staffing and operations at new facilities, same as the budget request.

*Dental Health.*—The Committee recommends $58,285,000 for dental health services including a decrease of $2,546,000 for pay and fixed costs. The Committee is recommending an increase of $767,000 for staffing and operations at new facilities, same as the budget request.

*Mental Health.*—The Committee recommends $36,824,000 for mental health services, including decreases of $1,675,000 for pay and fixed costs and $250,000 for the Child Abuse Prevention Act.

The Committee recommends an increase of $376,000 for staffing and operations at new facilities, same as the budget request.

*Alcohol and Substance Abuse.*—The Committee recommends $91,352,000 for the alcohol and substance abuse treatment and prevention services including a decrease of $4,694,000 for pay and fixed costs.

The Committee recommends that the fetal alcohol syndrome project at the University of Washington be funded at the fiscal year 1995 level. This project is providing important insight into early identification of fetal alcohol syndrome. Early identification and intervention by health care professionals results in significantly improved lives for those afflicted by fetal alcohol syndrome.

*Contract Health Services.*—The Committee recommends $362,564,000 in contract health services including decreases of $19,640,000 for pay and fixed cost and $2,500,000 for the contract health care initiative.

The Committee does not object to continuing the California contract health demonstration project as long as the tribes in California choose to participate and elect to provide funding for this program.

*Public Health Nursing.*—The Committee recommends $23,734,000 for public health nursing including a reduction of $1,037,000 for pay and fixed costs and an increase of $229,000 for staffing and operations at new facilities, same as the budget request.

*Health Education.*—The Committee recommends $8,313,000 for health education including a decrease of $385,000 for pay and fixed costs and an increase of $69,000 for staffing and operations at new facilities, same as the budget request.

*Community Health Representatives.*—The Committee recommends $43,955,000 for community health representatives including a decrease of $2,318,000 for pay and fixed costs.

*Alaska Immunization.*—The Committee recommends $1,328,000 for the Alaska immunization program including a decrease of $69,000 for pay and fixed costs.

*Urban Health.*—The Committee recommends $23,349,000 for urban health including a decrease of $1,231,000 for pay and fixed costs and $1,200,000 for increased urban health services.

*Indian Health Professions.*—The Committee recommends $28,044,000 for Indian health professions including a decrease of $1,475,000 for pay and fixed costs.

*Tribal Management.*—The Committee recommends $5,348,000 for Indian health professions including a decrease of $161,000 for pay and fixed costs.

*Direct Operations.*—The Committee recommends $47,709,000 for direct operations including decreases of $2,024,000 for pay and fixed costs and a general reduction of $2,000,000.

*Self-Governance.*—The Committee recommends $9,090,000 for self-governance including a reduction of $479,000 for pay and fixed costs.

While the Committee strongly supports the self-governance program and expects the IHS to expand the program to accommodate additional compacts with tribes in fiscal year 1996, the Committee believes that new self-governance compacts should not be nego-

tiated at the expense of program funding for other tribes. To the extent that funds cannot be made available for a new compact without negatively affecting services available to other tribes, IHS should not enter into the compact.

*Contract Support Costs.*—The Committee recommends $153,040,000 for contract support costs including decreases of $11,864,000 for pay and fixed costs and $3,770,000 for support cost shortfalls. The Committee recommends an increase of $80,000 for staffing and operations of new facilities, same as the budget request.

The Committee has provided $7,500,000 for the Indian Self Determination Fund. These funds are to be used for new and expanded contracts. The IHS should not use ISD funds to accommodate existing or new self governance compacts.

The Committee again expects IHS to work with the tribes, the BIA and the Inspector General at the Department of the Interior to contain the cost escalation in contract support costs. In today's constrained budget climate the contract support cost activity must receive its fair share of administrative streamlining and procurement reform funding reductions as well as the lower inflation allowances provided for all other programs within IHS.

INDIAN HEALTH FACILITIES

| | |
|---|---|
| Appropriation enacted, 1995 | $253,282,000 |
| Budget estimate, 1996 | 242,672,000 |
| Recommended, 1996 | 236,975,000 |
| Comparison: | |
| Appropriation, 1995 | −16,307,000 |
| Budget estimate, 1996 | −5,697,000 |

The need for new Indian health care facilities has not been fully quantified but it is safe to say that many billions of dollars would be required to renovate existing facilities and construct all the needed new hospitals and clinics. Safe and sanitary water and sewer systems for existing homes and solid waste disposal needs currently are estimated to amount to over $600 million for those projects that are considered to be economically feasible.

The Committee recommends $236,975,000 for Indian health facilities, a decrease of $16,307,000 below the fiscal year 1995 appropriation of $253,282,000 and a decrease $5,697,000 below the fiscal year 1996 budget request of $242,672,000.

The amount recommended by the Committee as compared to the budget estimate by activity is shown in the following table:

(In thousands of dollars)

| | FY 1995 Enacted | Budget Estimates | Committee Bill | Change from Estimates |
|---|---|---|---|---|
| Maintenance and improvement | 38,334 | 39,494 | 38,334 | -1,160 |
| Construction facilities | 27,822 | 11,214 | 11,214 | --- |
| Equipment | 12,876 | 13,563 | 12,875 | -688 |
| Sanitation facilities | 84,889 | 85,001 | 84,859 | -142 |
| Facilities and environmental health support | 88,760 | 92,734 | 89,081 | -3,653 |
| Contract support costs | 482 | 496 | 482 | -14 |
| Total, Indian Health Facilities | 253,282 | 242,672 | 236,975 | -5,697 |



91-751 - 95 - 4

*Maintenance and Improvement.*—The Committee recommends $38,334,000 for maintenance and improvement including a decrease of $1,150,000 for pay and fixed costs.

*New and Replacement Hospitals.*—The Committee recommends $11,214,000 for new and replacement hospitals, including $2,216,000 for the Hays, MT health center, and $8,998,000 for the White Earth, NM health center.

*Sanitation Facilities.*—The Committee recommends $84,889,000 for sanitation facilities including a decrease of $192,000 for pay and fixed costs.

The Committee has not specified the amount of sanitation funds to be used for new and renovated homes or for addressing the backlog of needs for existing homes. Funds for sanitation facilities for new and renovated homes should be limited to projects serving the Bureau of Indian Affairs housing improvement program, homes new to the site during the funding year or the previous fiscal year and existing homes renovated during the funding year or the previous fiscal year. A renovation should include at least a bedroom or bathroom addition. All other needs should be included in the sanitation deficiency system and addressed in priority order.

*Equipment.*—The Committee recommends $12,975,000 for equipment including a decrease of $688,000 for pay and fixed costs.

*Facilities and Environmental Health Support.*—The Committee recommends $89,081,000 for facilities and environmental health support including decreases of $3,653,000 for pay and fixed costs, and an increase of $301,000 for staffing and operations of new facilities, same as the budget request.

*Contract Support Costs.*—The Committee recommends $482,000 for contract support costs including a reduction of $14,000 for pay and fixed costs.

The Committee again recommends that funds provided for the facilities program should be distributed in accordance with a methodology that addresses the fluctuating annual workload and maintains parity among IHS areas and the tribes as the workload shifts.

## DEPARTMENT OF EDUCATION

### OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

#### INDIAN EDUCATION

| | |
|---|---|
| Appropriation enacted, 1995 | $81,341,000 |
| Budget estimate, 1996 | 84,785,000 |
| Recommended, 1996 | 1,000,000 |
| Comparison: | |
| Appropriation, 1995 | −80,341,000 |
| Budget estimate, 1996 | −83,785,000 |

In order to reduce duplication, achieve savings, and fund priority reservation based school operations in the Bureau of Indian Affairs, the Committee recommends $1,000,000 for the orderly termination of the programs administered by the Office of Indian Education.

The amount recommended by the Committee as compared to the budget estimate by activity is shown in the following table: