104TH CONGRESS
2d Session

HOUSE OF REPRESENTATIVES

REPORT
104–625

# DEPARTMENT OF THE INTERIOR AND RELATED AGENCIES APPROPRIATIONS BILL, 1997

JUNE 18, 1996.—Committed to the Committee of the Whole House on the State of the Union and ordered to be printed

Mr. REGULA, from the Committee on Appropriations, submitted the following

# REPORT

together with

## SUPPLEMENTAL, DISSENTING, AND ADDITIONAL VIEWS

[To accompany H.R. 3662]

The Committee on Appropriations submits the following report in explanation of the accompanying bill making appropriations for the Department of the Interior and Related Agencies for the fiscal year ending September 30, 1997. The bill provides regular annual appropriations for the Department of the Interior (except the Bureau of Reclamation) and for other related agencies, including the Forest Service, the Department of Energy, the Indian Health Service, the Smithsonian Institution, and the National Foundation on the Arts and the Humanities.

CONTENTS


| | Page number Bill | Page number Report |
|---|---|---|
| Department of the Interior: | | |
| Bureau of Land Management | 2 | 8 |
| U.S. Fish and Wildlife Service | 16 | 16 |
| National Park Service | 29 | 24 |
| U.S. Geological Survey | 37 | 35 |
| Minerals Management Service | 40 | 37 |
| Office of Surface Mining Reclamation and Enforcement | 43 | 39 |
| Bureau of Indian Affairs | 46 | 41 |
| Departmental Offices | 56 | 49 |
| General Provisions | 67 | 55 |


25–275



**EXHIBIT 44**
In Support of Plaintiff's Opposition to Motion to Dismiss on TPA & IHS
Samish v. U.S., No. 02-1383L

centers, 4 school health centers, 62 health stations, and 171 Alaska village clinics. The IHS, tribes and tribal groups also operate 7 regional youth substance abuse treatment centers and more than 2,000 units of staff quarters.

The Committee recommends $1,779,561,000 for Indian Health Services, an increase of $31,719,000 above the fiscal year 1996 enacted level and $119,380,000 below the budget estimate. The Committee's recommendation for the Indian Health Service assumes that no new initiatives will be funded in fiscal year 1997. However, the Committee is providing an increase to accommodate staffing at four new facilities: Kotzebue, AK; Alaska Native Medical Center, AK; Shiprock Hospital, NM; and Hays Health Center, MT, and increases for personnel costs.

It is the Committee's intent that all tribes, including those compacting or contracting under Indian self determination or Indian self governance, should share equitably as a result of any reductions from the budget request.

The amount recommended by the Committee as compared to the 1996 enacted level by activity is shown in the following table:

| | (In thousands of dollars) | | | |
|---|---|---|---|---|
| | FY 1996 Enacted | Budget Estimates | Committee Bill | Change from Enacted |
| Clinical Services | | | | |
| IHS and tribal health delivery | | | | |
| Hospital and health clinic programs | 852,435 | 930,534 | 878,168 | +25,733 |
| Dental health program | 59,680 | 64,238 | 62,134 | +2,454 |
| Mental health program | 37,561 | 39,782 | 38,500 | +939 |
| Alcohol and substance abuse program | 91,666 | 93,019 | 91,796 | +130 |
| Contract care | 365,099 | 369,533 | 365,126 | +26 |
| Subtotal, Clinical Services | 1,406,441 | 1,497,106 | 1,435,723 | +29,282 |
| Preventive Health | | | | |
| Public health nursing | 24,311 | 26,508 | 25,493 | +1,182 |
| Health education | 8,421 | 8,933 | 8,590 | +169 |
| Community health representatives program | 43,958 | 44,984 | 43,958 | --- |
| Immunization (Alaska) | 1,328 | 1,352 | 1,328 | --- |
| Subtotal, Preventive Health | 78,018 | 81,777 | 79,369 | +1,351 |
| Urban health projects | 23,360 | 26,933 | 23,360 | --- |
| Indian health professions | 26,271 | 28,955 | 26,297 | +26 |
| Tribal management | 2,348 | 2,350 | 2,348 | --- |
| Direct operations | 49,260 | 51,539 | 50,260 | +1,000 |
| Self-governance | 9,104 | 9,326 | 9,104 | --- |
| Contract support costs | 153,040 | 200,955 | 153,100 | +60 |
| Medicare/Medicaid Reimbursements | | | | |
| Hospital and clinic accreditation (Est. collecting) | (176,636) | (185,716) | (185,716) | (+9,080) |
| Total, Indian Health Services | 1,747,842 | 1,898,941 | 1,779,561 | +31,719 |

*Hospitals and Health Clinics.*—The Committee recommends $878,168,000 for hospitals and health clinics which includes increases of $16,633,000 for staffing and operations at new facilities, and $9,100,000 for personnel related costs above the fiscal year 1996 enacted level.

*Dental Health.*—The Committee recommends $62,134,000 for dental health services, including increases of $1,544,000 for staffing and operations at new facilities, and $910,000 for personnel related costs above the fiscal year 1996 enacted level.

*Mental Health.*—The Committee recommends $38,500,000 for mental health services, including increases of $549,000 for staffing and operations at new facilities, and $390,000 for personnel related costs above the fiscal year 1996 enacted level.