**Calendar No. 122**

| 105TH CONGRESS 1st Session | SENATE | REPORT 105–56 |
|---|---|---|

# DEPARTMENT OF THE INTERIOR AND RELATED AGENCIES APPROPRIATIONS BILL, 1998

JULY 22, 1997.—Ordered to be printed

Mr. GORTON, from the Committee on Appropriations, submitted the following

## REPORT

[To accompany H.R. 2107]

The Committee on Appropriations to which was referred the bill (H.R. 2107) making appropriations for the Department of the Interior and related agencies for the fiscal year ending September 30, 1998, and for other purposes, reports the same to the Senate with amendments and recommends that the bill as amended do pass.

*Amounts in new budget (obligational) authority, fiscal year 1998*

| | |
|---|---|
| Amount of bill passed by House | $12,952,829,000 |
| Amount of increase by Senate | 803,521,000 |
| Total of bill as reported to Senate | 13,756,350,000 |
| Estimates considered by House | 13,099,946,000 |
| Estimates considered by Senate | 13,799,946,000 |
| Below the budget estimate, 1998 | 43,596,000 |
| Above appropriations, 1997 (including emergencies) | 241,915,000 |

42–274 cc

DF

S183-12.



**EXHIBIT 45**
In Support of Plaintiff's Opposition to Motion to Dismiss on TPA & IHS
Samish v. U.S., No. 02-1383L

*Facilities and environmental health support.*—The Committee recommends $102,794,000 for facilities and environmental health support. This amount includes increases over the fiscal year 1997 enacted level of $3,065,000 for fixed costs, $907,000 for staffing new facilities, and a transfer of $7,800,000 from the services account to consolidate utility costs.

Funds provided for the facilities program are to be distributed in accordance with a methodology that addresses the fluctuating annual workload and maintains parity among IHS areas and the tribes as the workload shifts.

*Reimbursables.*—The Committee has provided language that authorizes the Indian Health Service to provide goods and services on a reimbursable basis in a manner consistent with the change in law enacted in the 1997 Emergency Supplemental Appropriations Act (Public Law 105–18).

*Alaska Native Medical Center.*—The Committee has included language in title III, general provisions regarding the governance of the Alaska Native Medical Center.

*Contracting and compacting in Alaska.*—The Committee has provided language in title III, general provisions regarding the submission of a GAO report on the regional health care system in Alaska.

*Funding parity.*—The Committee is aware that there are a number of tribes whose funding is well below their level of need, including the Red Cliff Band of Lake Superior Chippewas. The Committee urges the Indian Health Service to work within its allocation to begin to rectify funding inequities. The Committee requests that IHS prepare in a timely fashion a report on IHS' progress in bringing parity to those tribes whose level of need is funded below 60 percent and what actions might be possible to address such situations, including associated costs.

INDIAN HEALTH FACILITIES

| | |
|---|---|
| Appropriations, 1997 | $247,731,000 |
| Budget estimate, 1998 | 286,535,000 |
| House allowance | 257,310,000 |
| Committee recommendation | 168,501,000 |

The Committee has provided $168,501,000 for Indian health facilities, a decrease of $118,034,000 below the budget request, a decrease of $88,809,000 below the House, and $79,230,000 below the fiscal year 1997 enacted level. The amounts recommended by the Committee as compared to the budget estimate are shown in the following table:

| | Budget estimate | Committee recommendation | Change |
|---|---|---|---|
| Maintenance and improvement | $39,334,000 | $39,434,000 | + $100,000 |
| Construction facilities | 38,900,000 | 26,900,000 | 12,000,000 |
| Sanitation facilities | 99,042,000 | 99,152,000 | 380,000 |
| Facilities and environmental health support | 104,772,000 | | 104,772,000 |
| Equipment | 13,095,000 | 13,095,000 | |
| Contract support | 487,000 | | 487,000 |