**Calendar No. 183**

| | | |
|---|---|---|
| 106TH CONGRESS<br>*1st Session* | SENATE | REPORT<br>106–99 |

# DEPARTMENT OF THE INTERIOR AND RELATED AGENCIES APPROPRIATIONS BILL, 2000

JUNE 28, 1999.—Ordered to be printed

Mr. GORTON, from the Committee on Appropriations, submitted the following

## REPORT

[To accompany S. 1292]

The Committee on Appropriations reports the bill (S. 1292) making appropriations for the Department of the Interior and related agencies for the fiscal year ending September 30, 2000, and for other purposes, reports favorably thereon and recommends that the bill do pass.

*Amounts in new budget (obligational) authority, fiscal year 2000*

| | |
|---|---|
| Estimates considered by Senate | $14,057,910,000 |
| Below the budget estimate, 2000 | 1,208,227,000 |
| Below appropriations, 1999 (including emergencies) | 239,893,000 |

57–578 cc



EXHIBIT 46
In Support of Plaintiff's Opposition to Motion to Dismiss on TPA & IHS
Samish v. U.S., No. 02-1383L

*Contract support costs.*—The Committee recommends $203,781,000 for contract support costs. This amount is the same as the current fiscal year enacted level and $35,000,000 below the budget request. The Committee has included language in the bill that continues the moratorium on new and expanded contracts and compacts because a resolution to the issues that had resulted in its imposition last year has yet to be reached.

*Facilities and environmental health support.*—The Committee has transferred this activity from Indian health facilities to Indian health services. The Committee recommends $114,887,000 for facilities and environmental health support. This amount is $7,205,000 above the current fiscal year enacted level and $4,795,000 below the budget request as included in Indian health facilities. The additional funds will provide $3,732,000 to meet fixed cost increases, $673,000 for staff for new facilities, and $2,800,000 to increase injury prevention efforts. Funds provided for the facilities program are to be distributed in accordance with a methodology that addresses the fluctuating annual workload and maintains parity among IHS Areas and the tribes as the workload shifts.

INDIAN HEALTH FACILITIES

| | |
|---|---|
| Appropriations, 1999 | $291,965,000 |
| Budget estimate, 2000 | 317,465,000 |
| Committee recommendation | 189,252,000 |

The Committee has provided $189,252,000 for Indian health facilities, a decrease of $128,213,000 below the budget request and a decrease of $102,713,000 below the fiscal year 1999 enacted level. The amounts recommended by the Committee as compared to the budget estimate are shown in the following table:

| | Budget estimate | Committee recommendation | Change |
|---|---|---|---|
| Maintenance and improvement | $48,125,000 | $42,625,000 | −$5,500,000 |
| Sanitation facilities | 92,884,000 | 91,384,000 | −1,500,000 |
| Construction of facilities | 42,531,000 | 41,000,000 | −1,531,000 |
| Facilities and environmental health support | 119,682,000 | | −119,682,000 |
| Equipment | 14,243,000 | 14,243,000 | |
| Total, Indian health facilities | 317,465,000 | 189,252,000 | −128,213,000 |

*Maintenance and improvement.*—The Committee recommends $42,625,000 for maintenance and improvement. This amount is $2,000,000 above the current fiscal year enacted level and $5,500,000 below the budget request. Additional funds are provided to assist the Service in reducing the backlog of essential maintenance, alteration and repair for health care facilities and related real property.

In recognition of the safety hazards posed by earthquake and other seismic activities to many aged Indian Health Care Facilities, the Committee directs the Indian Health Service, upon completion of the survey on estimated costs associated with compliance to seismic construction standards as required by the Earthquake Hazard Reduction Program Act, to provide a priority list to the Congress