**Calendar No. 435**

107TH CONGRESS 2d Session } SENATE { REPORT 107–170

# TO ELEVATE THE POSITION OF DIRECTOR OF THE INDIAN HEALTH SERVICE WITHIN THE DEPARTMENT OF HEALTH AND HUMAN SERVICES TO ASSISTANT SECRETARY FOR INDIAN HEALTH, AND FOR OTHER PURPOSES

JUNE 24, 2002.—Ordered to be printed

Mr. INOUYE, from the Committee on Indian Affairs, submitted the following

## REPORT

[To accompany S. 214]

The Committee on Indian Affairs, to which was referred the bill (S. 214) to elevate the position of Director of the Indian Health Service within the Department of Health and Human Services to Assistant Secretary for Indian Health, and for other purposes, having considered the same, reports favorably thereon with out amendment and recommends that the bill do pass.

### PURPOSE

The purpose of S. 214 is to elevate the position of the Director of the Indian Health Service to the status of an Assistant Secretary within the Department of Health and Human Services. The bill establishes the Office of Assistant Secretary for Indian Health in order to further the unique government-go-government relationship between Indian tribes and the United States, facilitate advocacy for the development of Indian health policy, and promote consultation on matters related to Indian health.

### BACKGROUND

In exchange for ceding millions of acres of land to which Indian tribes held aboriginal title, the United States entered into treaties with the Indian nations. Many of the treaties provide that health care services would be provided to the citizens of Indian nations. Some have asserted that these contracts between the United States and Indian governments represent the "first pre-paid health care plan" in America.

99–010

S413-2

EXHIBIT 47
In Support of Plaintiff's Opposition to Motion to Dismiss on TPA & IHS
Samish v. U.S., No. 02-1383L

The Federal obligation for the provision of health care services to Indians also arises out of the special trust relationship between the United States and Indian tribes, which reflects the authority found in Article I, Section 8, Clause 3 of the U.S. Constitution, and which has been given form and substance by numerous treaties, Federal statutes, Supreme Court decisions, and Executive Orders.

The first Federal statute authorizing the appropriation of federal funds to carry out the United States' responsibilities, including the provision of health care, to Indian people was the Synder Act of 1921 (25 U.S.C. 13). The Snyder Act served as the authorization for provision of health care services to American Indians and Alaska Natives until 1976, when the Indian Health Care Improvement Act (25 U.S.C. 1601 et seq.) ("IHCIA") became law. The IHCIA was the first comprehensive statute specifically addressing the provision of health care to Indians and the Federal administration of health care.

*a. Evolution of the Indian Health Service*

Prior to 1954, the Bureau of Indian Affairs within the U.S. Department of the Interior was charged with carrying out the United States' responsibility for the provision of health care to Federally-recognized tribes and tribal members. However, in 1954, in response to increasing pressure from the public health community that Indian health care responsibility should be transferred to his authority, the Surgeon General, acting through the Public Health Service ("PHS"), established the Division of Indian Health ("DIH") to administer the Indian health program. In 1968, the Division became the Indian Health Service ("IHS") and operated as a sub-agency of other agencies within the Public Health Service including the Health Resources and Services Administration. In 1988, the Indian Health Service was established as a separate agency within the Public Health Service.

On October 1, 1995, the Department of Health and Human Services ("DHHS") reorganized its internal administrative structure and the Indian Health Service, along with the other agencies of the Public Health Service, became a separate operating division of the Department. Presently, the Director of the Indian Health Service is appointed by the President and is subject to Senate confirmation pursuant to 25 U.S.C. 1661(a). Under current law, the IHS Director reports to the DHHS Secretary through the Assistant Secretary for Health.

Since the 1995 reorganization, all agencies, operating divisions, and programs within the Department, including those previously part of the Public Health Service and under the direction of the Assistant Secretary for Health, have been required to report directly to the Secretary. Under the DHHS restructuring, the position of Assistant Secretary for Health was combined with the position of Surgeon General and the Office of Public Health and Science ("OPHS") was established. The Assistant Secretary for Health directs the OPHS, serves as the Secretary's senior advisor for public health and science, and provides leadership and coordination across the Department on public health and science issues.

A key component to the IHS health care system is the Public Health Service's Commissioned Corps. The Corps was established by the Congress in 1889 as part of the Marine Hospital Service,