IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 02-1383L<br>Chief Judge Edward J. Damich |

**CONSENTED MOTION FOR EXTENSION OF TIME**

Pursuant to RCFC 6.1, Defendant hereby moves for an enlargement of time up to and including June 1, 2007, to respond to Plaintiff Samish Indian Nation's Opposition to United States' Motion to Dismiss Regarding Tribal Priority Allocation and Indian Health Service Funding ("Plaintiff's Opposition"). Defendant's reply in support of its Motion to Dismiss is currently due May 21, 2006. This is Defendant's first motion for an extension of time to respond to Plaintiff's Opposition. In support of this motion, Defendant states as follows:

1. On April 3, 2007, this Court entered an Order directing Plaintiff to file its response to Defendant's Motion to Dismiss by May 2, 2007. The Order also provided that Defendant should file its reply to Plaintiff's response "in accordance with the Court's rules." Under the Court's rules, Defendant's reply is due May 21, 2007.

2. Defendant's undersigned counsel has two previously scheduled pleadings due on May 21, 2007.

3. In addition, agency counsel for the Indian Health Service is on travel during a large portion of Defendant's response time, and is also occupied with drafting a

pleading in another case.

4. Accordingly, Defendant requires additional time to respond to Plaintiff's brief.

5. The undersigned counsel consulted with Mr. Craig Dorsay, counsel for Plaintiff, who stated that he did not object to an extension of time.

6. No other scheduling will be affected by an extension.

WHEREFORE, Defendant respectfully requests that this motion be GRANTED.

Submitted this 11th day of May, 2007.

Matthew J. McKeown
Acting Assistant Attorney General

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

OF COUNSEL:

Jason Roberts
Office of the Solicitor
United States Department of the Interior
Washington, D.C.

Melissa A. Jamison
United States Department of Health and Human Services
Office of General Counsel
Indian Health Service
Rockville, MD

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2007, I filed the foregoing **CONSENTED MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 11th day of May, 2007.

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-1383L |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

[PROPOSED] ORDER

This matter having come before the Court on Defendant's Consented Motion for Extension of Time, it is hereby ordered that the motion is GRANTED.

______________________________
Chief Judge Edward J. Damich

Dated: ___________________