IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 02-1383L<br>Chief Judge Edward J. Damich |

[PROPOSED] ORDER

This matter having come before the Court on Defendant's Consented Motion for Extension of Time, it is hereby ordered that the motion is GRANTED.

______________________________
Chief Judge Edward J. Damich

Dated: __________________