**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAMISH INDIAN NATION, a federally recognized Tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 02-1383L<br>Chief Judge Edward J. Damich |

**UNOPPOSED MOTION TO EXCEED TWENTY-PAGE LIMIT FOR THE UNITED STATES' REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to RCFC 5.2(b)(2), the United States of America hereby moves to exceed the twenty (20) page limit for reply briefs or memorandums by no more than five (5) pages. In support of this motion, the United States sets forth the following:

1. As a result of the number of arguments at issue in the briefing on the United States' Motion to Dismiss, the United States seeks an additional five pages in order to allow it to adequately respond to Plaintiff's opposition.

2. In addition, the United States' Motion to Dismiss was filed in March 2006, and dealt with all of the issues in Plaintiff's Complaint. As this Court has limited the briefing to Plaintiff's claims regarding Tribal Priority Allocations and the Indian Health Service, the United States requests additional pages over the limit set by the Court's rules in order to clarify its argument.

3. Counsel for the United States contacted counsel for Plaintiff, who does not object to this motion.

Wherefore, the United States respectfully requests that the Court grant its motion to exceed the twenty-page limit for its reply in support of its Motion to Dismiss by no more than five pages.

Respectfully submitted this 30th day of May, 2007.

MATTHEW J. McKEOWN
Acting Assistant Attorney General

*s/ Devon Lehman McCune*
DEVON LEHMAN McCUNE,
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St.
Denver, CO 80294
303-844-1487
303-844-1350 (fax)
devon.mccune@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007, I filed the foregoing **UNOPPOSED MOTION TO EXCEED TWENTY-PAGE LIMIT FOR THE UNITED STATES' REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 30th day of May, 2007.

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov