**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-1383L |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

[PROPOSED] ORDER

This matter having come before the Court on the United States' Motion for Leave to File Corrected Brief, it is hereby ordered that the motion is GRANTED.

______________________________
Chief Judge Edward J. Damich

Dated: ___________________