# In the United States Court of Federal Claims

No. 02-1383 L
(Filed: July 30, 2007)

***********************************
SAMISH INDIAN NATION, a federally recognized Indian Tribe,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

On May 30, 2007, Defendant filed an unopposed motion for leave to file a reply brief, in support of its motion to dismiss, in excess of the page limitation specified in RCFC 5.2(b)(2). On June 1, 2007, Defendant filed its reply with the excess pages. On June 6, 2007, Defendant filed a motion for leave to file a corrected reply brief, which would also exceed the page limitation, in support of its motion to dismiss. Defendant seeks to file a corrected reply because it is "concerned that several statements in the Reply Brief regarding Indian Health Service ("IHS") funding could be taken out of context and construed in a way that would be inaccurate." Plaintiff chose not to respond to this motion (a response was due by June 25, 2007). In light of the above, the Court hereby GRANTS both of Defendant's motions. Defendant shall file its corrected reply brief on or before **August 7, 2007**.

On June 13, 2007, Plaintiff filed a motion for leave to file a supplemental brief "to respond to a limited set of issues that are addressed, for the first time, in the government's reply in support of its motion to dismiss." On July 2, 2007, Defendant filed a response in which it stated that it "does not specifically oppose Plaintiff's Motion, [but] . . . takes issue with several statements that the Plaintiff makes." Plaintiff chose not file a reply (which was due by July 16, 2007). Based on the foregoing, the Court hereby GRANTS Plaintiff's motion. Plaintiff shall file its supplemental brief on or before **August 21, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge