# In the United States Court of Federal Claims

No. 02-1383 L
(Filed November 1, 2007)

********************************
*
**SAMISH INDIAN NATION**, a *
federally recognized Indian Tribe, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
********************************

## ORDER

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, for the efficient administration of justice and with the concurrence of Judge Sweeney, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge Margaret M. Sweeney.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge