# In the United States Court of Federal Claims

**No. 02-1383 L**
**Filed: November 1, 2007**

SAMISH INDIAN NATION, a
federally recognized Indian Tribe

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Margaret M. Sweeney**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk