# In the United States Court of Federal Claims

No. 02-1383 L
(Filed: December 18, 2007)

| | |
|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

The above-captioned case was transferred to the undersigned on November 1, 2007. The court has reviewed the file and notes that there is a pending motion to dismiss for lack of jurisdiction. Pursuant to an April 3, 2007 order, the court's consideration of defendant's motion is limited to "all legal issues within Defendant's motion" concerning "'the two major programs involved in this case'–TPA (Tribal Priority Allocations provided through the Bureau of Indian Affairs) and IHS (Indian Health Service) funding," including those issues "described in Defendant's supplemental brief as 'overarching legal arguments.'" One of the issues presented in defendant's motion is whether plaintiff has alleged a money-mandating network of statutes that vests this court with jurisdiction. The parties concluded briefing defendant's motion on August 1, 2007.

After the conclusion of briefing, but before the case was transferred to the undersigned, the Federal Circuit decided Navajo Nation v. United States, 501 F.3d 1327 (Fed. Cir. 2007), where the central issue was "whether the network of other statutes and regulations asserted by the Nation . . . is reasonably amenable to a reading that they mandate compensation by the federal government for violating its common law fiduciary trust duties and the duties imposed by the network." Id. at 1335-36.

The parties shall address, in supplemental briefs, the relevancy of the Federal Circuit's decision in Navajo Nation to their positions on defendant's motion to dismiss, according to the following schedule:

- The parties shall file concurrent supplemental briefs **no later than Friday, February 1, 2008**.

- The parties shall file concurrent responsive supplemental briefs **no later than Friday, February 15, 2008**.

**IT IS SO ORDERED**.

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge