IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 02-1383L<br>Judge Margaret M. Sweeney |

**MOTION TO STAY BRIEFING ON NAVAJO NATION V. UNITED STATES**

Pursuant to RCFC 6.1, Defendant hereby requests that the Court stay briefing on the relevancy of the Federal Circuit's decision in Navajo Nation v. United States because the United States has filed a petition for rehearing and rehearing en banc in that case. In support of this motion, Defendant states as follows:

1. On September 17, 2007, the Federal Circuit issued a decision in Navajo.

2. On December 18, 2007, this Court entered an Order directing the parties to file supplemental briefs on the relevancy of the Federal Circuit's decision in Navajo by February 1, 2008.

3. On November 28, 2007, the United States filed a combined petition for rehearing and rehearing en banc. The Navajo Nation filed a response to the United States' petition on December 13, 2007. The petition is currently pending before the Federal Circuit.

4. While Defendant does not believe the Federal Circuit's decision in Navajo is relevant to the instant matter, the Federal Circuit's decision on the petition for rehearing and rehearing en banc could affect the parties' briefing.

5. Accordingly, in order to preserve judicial resources, as well as the parties' time and expense, Defendant requests that this Court stay the supplemental briefing on the relevancy of the Navajo decision until the Federal Circuit issues a ruling on the United States' petition.

WHEREFORE, Defendant respectfully requests that this motion be GRANTED.

Submitted this 8th day of January, 2008.

RONALD J. TENPAS
Assistant Attorney General

s/ *Devon Lehman McCune*
DEVON LEHMAN McCUNE
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

OF COUNSEL:

Jason Roberts
Office of the Solicitor
United States Department of the Interior
Washington, D.C.

Melissa A. Jamison
United States Department of Health and Human Services
Office of General Counsel
Indian Health Service
Rockville, MD

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2008, I filed the foregoing **MOTION TO STAY BRIEFING ON NAVAJO NATION V. UNITED STATES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 8th day of January, 2008.

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 02-1383L<br>Judge Margaret M. Sweeney |

[PROPOSED] ORDER

This matter having come before the Court on Defendant's Consented Motion for Extension of Time, it is hereby ordered that the motion is GRANTED.

______________________________
Judge Margaret M. Sweeney

Dated: ___________________