IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-1383L |
| | ) | Judge Margaret M. Sweeney |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF DECISION IN NAVAJO NATION V. UNITED STATES**

Defendant hereby notifies the Court that on January 16, 2008, the undersigned counsel received notification that on January 14, 2008, the Federal Circuit denied the United States' petition for rehearing and rehearing en banc in Navajo Nation v. United States. The Federal Circuit's order is attached to this pleading.

Accordingly, Defendant withdraws its request to stay briefing on the relevancy of the Federal Circuit's decision in Navajo, and will file its initial brief by February 1, 2008, in accordance with the Court's December 18, 2007, order.

Submitted this 17th day of January, 2008.

RONALD J. TENPAS
Assistant Attorney General

s/ *Devon Lehman McCune*
DEVON LEHMAN McCUNE
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)

devon.mccune@usdoj.gov

OF COUNSEL:

Jason Roberts
Office of the Solicitor
United States Department of the Interior
Washington, D.C.

Melissa A. Jamison
United States Department of Health and Human Services
Office of General Counsel
Indian Health Service
Rockville, MD

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2008, I filed the foregoing **NOTICE OF DECISION IN NAVAJO NATION V. UNITED STATES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 17th day of January, 2008.

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov