# In the United States Court of Federal Claims

No. 02-1383 L
(Filed: January 18, 2008)

************************************
SAMISH INDIAN NATION, a federally recognized Indian tribe,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

## ORDER

On January 8, 2008, defendant in the above-captioned case filed a Motion to Stay Briefing on Navajo Nation v. United States, seeking to delay briefing until the Federal Circuit ruled on the government's combined petition for rehearing and rehearing en banc in that case. On January 15, 2008, plaintiff filed a response opposing defendant's motion. Two days later, defendant filed a Notice of Decision in Navajo Nation v. United States, informing the court that the Federal Circuit denied the combined petition, seeking to withdraw its motion to stay, and indicating its intent to comply with the briefing schedule set forth in the court's December 18, 2007 order.

The Rules of the United States Court of Federal Claims do not provide for defendant's latter filing; defendant should have instead filed a motion seeking to withdraw its earlier motion to stay. For the sake of judicial economy, the court permits the Notice of Decision in Navajo Nation v. United States to be filed by its leave, and treats it as a motion to withdraw the motion to stay. The court **GRANTS** defendant's motion to withdraw. The parties shall file their supplemental briefs as directed in the court's December 18, 2007 order.

**IT IS SO ORDERED**.

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge