IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-1383L |
| | ) | Judge Margaret M. Sweeney |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF ERRATA**

Please take notice that on page nine of The United States' Brief in Response to Samish Indian Nation's Supplemental Brief, the word "not" was mistakenly omitted from the second to last sentence on the page. The sentence should read: "Distribution of federal monetary assets with restriction and conditions on the use of the federal monies does not make them trust assets or create fiduciary duties."

Submitted this 19th day of February, 2008.

RONALD J. TENPAS
Assistant Attorney General

s/ *Devon Lehman McCune*

DEVON LEHMAN McCUNE
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

OF COUNSEL:

Jason Roberts
Office of the Solicitor
United States Department of the Interior
Washington, D.C.

Melissa A. Jamison
United States Department of Health and Human Services
Office of General Counsel
Indian Health Service
Rockville, MD

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2008, I filed the foregoing **NOTICE OF ERRATA** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 19th day of February, 2008.

s/ *Devon Lehman McCune*

Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov