**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-1383L |
| | ) | Judge Margaret M. Sweeney |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE SUBSTITUTING COUNSEL OF RECORD**

Please enter the appearance of Sara E. Costello as Counsel of Record for Defendant, the United States of America. Ms. Costello is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notices, orders, or other papers may alternatively be sent to Ms. Costello at the address below.

DATED: June 19, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

/s/ Sara E. Costello

Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008, I filed the foregoing **NOTICE OF APPEARANCE SUBSTITUTING COUNSEL OF RECORD** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 19th day of June, 2008.

______/s/ Sara E. Costello_

Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov