# In the United States Court of Federal Claims

No. 02-1383 L
(Filed: June 25, 2008)

***********************************
SAMISH INDIAN NATION, a federally recognized Indian tribe, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
***********************************

**ORDER**

On June 23, 2008, the parties in the above-captioned case filed a joint status report describing their respective positions on how the case should proceed. After considering the parties' proposals, the court directs the following:

- Plaintiff shall file a motion in support of its request for entry of judgment pursuant to RCFC 54(b) and the appropriateness of a stay of proceedings pending appeal **no later than Friday, July 11, 2008**.

- Defendant shall file a response to plaintiff's motion **no later than Friday, July 25, 2008**.

- Plaintiff shall file a reply in support of its motion **no later than Friday, August 1, 2008**.

**IT IS SO ORDERED**.

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge