**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Indian tribe, | ) | Case No. 02-1383L (Judge Margaret M. Sweeney) |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

[Proposed]
Order Entering a Final Judgment Pursuant to RCFC 54(b)

By Opinion and Order of May 27, 2008, this Court granted Defendant's Motion to Dismiss in part and dismissed for lack of jurisdiction two of the Plaintiff's claims for relief – the TPA (Tribal Priority Allocation) claim set out in paragraph 30.a of Plaintiff's Second Amended Complaint, and the IHS (Indian Health Service) claim set out in paragraph 30.d of Plaintiff's Second Amended Complaint. Plaintiff has now moved, pursuant to RCFC 54(b), for the entry of a final judgment with respect to these two claims.

Upon consideration of the Plaintiff's motion, Defendant's response, and the record of the proceedings in this case, the Court finds that this Court's Order of May 27, 2008 fully and completely disposed of two separate claims (the TPA claim and the IHS claim), and there is no just reason for delay of entry of a final judgment dismissing these two claims.

**IT IS THEREFORE HEREBY ORDERED** pursuant to RCFC 54(b) and this Court's Order of May 27, 2008, that final judgment shall be entered dismissing the Plaintiff's TPA claim and its IHS claim.

Dated:

______________________
Margaret M. Sweeney
Judge