**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-1383L |
| | ) | Judge Margaret M. Sweeney |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**

Pursuant to Fed. R. Civ. Pro. 6(b) and RCFC 6.1, Defendant, the United States of America ("Defendant"), moves for a fourteen (14) day enlargement of time from July 25, 2008 to and including August 8, 2008 to file its response regarding Plaintiff Samish Indian Nation's ("Plaintiff") Motion for Entry of Judgment Under to Rule 54(b).

As a result of the demands placed on a particularly heavy personal docket, counsel for Defendant is in need of the additional fourteen days to complete Defendant's response to Plaintiff's Motion for Entry of Judgment Under to Rule 54(b). Prior to August 8, 2008, Defendant's counsel must file responses to Plaintiff's Complaint and Motion for Partial Summary Judgment in *Hoopa Valley Tribe v. United States*, Case No. 08-0072 (Fed. Cl.); a response to Plaintiff's supplemental memorandum in *St. Croix Chippewa Indians v. United States*, Case No. 07-2210 (D.D.C.); a post-trial memorandum in *Elk v. United States*, Case No. 05-0186 (Fed. Cl.); and, the administrative record in *Evans v. Kempthorne*, Case No 08-372 (W.D. Wash). In addition, Defendant's counsel will be out of state from July 24 to 28, 2008. Furthermore, Defendant's counsel has hearings scheduled for August 6 and 7, 2008 in *Wolfchild v. United States*, Case No. 03-2684 (Fed. Cl.). Accordingly, Defendant's counsel requires extra

time to prepare Defendant's pleading. Counsel for Defendant consulted and discussed this matter with counsel for Plaintiff who represented that Plaintiff does not oppose this motion.

DATED: July 21, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

/s/ Sara E. Costello
Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, I filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 21st day of July, 2008.

_/s/ Sara E. Costello_______
Sara E. Costello, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0466 (tel.)
(202) 305-0267 (fax)
sara.costello@usdoj.gov

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | ) | Case No. 02-1383L<br>Judge Margaret M. Sweeney |

This matter having come before the court on DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION, it is hereby ordered that the motion is GRANTED.

_________________________
Judge Margaret M. Sweeney

DATED:____________________