**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAMISH INDIAN NATION, a federally recognized Tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-1383L |
| | ) | Judge Margaret M. Sweeney |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

This matter having come before the court on DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION, it is hereby ordered that the motion is GRANTED.

______________________
Judge Margaret M. Sweeney

DATED:___________________