# In the United States Court of Federal Claims

No. 02-1383 L
(Filed: July 23, 2008)

************************************
SAMISH INDIAN NATION, a federally recognized Indian tribe, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
************************************

**ORDER**

On June 23, 2008, defendant in the above-captioned case filed an unopposed motion for and enlargement of time seeking an additional fourteen days in which to file its response to plaintiff's RCFC 54(b) motion. Defendant's motion is **GRANTED**. Accordingly, defendant shall file its response to plaintiff's motion **no later than Friday, August 8, 2008**. The court will similarly enlarge the deadline for plaintiff's reply in support of its motion by fourteen days. Accordingly, plaintiff shall file its reply **no later than Friday, August 15, 2008**.

**IT IS SO ORDERED**.

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge